IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,

    Plaintiff,

    v.

CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,

    Defendant.

Civ. No. S-06-2791-DFL-KJM

RECUSAL ORDER

Upon examination of the above-captioned action, the under-signed judge disqualifies himself.

Good cause appearing therefor,

IT IS HEREBY ORDERED that the undersigned recuses himself as the judge for the above-captioned case.

IT IS FURTHER ORDERED that the Clerk of the Court reassign this case to another judge for all further proceedings and that

///

///

1

1 | the Clerk of the Court make appropriate adjustment in the
2 | assignment of civil cases to compensate for this reassignment.
3 |     IT IS SO ORDERED.        WILLIAM B. SHUBB
4 | DATED: 02/14/2007
5 |                              /s/ David F. Levi
                                 DAVID F. LEVI
                                 United States District Judge

2