Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile:  (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendant-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>**STIPULATION RE SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT/SUMMARY ADJUDICATION;** ~~PROPOSED~~ **ORDER**<br><br>Motion Hearing:<br>  Date:      July 9, 2007<br>  Time:      2:00 p.m.<br>  Courtroom: 5<br><br>Pretrial Conference:  August 11, 2008<br>Trial Date:           October 7, 2008<br>Judge:    Hon. William B. Shubb |

STIPULATION RE SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL
SUMMARY JUDGMENT/SUMMARY ADJUDICATION; PROPOSED ORDER

TO THE COURT AND ALL RESPECTIVE PARTIES OF RECORD HEREIN:

The two original parties in this case, Pacific Merchant Shipping Association ("PMSA") and Catherine Witherspoon previously advised the Court by their initial and supplement Joint Scheduling Conference Reports that they were desirous of an early resolution of the legal issues that are presented by the Complaint and Answer, and that counsel believed that these are amenable to decision on early cross-motions for Judgment on the Pleadings or Summary Judgment/Summary Adjudication ("Early Dispositive Motions") before discovery.  After substantial good faith efforts, counsel were unable to reach agreement on undisputed facts in order to allow a quick resolution of some of the issues involved in this case by Early Dispositive Motions. The procedure and schedule for such motions in the earlier Joint Scheduling Reports does not, therefore, apply, as reflected by the Court's Status (Pretrial Scheduling) Order, dated April 26, 2007.  Plaintiff, however, intends to proceed with a motion for summary judgment or partial summary judgment/summary adjudication with respect to the First and Second Claims For Relief stated in its Complaint.

IT IS HEREBY STIPULATED therefore, by and between the parties, through their counsel of record, subject to court order, plaintiff's motion will be subject to the following schedule for plaintiff's motion,:

A.  **May 7, 2007**---Last day for plaintiff to file and serve its motion and supporting documents and pleadings;

B.     **June 13, 2007**---Last day for defendants to file and serve their memoranda of points and authorities and other pleadings or documents in opposition to plaintiff's motion;

C.     **June 27, 2007**--- Last day for plaintiff to file and serve its reply in support of Plaintiff's motion;

D.     **July 9, 2007, at 2:00 p.m.**---Hearing on plaintiff's motion.

Notwithstanding the foregoing, the parties reserve the right to file subsequent motions for summary judgment/summary adjudication or other dispositive motions.

Dated:  April 27, 2007            FLYNN, DELICH & WISE LLP

By:   /s/ Erich P. Wise
       Erich P. Wise
       Attorneys for Plaintiff
       PACIFIC MERCHANT SHIPPING
       ASSOCIATION

Dated:  April 27, 2007            Edmund G. Brown, Jr.
                                  Attorney General of the State of
                                  California

By:  /s/ Nicholas Stern (as authorized on 4/27/07)
       Nicholas Stern
       Linda Berg
       Deputy Attorneys General
       Attorneys for Defendant
       CATHERINE E. WITHERSPOON

STIPULATION RE SCHEDULE FOR PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT/SUMMARY ADJUDICATION; PROPOSED ORDER

Dated: April 27, 2007         DISTRICT COUNSEL
                              SOUTH COAST AIR QUALITY
                              MANAGEMENT DISTRICT

                              By: /s/ Michael Harris, Sr. (as authorized on 4/27/07)
                                  Kurt R. Wiese
                                  District Counsel
                                  Barbara B. Baird
                                  Principal Deputy District Counsel
                                  Michael Harris, Sr.
                                  Deputy District Counsel
                                  Attorneys for Defendant-Intervenor
                                  SOUTH COAST AIR QUALITY
                                  MANAGEMENT DISTRICT

Dated: April 27, 2007         FOX SPILLANE SHAEFER LLP

                              By: /s/ Jay M. Spillane (as authorized on 4/27/07)
                                  Jay M. Spillane
                                  Ruth M. Moore
                                  Attorneys for Defendant-Intervenor
                                  CITY OF LONG BEACH

Dated: April 27, 2007         NATURAL RESOURCES
                              DEFENSE COUNCIL

                              By: /s/ Davis R. Pettit (as authorized on 4/27/07)
                                  David R. Pettit
                                  Melissa Lin Perrella
                                  Attorneys for Defendants-
                                  Intervenors
                                  NATURAL RESOURCES
                                  DEFENSE COUNCIL and
                                  COALITION FOR CLEAN
                                  AIR, INC.

# ORDER

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the filing, briefing, and hearing on any motion for summary judgment or partial summary judgment/summary adjudication to be filed for hearing on July 9, 2007, shall be as agreed by the parties in the foregoing Stipulation.

Dated: April 30, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE