Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendant-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>**STIPULATION RE MODIFICATION TO DISCOVERY SCHEDULE IN SCHEDULING ORDER; ORDER THEREON**<br><br>Pretrial Conference: August 11, 2008<br>Trial Date: October 7, 2008<br>Judge: Hon. William B. Shubb |

TO THE COURT AND ALL COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties in the captioned matter, through their counsel of record, as follows:

The parties submit this proposed Modification to the Court's Status (Pre-trial Scheduling) Order, dated April 26, 2007, pursuant to Paragraph IX "Modifications to Scheduling Order."  This matter had been set for a May 7, 2007, scheduling conference by the Court, but by its Order of April 26, 2007, the Court entered its Status (Pretrial Scheduling) Order and vacated the May 7, 2007, conference. On April 16, 2007, counsel for all the parties met to discuss scheduling of discovery and other dates in the case.  Subsequent to that meeting, counsel for plaintiff prepared and circulated a proposed Joint Status Report to be presented to the Court as required by previous Order.  Due to scheduling conflicts among counsel, including a jury trial, the parties were unable to provide the Court a revised report by April 23, 2007. The Court's Status (Pretrial Scheduling) Order was therefore entered without the benefit of such revised Joint Report.  Instead, it appears the order was based on a report filed by Plaintiff and Defendant California Air Resources Board with the Court before intervention of the NRDC, South Coast AQMD and City of Long Beach was granted.

Counsel for the parties are in agreement that all discovery in this case can be completed by March 31, 2008, as required by the Court's Pretrial Scheduling Order,

-2-
STIPULATION RE MODIFICATION TO DISCOVERY SCHEDULE IN  SCHEDULING ORDER;
ORDER THEREON

and that the case can be prepared for pretrial and trial by the required dates of August 11, 2008, and October 7, 2007, as set forth in the Pretrial Scheduling Order. Counsel for the parties are also of the view, however, that because of the nature of the case, certain modifications to the Discovery provisions of the Scheduling Order will allow the parties to complete discovery in a more orderly and complete manner than will dates provided in the Court's Order of April 26, 2007.

IT IS HEREBY STIPULATED AND AGREED, therefore, that the following modifications to Section "IV. Discovery" of the Court's April 26, 2007, Status (Pretrial Scheduling) Order should be made:

1. The dates by which plaintiff shall disclose experts and produce reports in accordance with Federal Rule of Civil Procedure 26(a)(2) shall be extended from October 15, 2007, to December 17, 2007;

2. The date by which defendants shall disclose experts and produce reports in accordance with Federal Civil Procedure 26(a)(2) shall be extended from October 31, 2007, to December 17, 2007;

3. With regard to expert testimony intended solely for rebuttal, the date by which those experts shall be disclosed and reports produced in accordance with Federal Rules of Civil Procedure 26(a)(2) shall be extended from November 16, 2007, to February 18, 2008;

4. The date for completion of all non-expert discovery, including depositions for preservation of testimony, shall be continued from October 31, 2007, to March 31, 2008;

5. All motions to compel discovery must be noticed on the Magistrate Judge's calendar in accordance with the local rules of this court so that such motions may be heard (and any resulting orders obeyed) by March 31, 2008 (continuing that date for non-expert discovery from October 31, 2007).

IT IS FURTHER STIPULATED AND AGREED, that the number of depositions allowed in this matter pursuant to Rule 30 of the Federal Rules of Civil Procedure, shall be thirty for plaintiff and an aggregate thirty for defendants. With respect to interrogatories, each party may propound 25 interrogatories to any other party as per Rule 33 of the Federal Rules of Civil Procedure, but plaintiff may propound its interrogatories on any party, not to exceed 100 in the aggregate number served on all defendants.

IT IS SO STIPULATED AND AGREED.

Dated: April 27, 2007          FLYNN, DELICH & WISE LLP

                    By:   /s/ Erich P. Wise
                          Erich P. Wise
                          Attorneys for Plaintiff
                          PACIFIC MERCHANT SHIPPING
                          ASSOCIATION

-4-
STIPULATION RE MODIFICATION TO DISCOVERY SCHEDULE IN SCHEDULING ORDER;
ORDER THEREON

| | | |
|---|---|---|
| 1 | Dated:  April 27, 2007 | Edmund G. Brown, Jr.<br>Attorney General of the State of California |

By: /s/ Nicholas Stern (as authorized on 4/27/07)
    Nicholas Stern
    Linda Berg
    Deputy Attorneys General
    Attorneys for Defendant
    CATHERINE E. WITHERSPOON

Dated:  April 27, 2007    DISTRICT COUNSEL
    SOUTH COAST AIR QUALITY
    MANAGEMENT DISTRICT

By: /s/ Michael Harris, Sr. (as authorized on 4/27/07)
    Kurt R. Wiese
    District Counsel
    Barbara B. Baird
    Principal Deputy District Counsel
    Michael Harris, Sr.
    Deputy District Counsel
    Attorneys for Defendant-Intervenor
    SOUTH COAST AIR QUALITY
    MANAGEMENT DISTRICT

Dated:  April 27, 2007    FOX SPILLANE SHAEFER LLP

By: /s/ Jay M. Spillane (as authorized on 4/27/07)
    Jay M. Spillane
    Ruth M. Moore
    Attorneys for Defendant-Intervenor
    CITY OF LONG BEACH

STIPULATION RE MODIFICATION TO DISCOVERY SCHEDULE IN  SCHEDULING ORDER;
ORDER THEREON

Dated: April 27, 2007

NATURAL RESOURCES
DEFENSE COUNCIL

By: /s/ Davis R. Pettit (as authorized on 4/27/07)
David R. Pettit
Melissa Lin Perrella
Attorneys for Defendants-Intervenors
NATURAL RESOURCES DEFENSE COUNCIL and COALITION FOR CLEAN AIR, INC.

**O R D E R**

IT IS SO ORDERED.

Date: May 3, 2007.

_____
U.S. MAGISTRATE JUDGE