Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT<br><br>Date: July 9, 2007<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

# UNDISPUTED FACTS IN SUPPORT PLAINTIFF'S FIRST AND SECOND CLAIMS FOR DECLARATORY AND INJUNCTIVE RELIEF BASED ON PREMPTION BY TITLE II OF THE CLEAR ACT, 42 U.S.C. §§ 7521, ET SEQ. AND BY THE SUBMERGED LANDS ACT, 43 U.S.C. § 1301, ET SEQ.

| Undisputed Statement of Fact | Evidence in Support |
|---|---|
| 1. Plaintiff Pacific Merchant Shipping Association ("PMSA") is a mutual benefit corporation organized under California law. | 1. Declaration of John R. McLaurin, ¶ 3; McLaurin Dec., Ex. 1. |
| 2. The principal purposes of the PMSA include representation and promotion of its members' interests in legislative, legal, and administrative matters affecting its members. | 2. McLaurin Dec., ¶ 4. |
| 3. PMSA members include a number of companies that own or operate foreign and United States flagged ocean-going commercial vessels engaged in international and interstate maritime | 3. McLaurin Dec., ¶ 5; McLaurin Dec., Ex. 2; Declaration of Kwang Yong Yung, ¶¶ 1 & 2; Jung Dec., Ex. 1; Declaration of George Wright, ¶¶ 1 & 2; Wright Dec., Ex. 1; Declaration |

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| commerce that make frequent calls at seaports in California. | of M.T. Bohlman, ¶¶ 1 & 2; Declaration of Predrag Samardzic, ¶¶ 1 & 2; Samardzic Dec., Ex. 1; Declaration of Hau-Pau Shu, ¶¶ 1 & 2. |
| 4. The vessels of the PMSA's members use auxiliary or diesel electric engines during navigation and when alongside the dock. | 4. Jung Dec., ¶ 2; Wright Dec., ¶ 2; Bohlman Dec., ¶ 2; Samardzic Dec., ¶ 2; Shu Dec., ¶ 2. |
| 5. CARB adopted 13 CCR § 2299.1 and 17 CCR § 93118, effective December 6, 2006. | 6. Plaintiff's Complaint for Injunctive and Declaratory Relief, filed December 8, 2006, Docket No. 1, ¶ 1; Defendant Witherspoon's Answer to Plaintiff's Complaint for Injunctive and Declaratory Relief, filed January 2, 2007, Docket No. 8, ¶ 1. |
| 6. CARB began to enforce 13 CCR § 2299.1 and 17 CCR § 93118 on January 1, 2007. | 7. Wright Dec., ¶ 3; Wright Dec., Ex. 2; Samardzic Dec., ¶ 3; Jung Dec., ¶ 3; Jung Dec., Ex. 2; Shu Dec., ¶ 2; Plaintiff's Complaint, ¶ 18; Defendant Witherspoon's Answer to Plaintiff's |

| | |
|---|---|
| | Complaint, ¶ 18. |
| 7. The vessels of the PMSA's members are subject to both 13 CCR § 2299.1 and 17 CCR § 93118 and the California Air Resources Board ("CARB") has begun enforcement of the regulations by inspecting PMSA vessels upon arrival at California ports. | 5. Wright Dec., ¶¶ 1, 2, & 3; Wright Dec., Ex. 1 & 2; Bohlman Dec., ¶¶ 1, 2, & 3; Samardzic Dec., ¶¶ 1, 2, & 3; Jung Dec., ¶¶ 1, 2, & 3; Jung Dec., Ex. 1 & 2; Shu Dec., ¶¶ 1, 2, & 3. |
| 8. CARB did not obtain United States Environmental Protection Agency ("EPA") authorization for either 13 CCR § 2299.1 or 17 CCR § 93118 before it adopted or began enforcing the regulations. | 8. Plaintiff's Complaint, ¶ 18, Defendant Witherspoon's; Answer to Plaintiff's Complaint, ¶ 18. |

Date: May 7, 2007

FLYNN, DELICH & WISE LLP

By: /s/ Erich P. Wise
ERICH P. WISE
Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION

SEPARATE STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT