Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant. | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>DECLARATION OF JOHN R. McLAURIN IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION<br><br>Date:      July 9, 2007<br>Time:      2:00 p.m.<br>Courtroom: 5<br>Judge:     Hon. William B. Shubb |

- 1 -
DECLARATION OF JOHN R. McLAURIN IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT
SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY
ADJUDICATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

I, John R. McLaurin, declare as follows:

1. I am currently the President of the plaintiff PACIFIC MERCHANT SHIPPING ASSOCIATION ("PMSA"). My office is located at 250 Montgomery St., Suite 700, San Francisco, California 94104.

2. PMSA is a not-for-profit mutual benefit corporation organized under California law with the license number C0696008. PMSA filed its Articles of Incorporation with the Secretary of State of California on January 4, 1974. Attached hereto as Exhibit 1 is a true and correct copy of the PMSA's Articles of Incorporation, dated January 4, 1974.

3. The principal purposes of the PMSA include representation and promotion of its members' interests in legislative, legal, and administrative matters affecting its members, and the PMSA has previously filed claims on behalf of its members concerning matters of importance to those members, including Pacific Merchant Shipping Assn. v. Voss, 12 Cal. 4th 503 (1995), cert. den., sub nom. Veneman v. Pacific Merchant Shipping Assn., 517 U.S. 1221 (1996). PMSA has also filed amicus curiae briefs in other cases of interest to the maritime industry, including briefs in support of the petition for writ of certiorari and in support of the private petitioners in U.S. v. Locke, 529 U.S. 89 (2000).

4. PMSA members include a number of companies that own or operate foreign and United States flagged ocean-going commercial vessels operating in foreign and interstate commerce that call at ports in the State of California.

DECLARATION OF JOHN R. McLAURIN IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

1  Among those companies are the following corporations organized under the laws
2  of foreign nations:

    a.    EVERGREEN MARINE CORPORATION (Taiwan)

    b.    HANJIN SHIPPING CO., LTD. (Korea)

    c.    MITSUI O.S.K. LINES, LTD. (Japan)

    d.    NIPPON YUSEN KAISHA (Japan)

5.    Attached hereto as Exhibit 2 is a true and correct copy of PMSA's current membership list.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this __7__<sup>th</sup> day of May, 2007, at San Francisco, California.

                                      /s/ John R. McLaurin
                                      John R. McLaurin

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

ARTICLES OF INCORPORATION

OF

PACIFIC MERCHANT SHIPPING ASSOCIATION

ENDORSED
FILED
In the office of the Secretary of State
of the State of California
JAN 4 1974
EDMUND G. BROWN, Secretary of State
By BILL HOLDEN
Deputy

I

The name of this corporation is PACIFIC MERCHANT SHIPPING ASSOCIATION.

II

The purposes for which this corporation is formed are:

(a) The specific and primary purposes are to initiate, sponsor, promote, and carry out plans, policies, and activities that will tend to further the prosperity and development of owners and operators of vessels or barges engaged in transportation by water of cargo or passengers from and/or to the Pacific Area of the United States and to engage in all lawful activities and operations usually and normally engaged in by a business league.

(b) The general purposes and powers are:

(1) To buy, lease, rent, or otherwise acquire, hold, or use, own, enjoy, sell, exchange, lease as lessor, mortgage, deed in trust, pledge, encumber, transfer on trust, or otherwise dispose of any and all kinds of property, whether real, personal, or mixed and to receive property by devise or bequest;

(2) To borrow money and to contract debts, to issue bonds, notes, and other evidences of indebtedness,

EXHIBIT 1

and to secure them by any or all of the property of this corporation, or to issue them unsecured;

 (3) To enter into, make, perform, and carry out contracts of every kind for any lawful purpose and without limit on amount with any person, firm, or corporation; and

 (4) To have and to exercise all the powers conferred by the California General Nonprofit Corporation Law on nonprofit corporations, as that law is now in effect or may at any time hereafter be amended.

Notwithstanding any of the above statements of purposes and powers, this corporation shall not engage in activities that in themselves are not in furtherance of the purposes set forth in subparagraph (a) of this Article II.

### III

This corporation is organized under the General Nonprofit Corporation Law of the State of California.

### IV

The county in this state where the principal office for the transaction of the business of this corporation is to be located is San Francisco County.

### V

The names and addresses of the persons who are appointed to act in the capacity of directors until the election of their successors are:

2

| Name | Address |
|---|---|
| Vincent P. Finigan, Jr. | 111 Sutter Street, San Francisco, CA 94104 |
| Carolyn C. Jackson | 111 Sutter Street, San Francisco, CA 94104 |
| Edward M. Leonard | 111 Sutter Street, San Francisco, CA 94104 |
| Ronald B. Moskovitz | 111 Sutter Street, San Francisco, CA 94104 |
| George D. Tuttle | 111 Sutter Street, San Francisco, CA 94104 |

The number of directors may be fixed or changed from time to time by amendment of the articles of incorporation of this corporation, or by amendment of the by-laws of this corporation adopted by the vote or written assent of the members of the corporation entitled to exercise a majority of the voting power, or the vote of a majority of a quorum at a meeting of members called pursuant to the by-laws.

VI

The authorized number and qualifications of members of this corporation, the different classes of membership, if any, the property, voting, and other rights and privileges of members, and their liability to dues and assessments, and the method of collection of dues and assessments shall be as set forth in the by-laws.

VII

This corporation is not organized, nor shall it be operated, for pecuniary gain or profit. No part of the profits or net earnings of this corporation shall inure to the benefit of any director, officer, or member or to

5

the benefit of any private shareholder or individual.

IN WITNESS WHEREOF, we, the undersigned, being the persons named above as the first directors, have executed these Articles of Incorporation this 3rd day of January, 1974.

_____
Vincent P. Finigan, Jr.

_____
Carolyn C. Jackson

_____
Edward M. Leonard

_____
Ronald B. Moskovitz

_____
George D. Tuttle

4

State of California            )
                               ) ss.
City and County of San Francisco )

On this 3rd day of January, 1974, before me, the undersigned, a Notary Public, personally appeared Vincent P. Finigan, Jr., Carolyn C. Jackson, Edward M. Leonard, Ronald B. Moskovitz and George D. Tuttle known to me to be the persons whose names are subscribed to these Articles of Incorporation, and acknowledged to me that they executed them.

*Natalie Domansky*

Notary Public for the State of California.

My commission expires: Jan. 20, 1972

[OFFICIAL SEAL
NATALIE DOMANSKY
NOTARY PUBLIC CALIFORNIA
SAN FRANCISCO COUNTY
My commission expires Jan. 20, 1977]

5



# STATE OF CALIFORNIA

ENDORSED
# FILED
JAN 14 1974
ROBERT J. HARE, Clerk
By RICHARD F. METTEE
Deputy Clerk



**65433**

OFFICE OF THE
SECRETARY OF STATE

I, *EDMUND G. BROWN JR.*, Secretary of State of the State of California, hereby certify:

That the annexed transcript has been compared with the RECORD on file in this office, of which it purports to be a copy, and that same is full, true and correct.

*IN WITNESS WHEREOF*, I execute this certificate and affix the Great Seal of the State of California this

JAN 4 – 1974



Edmund G. Brown Jr.
Secretary of State



# Pacific Merchant Shipping Association
# 2007 Membership Roster – Ocean Carriers

Alaska Tanker Company
APL, Ltd.
CMA-CGM
Cosco Container Lines Co., Ltd.
Evergreen Marine Corporation
Fesco
Foss Maritime
Hanjin Shipping Company, Ltd.
Hapag-Lloyd AG.
Horizon Lines, LLC
Hyundai Merchant Marine
Maersk Inc.
Matson Navigation Company
Mitsui OSK Lines.
Nippon Yusen Kaisha Line.
Overseas Orient Container Line.
Polynesia Lines
Princess Cruises
Seaboard International Shipping
Shinwa Lines
Star Shipping A/S.
Toko Lines
Totem Ocean Trailer Express
Wallenius Wilhelmsen Lines
Westwood Shipping Lines
Yang Ming Line
Zim-American Israeli Shipping

EXHIBIT 2