Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendant-Intervenors. | CASE NO.:<br>2:06-CV-02791-WBS-KJM<br><br>**DECLARATION OF GEORGE WRIGHT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT BY PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION**<br><br>Date: July 9, 2007<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

1

I, George Wright, declare as follows:

1.  I am employed as Senior Vice President, Marine Operations at Princess Cruises and have been since 2007. Princess Cruises is a member of the Pacific Merchant Shipping Association. In that capacity, I have determined which vessels owned or operated by Princess Cruises are subject to 13 C.C.R. § 2299.1 and 17 C.C.R. § 93118;

2.  The ocean going vessels that Princess Cruises operates within the State of California are: Coral Princess, Dawn Princess, Diamond Princess, Golden Princess, Island Princess, Regal Princess and Sun Princess. These vessels all exceed 10,000 gross registered tons and are registered in countries other than the United States. These vessels operate in foreign maritime trade and use auxiliary diesel engines while operating within 24 miles of the California coast. In the aggregate, these vessels will make an estimated 111 calls at California ports in 2007. They are all subject 13 C.C.R. §2299.1 and 17 C.C.R. §93118. Attached hereto as Exhibit 1 are vessel schedules for each of the foregoing vessels for the period 2006-07.

3.  Since January 1, 2007, The California Air Resources Board has inspected the following vessels owned or operated by Princess Cruises to determine whether they are in compliance with 13 C.C.R. §2299.1 and 17 C.C.R. §93118:

Island Princess

///

DECLARATION OF GEORGE WRIGHT IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT BY PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

Attached hereto as Exhibit 2 are copies of the CARB Auxiliary Engine Inspection and Incinerator Forms prepared by CARB personnel and provided to the vessels as stated on the Forms representing CARB's record of inspection for the foregoing vessels.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this 16th day of April, 2007, at Santa Clarita, CA.

_George Wright_

///

///

///

///

///

3

| # | Vessel Name | Arr Date | Arr | Dep Date | Dep Time | Voyage | Res | Itinerary | Designation |
|---|---|---|---|---|---|---|---|---|---|
| | Los Angeles - LAX, Usa | | | | | | | | |
| 1 | Diamond Princess | 01/06/2007 | 0700 | 01/06/2007 | 1600 | DI0702 | | 6169.005 | Turnaround |
| 2 | Island Princess | 01/11/2007 | 0700 | 01/11/2007 | 1600 | IP0702 | | 6488.046 | Turnaround |
| 3 | Diamond Princess | 01/13/2007 | 0600 | 01/13/2007 | 1600 | DI0703 | | 6169.005 | Turnaround |
| 4 | Diamond Princess | 01/20/2007 | 0600 | 01/20/2007 | 1600 | DI0704 | | 6169.005 | Turnaround |
| 5 | Island Princess | 01/26/2007 | 0700 | 01/26/2007 | 1600 | IP0703 | | 6488.047 | Turnaround |
| 6 | Diamond Princess | 01/27/2007 | 0600 | 01/27/2007 | 1600 | DI0705 | | 6169.005 | Turnaround |
| 7 | Diamond Princess | 02/03/2007 | 0600 | 02/03/2007 | 1600 | DI0706 | | 6169.005 | Turnaround |
| 8 | Diamond Princess | 02/10/2007 | 0600 | 02/10/2007 | 1600 | DI0707 | | 6169.005 | Turnaround |
| 9 | Island Princess | 02/10/2007 | 0700 | 02/10/2007 | 1600 | IP0704 | | 6488.048 | Turnaround |
| 10 | Diamond Princess | 02/17/2007 | 0600 | 02/17/2007 | 1600 | DI0708 | | 6169.005 | Turnaround |
| 11 | Diamond Princess | 02/24/2007 | 0600 | 02/24/2007 | 1600 | DI0709 | | 6169.005 | Turnaround |
| 12 | Island Princess | 02/25/2007 | 0700 | 02/25/2007 | 1600 | IP0705 | | 6488.042 | Turnaround |
| 13 | Diamond Princess | 03/03/2007 | 0600 | 03/03/2007 | 1600 | DI0710 | | 6169.005 | Turnaround |
| 14 | Diamond Princess | 03/10/2007 | 0600 | 03/10/2007 | 1600 | DI0711 | | 6169.005 | Turnaround |
| 15 | Island Princess | 03/12/2007 | 0700 | 03/12/2007 | 1600 | IP0706 | | 6488.049 | Turnaround |
| 16 | Diamond Princess | 03/17/2007 | 0600 | 03/17/2007 | 1600 | DI0712 | | 6169.005 | Turnaround |
| 17 | Diamond Princess | 03/24/2007 | 0600 | 03/24/2007 | 1600 | DI0713 | | 6169.005 | Turnaround |
| 18 | Island Princess | 03/27/2007 | 0700 | 03/27/2007 | 1600 | IP0707 | | 6488.044 | Turnaround |
| 19 | Diamond Princess | 03/31/2007 | 0600 | 03/31/2007 | 1600 | DI0714 | | 6169.005 | Turnaround |
| 20 | Diamond Princess | 04/07/2007 | 0600 | 04/07/2007 | 1600 | DI0715 | | 6169.005 | Turnaround |
| 21 | Regal Princess | 04/09/2007 | 0700 | 04/09/2007 | 1600 | GP0710 | | 7411.002 | Turnaround |
| 22 | Island Princess | 04/11/2007 | 0700 | 04/11/2007 | 1600 | IP0708 | | 6488.045 | Turnaround |
| 23 | Diamond Princess | 04/14/2007 | 0600 | 04/14/2007 | 1600 | DI0716 | | 6169.005 | Turnaround |
| 24 | Diamond Princess | 04/21/2007 | 0600 | 04/21/2007 | 1600 | DI0717 | | 6169.005 | Turnaround |
| 25 | Island Princess | 04/26/2007 | 0700 | 04/26/2007 | 1600 | IP0709 | | 6488.045 | Turnaround |
| 26 | Diamond Princess | 04/28/2007 | 0600 | 04/28/2007 | 1600 | DI0718 | | 6169.005 | Turnaround |
| 27 | Regal Princess | 04/28/2007 | 0700 | 04/28/2007 | 1600 | GP0711 | | 6007.014 | Turnaround |
| 28 | Diamond Princess | 05/05/2007 | 0600 | 05/05/2007 | 1600 | DI0719 | | 7277.001 | Turnaround |
| 29 | Island Princess | 05/11/2007 | 0700 | 05/11/2007 | 1600 | IP0710 | | 6159.001 | Turnaround |
| 30 | Regal Princess | 05/13/2007 | 0700 | 05/13/2007 | 1600 | GP0712 | | 6007.015 | Turnaround |
| 31 | Sapphire Princess | 05/15/2007 | 0700 | 05/15/2007 | 1600 | SA0711 | | 6163.001 | Turnaround |
| 32 | Regal Princess | 05/28/2007 | 0700 | 05/28/2007 | 1600 | GP0713 | | 7646.006 | Turnaround |
| 33 | Regal Princess | 06/17/2007 | 0700 | 06/17/2007 | 1600 | GP0714 | | 6007.015 | Turnaround |
| 34 | Regal Princess | 07/02/2007 | 0700 | 07/02/2007 | 1600 | GP0715 | | 6007.018 | Turnaround |
| 35 | Regal Princess | 07/17/2007 | 0700 | 07/17/2007 | 1600 | GP0716 | | 6007.015 | Turnaround |
| 36 | Regal Princess | 08/01/2007 | 0700 | 08/01/2007 | 1600 | GP0717 | | 6007.016 | Turnaround |
| 37 | Regal Princess | 08/16/2007 | 0700 | 08/16/2007 | 1600 | GP0718 | | 6007.017 | Turnaround |
| 38 | Regal Princess | 08/31/2007 | 0700 | 08/31/2007 | 1600 | GP0719 | | 7647.004 | Turnaround |
| 39 | Diamond Princess | 09/19/2007 | 0700 | 09/19/2007 | 1600 | DI0739 | | 6374.003 | Turnaround |
| 40 | Island Princess | 09/20/2007 | 0700 | 09/20/2007 | 1600 | IP0730 | | 7765.001 | Turnaround |
| 41 | Golden Princess | 09/29/2007 | 0700 | 09/29/2007 | 1600 | NP0735 | | 5430.003 | Turnaround |
| 42 | Diamond Princess | 10/04/2007 | 0700 | 10/04/2007 | 1600 | DI0740 | | 6374.008 | Turnaround |
| 43 | Golden Princess | 10/06/2007 | 0700 | 10/06/2007 | 1600 | NP0736 | | 5430.003 | Turnaround |
| 44 | Island Princess | 10/09/2007 | 0700 | 10/09/2007 | 1600 | IP0731 | | 6475.007 | Turnaround |
| 45 | Golden Princess | 10/13/2007 | 0700 | 10/13/2007 | 1600 | NP0737 | | 5430.003 | Turnaround |
| 46 | Diamond Princess | 10/19/2007 | 0700 | 10/19/2007 | 1600 | DI0741 | | 6374.005 | Turnaround |
| 47 | Golden Princess | 10/20/2007 | 0700 | 10/20/2007 | 1600 | NP0738 | | 5430.003 | Turnaround |
| 48 | Golden Princess | 10/27/2007 | 0700 | 10/27/2007 | 1600 | NP0739 | | 5430.003 | Turnaround |
| 49 | Golden Princess | 11/03/2007 | 0700 | 11/03/2007 | 1600 | NP0740 | | 5430.003 | Turnaround |
| 50 | Diamond Princess | 11/03/2007 | 0700 | 11/03/2007 | 1600 | DI0742 | | 6374.004 | Turnaround |
| 51 | Golden Princess | 11/10/2007 | 0700 | 11/10/2007 | 1600 | NP0741 | | 5430.003 | Turnaround |
| 52 | Golden Princess | 11/17/2007 | 0700 | 11/17/2007 | 1600 | NP0742 | | 5430.003 | Turnaround |
| 53 | Diamond Princess | 11/18/2007 | 0700 | 11/18/2007 | 1600 | DI0743 | | 6374.005 | Turnaround |
| 54 | Golden Princess | 11/24/2007 | 0700 | 11/24/2007 | 1600 | NP0743 | | 5430.003 | Turnaround |
| 55 | Golden Princess | 12/01/2007 | 0700 | 12/01/2007 | 1600 | NP0744 | | 5430.003 | Turnaround |
| 56 | Diamond Princess | 12/03/2007 | 0700 | 12/03/2007 | 1600 | DI0744 | | 6374.007 | Turnaround |
| 57 | Golden Princess | 12/08/2007 | 0700 | 12/08/2007 | 1600 | NP0745 | | 5430.003 | Turnaround |
| 58 | Golden Princess | 12/15/2007 | 0700 | 12/15/2007 | 1600 | NP0746 | | 5430.003 | Turnaround |
| 59 | Diamond Princess | 12/18/2007 | 0700 | 12/18/2007 | 1600 | DI0801 | | 6374.006 | Turnaround |
| 60 | Golden Princess | 12/22/2007 | 0700 | 12/22/2007 | 1600 | NP0747 | | 5430.003 | Turnaround |
| 61 | Golden Princess | 12/29/2007 | 0700 | 12/29/2007 | 1600 | NP0801 | | 5430.003 | Turnaround |

EXHIBIT 1

| Vessel Name | Arr Date | Arr | Dep Date | Dep Time | Voyage | Res | Itinerary | Designation |
|---|---|---|---|---|---|---|---|---|
| Santa Barbara - SBA, Usa | | | | | | | | |
| Diamond Princess | 05/07/2007 | 0700 | 05/07/2007 | 1600 | DI0719 | | 7277.001 | Transit |

| | Vessel Name | Arr Date | Arr | Dep Date | Dep Time | Voyage | Res | Itinerary | Designation |
|---|---|---|---|---|---|---|---|---|---|
| | San Diego - SAN, Usa | | | | | | | | |
| 1 | Sun Princess | 05/03/2007 | 0700 | 05/03/2007 | 1300 | SP0712 | | 7211.002 | Transit |
| 2 | Diamond Princess | 05/06/2007 | 0800 | 05/06/2007 | 1800 | DI0719 | | 7277.001 | Transit |
| 3 | Dawn Princess | 09/30/2007 | 1200 | 09/30/2007 | 1600 | DP0729 | | 7770.001 | Turnaround |
| 4 | Dawn Princess | 10/07/2007 | 0700 | 10/07/2007 | 1600 | DP0730 | | 7770.001 | Turnaround |
| 5 | Dawn Princess | 10/14/2007 | 0700 | 10/14/2007 | 1600 | DP0731 | | 7770.001 | Turnaround |
| 6 | Dawn Princess | 10/21/2007 | 0700 | 10/21/2007 | 1600 | DP0732 | | 7770.001 | Turnaround |
| 7 | Dawn Princess | 10/28/2007 | 0700 | 10/28/2007 | 1600 | DP0733 | | 7770.001 | Turnaround |
| 8 | Dawn Princess | 11/04/2007 | 0700 | 11/04/2007 | 1600 | DP0734 | | 7770.001 | Turnaround |
| 9 | Dawn Princess | 11/11/2007 | 0700 | 11/11/2007 | 1600 | DP0735 | | 7770.001 | Turnaround |
| 10 | Dawn Princess | 11/18/2007 | 0700 | 11/18/2007 | 1600 | DP0736 | | 7770.001 | Turnaround |
| 11 | Dawn Princess | 11/25/2007 | 0700 | 11/25/2007 | 1600 | DP0737 | | 7770.001 | Turnaround |
| 12 | Dawn Princess | 12/02/2007 | 0700 | 12/02/2007 | 1600 | DP0738 | | 7770.001 | Turnaround |
| 13 | Dawn Princess | 12/09/2007 | 0700 | 12/09/2007 | 1600 | DP0739 | | 7770.001 | Turnaround |
| 14 | Dawn Princess | 12/16/2007 | 0700 | 12/16/2007 | 1600 | DP0740 | | 7770.001 | Turnaround |
| 15 | Dawn Princess | 12/23/2007 | 0700 | 12/23/2007 | 1600 | DP0741 | | 7770.001 | Turnaround |
| 16 | Dawn Princess | 12/30/2007 | 0700 | 12/30/2007 | 1600 | DP0801 | | 7770.001 | Turnaround |

| Vessel Name | Arr Date | Arr | Dep Date | Dep Time | Voyage | Res | Itinerary | Designation |
|---|---|---|---|---|---|---|---|---|
| San Francisco - SFO, Usa | | | | | | | | |
| 1 Dawn Princess | 01/03/2007 | 0700 | 01/03/2007 | 1600 | DP0702 | | 7396.007 | Turnaround |
| 2 Dawn Princess | 01/14/2007 | 0700 | 01/14/2007 | 1600 | DP0703 | | 7396.002 | Turnaround |
| 3 Dawn Princess | 01/25/2007 | 0700 | 01/25/2007 | 1600 | DP0704 | | 7396.007 | Turnaround |
| 4 Dawn Princess | 02/05/2007 | 0700 | 02/05/2007 | 1600 | DP0705 | | 7396.003 | Turnaround |
| 5 Dawn Princess | 02/16/2007 | 0700 | 02/16/2007 | 1600 | DP0706 | | 7396.011 | Turnaround |
| 6 Dawn Princess | 02/27/2007 | 0700 | 02/27/2007 | 1600 | DP0707 | | 7396.002 | Turnaround |
| 7 Dawn Princess | 03/10/2007 | 0700 | 03/10/2007 | 1600 | DP0708 | | 7396.003 | Turnaround |
| 8 Dawn Princess | 03/21/2007 | 0700 | 03/21/2007 | 1600 | DP0709 | | 7396.007 | Turnaround |
| 9 Dawn Princess | 04/01/2007 | 0700 | 04/01/2007 | 1600 | DP0710 | | 7396.003 | Turnaround |
| 10 Golden Princess | 04/12/2007 | 0700 | 04/12/2007 | 1600 | NP0709 | | 7303.005 | Turnaround |
| 11 Dawn Princess | 04/12/2007 | 0700 | 04/12/2007 | 1600 | DP0711 | | 7396.007 | Turnaround |
| 12 Golden Princess | 04/22/2007 | 0700 | 04/22/2007 | 1600 | NP0710 | | 7303.005 | Turnaround |
| 13 Dawn Princess | 04/23/2007 | 0700 | 04/23/2007 | 1600 | DP0712 | | 7396.003 | Turnaround |
| 14 Golden Princess | 05/02/2007 | 0700 | 05/02/2007 | 1600 | NP0711 | | 7773.001 | Turnaround |
| 15 Diamond Princess | 05/08/2007 | 0900 | 05/08/2007 | 1800 | DI0719 | | 7277.001 | Transit |
| 16 Dawn Princess | 05/11/2007 | 1200 | 05/11/2007 | 1600 | DP0714 | | 7627.001 | Turnaround |
| 17 Dawn Princess | 05/21/2007 | 0700 | 05/21/2007 | 1600 | DP0715 | | 7627.002 | Turnaround |
| 18 Dawn Princess | 05/31/2007 | 0700 | 05/31/2007 | 1600 | DP0716 | | 7627.003 | Turnaround |
| 19 Dawn Princess | 06/10/2007 | 0700 | 06/10/2007 | 1600 | DP0717 | | 7627.002 | Turnaround |
| 20 Dawn Princess | 06/20/2007 | 0700 | 06/20/2007 | 1600 | DP0718 | | 7627.005 | Turnaround |
| 21 Dawn Princess | 06/30/2007 | 0700 | 06/30/2007 | 1600 | DP0719 | | 7627.007 | Turnaround |
| 22 Dawn Princess | 07/10/2007 | 0700 | 07/10/2007 | 1600 | DP0720 | | 7627.002 | Turnaround |
| 23 Dawn Princess | 07/20/2007 | 0700 | 07/20/2007 | 1600 | DP0721 | | 7627.008 | Turnaround |
| 24 Dawn Princess | 07/30/2007 | 0700 | 07/30/2007 | 1600 | DP0722 | | 7627.002 | Turnaround |
| 25 Dawn Princess | 08/09/2007 | 0700 | 08/09/2007 | 1600 | DP0723 | | 7627.003 | Turnaround |
| 26 Dawn Princess | 08/19/2007 | 0700 | 08/19/2007 | 1600 | DP0724 | | 7627.002 | Turnaround |
| 27 Dawn Princess | 08/29/2007 | 0700 | 08/29/2007 | 1600 | DP0725 | | 7627.005 | Turnaround |
| 28 Dawn Princess | 09/08/2007 | 0700 | 09/08/2007 | 1600 | DP0726 | | 7627.004 | Turnaround |
| 29 Dawn Princess | 09/18/2007 | 0700 | 09/18/2007 | 1600 | DP0727 | | 7627.001 | Turnaround |
| 30 Sun Princess | 09/25/2007 | 0900 | 09/25/2007 | 1800 | SP0733 | | 7674.007 | Transit |
| 31 Coral Princess | 09/26/2007 | 1000 | 09/26/2007 | 1600 | CO0734 | | 6506.004 | Turnaround |
| 32 Golden Princess | 09/27/2007 | 0700 | 09/27/2007 | 1600 | NP0734 | | 7768.006 | Transit |
| 33 Dawn Princess | 09/28/2007 | 0700 | 09/28/2007 | 1200 | DP0727 | | 7627.001 | Turnaround |
| Dawn Princess | 09/29/2007 | 1200 | 09/29/2007 | 1200 | DP0728 | | 7794.001 | Turnaround |

**State of California**
California Environmental Protection Agency
AIR RESOURCES BOARD

**Auxiliary Engine Inspection and Incinerator Form**

1001 "I" Street, 5th floor
Sacramento, CA 95814

Vessel name: ISLAND PRINCESS   Port: SAN PEDRO   Berth: _____
Master: ANDREA POGGI   Chief Engineer name: VITO ALLEGRETTA
Agent's E-mail address: _____   Agent Name: MARCO VALERIO
Agent's mailing address: _____
Phone: (626) 350-6919   Date: 3/27/07   Time: 1312 hours   CARB inspector: ARMOR

When and where vessel entered California Regulated Waters 24 nautical mile limit (CRW):
Obtain a copy of the log ✓

Date: 03/26/07   Time: 2256 hours   Position: 32°25.8N Latitude   117°24.1'W Longitude

Verify time of completed fuel switch shown in ship's log prior to entry to CRW: Time 2257 hours

### MOST RECENT FUEL PURCHASES

| Source | Date of Purchase | Fuel Type |
|---|---|---|
| TESORO | 3/20/2007 | MGO /.33% |

Obtain copies of the fuel purchases ✓

### FUEL SAMPLES

| Sample Number | Fuel Type used while in CRW | Stated Sulfur Content (% by weight) |
|---|---|---|
| 032707AB1 | MGO | .33% |
|  |  |  |
|  |  |  |
|  |  |  |

Obtain a copy of the incinerator record ✓

### INCINERATOR

| Date | Time | Latitude | Longitude |
|---|---|---|---|
| 03/26/07 | 1346 | 31°42.2'N | 117°07.6'W |

Key Terms and Regulation Info:
MDO – Marine Diesel Oil (DMB Grades, 0.5% Sulfur Content)
MGO – Marine Gas Oil (DMX or DMA Grades, 1.5% Sulfur Content)
CRW – California Regulated Waters (24 Nautical Miles from the California Baseline, coordinates mandated for Southern California)

# EXHIBIT 2

# Cruise Ship Inspection Form

Date: 3-27-07   City: SAN PEDRO
Cruise Line: PRINCESS   Vessel: ISLAND PRINCESS
Dock # or Berth:
On-Board Contact name: MINGO
Title: ENVIRONMENTAL ENGINEER
Phone:

Time of Boarding/Inspection: 1327

## 471 Incinerator Status

**First Incinerator**   Burning ☐   Not Burning ☒
Charging conveyor/Hopper moving ☐ Not moving ☒
Burn chamber temp 87°   2nd Chamber temp 116°
Copy of trash burning log provided ☒
Operator's Name (if present and burning):

**Second Incinerator**   Burning ☐   Not Burning ☒
Charging conveyor/Hopper moving ☐ Not moving ☒
Burn chamber temp 100°   2nd Chamber temp 127°
Operator's Name (if different from above):

Time: 03/24/07   Map coordinates of burning cessation: 31°42'3"N x 117°7.6'W

| VEB Start Time 1231 | | | VEE End Time 1237 | |
|---|---|---|---|---|
| Sec/Min | 0 | 15 | 30 | 45 | Comments |
| 1 | 0 | 0 | 0 | 0 | NOTHING MUCH |
| 2 | 0 | 0 | 0 | 0 | VISIBLE, HIGH |
| 3 | 0 | 0 | 0 | 0 | WINDS, LOW |
| 4 | ¼ | 0 | ¼ | 0 | EMISSIONS |
| 5 | ¼ | 0 | 0 | 0 | |
| 6 | 0 | 0 | ¼ | 0 | |
| 7 | | | | | |
| 8 | | | | | |
| 9 | | | | | |
| 10 | | | | | |

Use this space to draw emission point



### VE Observer's Location
Parking Lot

Describe emission point: STACKS (MULTIPLE)

Stack Height above water: 600'
Height relative to observer: Start 590'  End 590'
Direction from observer: Start NORTH  End NORTH
Distance from observer: Start 800'  End 800'

Describe emissions
Start: NONE   End: NONE
Color: Start CLEAR  End CLEAR
Point in plume VE read: TOP ABOVE STACK

Describe plume background
Start: BLUE SKIES   End: BLUE SKIES
Background color: BLUE
Sky conditions: CLEAR

Wind speed: 11 mph
Wind direction: WESTERLY
Ambient Temp: 61°
This is not a water vapor plume. RH not required.

Inspector: Abrener   Agency: CARB