Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendant-Intervenors. | CASE NO.:<br>2:06-CV-02791-WBS-KJM<br><br>**DECLARATION OF KWANG YONG JUNG IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT BY PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION**<br><br>Date:        July 9, 2007<br>Time:        2:00 p.m.<br>Courtroom:   5<br>Judge:       Hon. William B. Shubb |

1

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

I, Kwang-Yong Jung, declare as follows:

1.      I am employed as a Senior Manager of Terminal Vessel Operation to Hanjin Shipping Co., Ltd. and have been since 1992. Hanjin Shipping Co., Ltd. is a member of the Pacific Merchant Shipping Association.  One of my duties is planning for the vessel operations of Hanjin Shipping Co., Ltd., within the State of California. In that capacity, I have determined which vessels owned or operated by Hanjin Shipping Co., Ltd. are subject to 13 C.C.R. § 2299.1 and 17 C.C.R. § 93118;

2.      The ocean going vessels that Hanjin Shipping Co., Ltd. operates within the State of California are:

CONTAINERIZED VESSELS

| Call/Year | Full name |
|---|---|
| 13 | HANJIN ATHENS |
| 13 | HANJIN BASEL |
| 12 | HANJIN CAIRO |
| 13 | HANJIN TAIPEI |
| 45 | DOLPHIN STRAIT |
| 8 | HANJIN BEIJING |
| 9 | HANJIN AMSTERDAM |
| 7 | HANJIN LISBON |
| 9 | PUNJAB SENATOR |
| 8 | PEKING SENATOR |
| 1 | PORTLAND SENATOR |
| 9 | PENANG  SENATOR |
| 2 | PUSAN SENATOR |
| 11 | HANJIN BOSTON |
| 10 | HANJIN BALTIMORE |
| 10 | HANJIN DALLAS |
| 10 | HANJIN MIAMI |
| 10 | HANJINYANTIAN |
| 200 | Total |

2

1  BULK VESSELS

2

| Call/Year | Full name |
|---|---|
| 2 | HANJIN BOMBY |
| 2 | HANJIN ANTWERP |
| 2 | HANJIN BRISBANE |
| 2 | HANJIN CALCUTTA |
| 2 | DOLPHIN HOUSTON |
| 2 | HANJIN ISTANBUL |
| 2 | HANJIN CAPE TOWN |
| 12 | HANJIN PITTSBURG |
| 26 | Total |

These vessels all exceed 10,000 gross registered tons and are registered in countries other than the United States. These vessels operate in foreign maritime trade and use auxiliary diesel engines while operating within 24 miles of the California coast. In the aggregate, these vessels will make an estimated 226 calls at California ports in 2007. They are all subject 13 C.C.R. §2299.1 and 17 C.C.R. §93118. Attached hereto as Exhibit 1 are vessel schedules for each of the foregoing vessels for the period 2006-07.

3. Since January 1, 2007, The California Air Resources Board has inspected the following vessels owned or operated by to determine whether they are in compliance with 13 C.C.R. §2299.1 and 17 C.C.R. §93118:

DOLPHIN STRAIT

Attached hereto as Exhibit 2 are copies of the CARB Auxiliary Engine Inspection and Incinerator Forms prepared by CARB personnel and provided to the vessels as

3

1    stated on the Forms representing CARB's record of inspection for the foregoing

2    vessels.

3

4        I declare under penalty of perjury and the laws of the United States that the

5    foregoing is true and correct.

6

7

8        Executed this 10th day of April, 2007, at Paramus, New Jersey.

9

10

11                                                    Kwang Yong Jung

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

4

######## Long Range Schedule Inquiry ########

LANE    CAX
From    1-Jan-07
To    31-Dec-07

| VVD | | | USLGB | | USOAK | |
|---|---|---|---|---|---|---|
| | | | ETB | ETD | ETB | ETD |
| | | | FRI | MON | TUE | TUE |
| HNTI0038 | HANJIN TAIPEI | (E/W) | 1/12/2007 | 1/15/2007 | 1/16/2007 | 1/16/2007 |
| HNAT0041 | HANJIN ATHENS | (E/W) | 1/19/2007 | 1/21/2007 | 1/22/2007 | 1/23/2007 |
| HNCB0003 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 1/29/2007 | 1/31/2007 | 2/1/2007 | 2/2/2007 |
| HNBL0026 | HANJIN BASEL | (E/W) | 2/4/2007 | 2/7/2007 | 2/8/2007 | 2/8/2007 |
| HNTI0039 | HANJIN TAIPEI | (E/W) | 2/9/2007 | 2/12/2007 | 2/13/2007 | 2/13/2007 |
| HNAT0042 | HANJIN ATHENS | (E/W) | 2/16/2007 | 2/19/2007 | 2/20/2007 | 2/20/2007 |
| HNCB0004 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 2/25/2007 | 2/28/2007 | | |
| HNBL0027 | HANJIN BASEL | (E/W) | 3/5/2007 | 3/7/2007 | 3/8/2007 | 3/8/2007 |
| HNTI0040 | HANJIN TAIPEI | (E/W) | 3/9/2007 | 3/11/2007 | 3/12/2007 | 3/13/2007 |
| HNAT0043 | HANJIN ATHENS | (E/W) | 3/17/2007 | 3/19/2007 | 3/20/2007 | 3/21/2007 |
| HNCB0005 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 3/23/2007 | 3/25/2007 | 3/26/2007 | 3/27/2007 |
| HNBL0028 | HANJIN BASEL | (E/W) | 4/1/2007 | 4/3/2007 | | |
| HNTI0041 | HANJIN TAIPEI | (E/W) | 4/7/2007 | 4/10/2007 | 4/11/2007 | 4/11/2007 |
| HNAT0044 | HANJIN ATHENS | (E/W) | 4/16/2007 | 4/18/2007 | 4/19/2007 | 4/19/2007 |
| HNCB0006 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 4/20/2007 | 4/23/2007 | 4/24/2007 | 4/24/2007 |
| HJRM0058 | HANJIN ROME | (E/W) | 4/27/2007 | 4/30/2007 | 5/1/2007 | 5/1/2007 |
| HNTI0042 | HANJIN TAIPEI | (E/W) | 5/4/2007 | 5/7/2007 | 5/8/2007 | 5/8/2007 |
| HNAT0045 | HANJIN ATHENS | (E/W) | 5/11/2007 | 5/14/2007 | 5/15/2007 | 5/15/2007 |
| HNCB0007 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 5/18/2007 | 5/21/2007 | 5/22/2007 | 5/22/2007 |
| HJRM0059 | HANJIN ROME | (E/W) | 5/25/2007 | 5/28/2007 | 5/29/2007 | 5/29/2007 |
| HNTI0043 | HANJIN TAIPEI | (E/W) | 6/1/2007 | 6/4/2007 | 6/5/2007 | 6/5/2007 |
| HNAT0046 | HANJIN ATHENS | (E/W) | 6/8/2007 | 6/11/2007 | 6/12/2007 | 6/12/2007 |
| HNCB0008 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 6/15/2007 | 6/18/2007 | 6/19/2007 | 6/19/2007 |
| HJRM0060 | HANJIN ROME | (E/W) | 6/22/2007 | 6/25/2007 | 6/26/2007 | 6/26/2007 |
| HNTI0044 | HANJIN TAIPEI | (E/W) | 6/29/2007 | 7/2/2007 | 7/3/2007 | 7/3/2007 |
| HNAT0047 | HANJIN ATHENS | (E/W) | 7/6/2007 | 7/9/2007 | 7/10/2007 | 7/10/2007 |
| HNCB0009 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 7/13/2007 | 7/16/2007 | 7/17/2007 | 7/17/2007 |
| HJRM0061 | HANJIN ROME | (E/W) | 7/20/2007 | 7/23/2007 | 7/24/2007 | 7/24/2007 |
| HNTI0045 | HANJIN TAIPEI | (E/W) | 7/27/2007 | 7/30/2007 | 7/31/2007 | 7/31/2007 |
| HNAT0048 | HANJIN ATHENS | (E/W) | 8/3/2007 | 8/6/2007 | 8/7/2007 | 8/7/2007 |

# EXHIBIT 1

| | | | | | | |
|---|---|---|---|---|---|---|
| HNCB0010 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 8/10/2007 | 8/13/2007 | 8/14/2007 | 8/14/2007 |
| HJRM0062 | HANJIN ROME | (E/W) | 8/17/2007 | 8/20/2007 | 8/21/2007 | 8/21/2007 |
| HNTI0046 | HANJIN TAIPEI | (E/W) | 8/24/2007 | 8/27/2007 | 8/28/2007 | 8/28/2007 |
| HNAT0049 | HANJIN ATHENS | (E/W) | 8/31/2007 | 9/3/2007 | 9/4/2007 | 9/4/2007 |
| HNCB0011 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 9/7/2007 | 9/10/2007 | 9/11/2007 | 9/11/2007 |
| HJRM0063 | HANJIN ROME | (E/W) | 9/14/2007 | 9/17/2007 | 9/18/2007 | 9/18/2007 |
| HNTI0047 | HANJIN TAIPEI | (E/W) | 9/21/2007 | 9/24/2007 | 9/25/2007 | 9/25/2007 |
| HNAT0050 | HANJIN ATHENS | (E/W) | 9/28/2007 | 10/1/2007 | 10/2/2007 | 10/2/2007 |
| HNCB0012 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 10/5/2007 | 10/8/2007 | 10/9/2007 | 10/9/2007 |
| HJRM0064 | HANJIN ROME | (E/W) | 10/12/2007 | 10/15/2007 | 10/16/2007 | 10/16/2007 |
| HNTI0048 | HANJIN TAIPEI | (E/W) | 10/19/2007 | 10/22/2007 | 10/23/2007 | 10/23/2007 |
| HNAT0051 | HANJIN ATHENS | (E/W) | 10/26/2007 | 10/29/2007 | 10/30/2007 | 10/30/2007 |
| HNCB0013 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 11/2/2007 | 11/5/2007 | 11/6/2007 | 11/6/2007 |
| HJRM0065 | HANJIN ROME | (E/W) | 11/9/2007 | 11/12/2007 | 11/13/2007 | 11/13/2007 |
| HNTI0049 | HANJIN TAIPEI | (E/W) | 11/16/2007 | 11/19/2007 | 11/20/2007 | 11/20/2007 |
| HNAT0052 | HANJIN ATHENS | (E/W) | 11/23/2007 | 11/26/2007 | 11/27/2007 | 11/27/2007 |
| HNCB0014 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 11/30/2007 | 12/3/2007 | 12/4/2007 | 12/4/2007 |
| HJRM0066 | HANJIN ROME | (E/W) | 12/7/2007 | 12/10/2007 | 12/11/2007 | 12/11/2007 |
| HNTI0050 | HANJIN TAIPEI | (E/W) | 12/14/2007 | 12/17/2007 | 12/18/2007 | 12/18/2007 |
| HNAT0053 | HANJIN ATHENS | (E/W) | 12/21/2007 | 12/24/2007 | 12/25/2007 | 12/25/2007 |
| HNCB0015 | COSCO BUSAN(HJS OPERATOR) | (E/W) | 12/28/2007 | 12/31/2007 | 1/1/2007 | 1/1/2007 |
| HJRM0067 | HANJIN ROME | (E/W) | 1/4/2007 | 1/7/2007 | 1/8/2007 | 1/8/2007 |
| HNTI0051 | HANJIN TAIPEI | (E/W) | 1/11/2007 | 1/14/2007 | 1/15/2007 | 1/15/2007 |

| | |
|---|---|
| HNAT | HANJIN ATHENS |
| HNBL | HANJIN BASEL |
| HNCB | COSCO BUSAN(HJS OPERATOR) |
| HNTI | HANJIN TAIPEI |
| HJRM | HANJIN ROME |

######## Long Range Schedule Inquiry ########

| LANE | : | MGS |
| --- | --- | --- |
| From | : | 1-Jan-07 |
| To | : | 31-Dec-07 |

| VVD | | | USLGB ETB FRI | ETD SAT |
| --- | --- | --- | --- | --- |
| HNDT0044 | DOLPHIN STRAIT | (E/W) | 1/2/2007 | 1/3/2007 |
| HNDT0045 | DOLPHIN STRAIT | (E/W) | 1/10/2007 | 1/11/2007 |
| HNDT0046 | DOLPHIN STRAIT | (E/W) | 1/18/2007 | 1/19/2007 |
| HNDT0047 | DOLPHIN STRAIT | (E/W) | 1/26/2007 | 1/27/2007 |
| HNDT0048 | DOLPHIN STRAIT | (E/W) | 2/3/2007 | 2/4/2007 |
| HNDT0049 | DOLPHIN STRAIT | (E/W) | 2/11/2007 | 2/12/2007 |
| HNDT0050 | DOLPHIN STRAIT | (E/W) | 2/19/2007 | 2/20/2007 |
| HNDT0051 | DOLPHIN STRAIT | (E/W) | 2/27/2007 | 2/28/2007 |
| HNDT0052 | DOLPHIN STRAIT | (E/W) | 3/7/2007 | 3/8/2007 |
| HNDT0053 | DOLPHIN STRAIT | (E/W) | 3/15/2007 | 3/16/2007 |
| HNDT0054 | DOLPHIN STRAIT | (E/W) | 3/24/2007 | 3/25/2007 |
| HNDT0055 | DOLPHIN STRAIT | (E/W) | 3/31/2007 | 4/2/2007 |
| HNDT0056 | DOLPHIN STRAIT | (E/W) | 4/9/2007 | 4/10/2007 |
| HNDT0057 | DOLPHIN STRAIT | (E/W) | 4/16/2007 | 4/17/2007 |
| HNDT0058 | DOLPHIN STRAIT | (E/W) | 4/24/2007 | 4/25/2007 |
| HNDT0059 | DOLPHIN STRAIT | (E/W) | 5/2/2007 | 5/3/2007 |
| HNDT0060 | DOLPHIN STRAIT | (E/W) | 5/10/2007 | 5/11/2007 |
| HNDT0061 | DOLPHIN STRAIT | (E/W) | 5/18/2007 | 5/19/2007 |
| HNDT0062 | DOLPHIN STRAIT | (E/W) | 5/26/2007 | 5/27/2007 |
| HNDT0063 | DOLPHIN STRAIT | (E/W) | 6/3/2007 | 6/4/2007 |
| HNDT0064 | DOLPHIN STRAIT | (E/W) | 6/11/2007 | 6/12/2007 |
| HNDT0065 | DOLPHIN STRAIT | (E/W) | 6/19/2007 | 6/20/2007 |
| HNDT0066 | DOLPHIN STRAIT | (E/W) | 6/27/2007 | 6/28/2007 |
| HNDT0067 | DOLPHIN STRAIT | (E/W) | 7/5/2007 | 7/6/2007 |
| HNDT0068 | DOLPHIN STRAIT | (E/W) | 7/13/2007 | 7/14/2007 |
| HNDT0069 | DOLPHIN STRAIT | (E/W) | 7/21/2007 | 7/22/2007 |
| HNDT0070 | DOLPHIN STRAIT | (E/W) | 7/29/2007 | 7/30/2007 |
| HNDT0071 | DOLPHIN STRAIT | (E/W) | 8/6/2007 | 8/7/2007 |
| HNDT0072 | DOLPHIN STRAIT | (E/W) | 8/14/2007 | 8/15/2007 |
| HNDT0073 | DOLPHIN STRAIT | (E/W) | 8/22/2007 | 8/23/2007 |

| | | | | |
|---|---|---|---|---|
| HNDT0074 | DOLPHIN STRAIT | (E/W) | 8/30/2007 | 8/31/2007 |
| HNDT0075 | DOLPHIN STRAIT | (E/W) | 9/7/2007 | 9/8/2007 |
| HNDT0076 | DOLPHIN STRAIT | (E/W) | 9/15/2007 | 9/16/2007 |
| HNDT0077 | DOLPHIN STRAIT | (E/W) | 9/23/2007 | 9/24/2007 |
| HNDT0078 | DOLPHIN STRAIT | (E/W) | 10/1/2007 | 10/2/2007 |
| HNDT0079 | DOLPHIN STRAIT | (E/W) | 10/9/2007 | 10/10/2007 |
| HNDT0080 | DOLPHIN STRAIT | (E/W) | 10/17/2007 | 10/18/2007 |
| HNDT0081 | DOLPHIN STRAIT | (E/W) | 10/25/2007 | 10/26/2007 |
| HNDT0082 | DOLPHIN STRAIT | (E/W) | 11/2/2007 | 11/3/2007 |
| HNDT0083 | DOLPHIN STRAIT | (E/W) | 11/10/2007 | 11/11/2007 |
| HNDT0084 | DOLPHIN STRAIT | (E/W) | 11/18/2007 | 11/19/2007 |
| HNDT0085 | DOLPHIN STRAIT | (E/W) | 11/26/2007 | 11/27/2007 |
| HNDT0086 | DOLPHIN STRAIT | (E/W) | 12/4/2007 | 12/5/2007 |
| HNDT0087 | DOLPHIN STRAIT | (E/W) | 12/12/2007 | 12/13/2007 |
| HNDT0088 | DOLPHIN STRAIT | (E/W) | 12/20/2007 | 12/21/2007 |

######## Long Range Schedule Inquiry ########

LANE                              PAS
From                              1-Jan-07
To                                31-Dec-07

| VVD | | | USLGB | | USOAK | |
|---|---|---|---|---|---|---|
| | | | ETB | ETD | ETB | ETD |
| | | | FRI | SUN | MON | MON |
| PLSE0042 | PORTLAND SENATOR | (E/W) | 1/26/2007 | 1/28/2007 | 1/29/2007 | 1/29/2007 |
| HJBJ0064 | #N/A | (W/W) | | | | |
| PKSE0052 | #N/A | (E/W) | 2/2/2007 | 2/4/2007 | 2/5/2007 | 2/5/2007 |
| PJSE0048 | #N/A | (E/W) | 2/9/2007 | 2/11/2007 | 2/12/2007 | 2/12/2007 |
| PNSE0046 | #N/A | (E/W) | 2/16/2007 | 2/18/2007 | 2/19/2007 | 2/20/2007 |
| PSEN0047 | #N/A | (E/W) | 2/23/2007 | 2/25/2007 | 2/26/2007 | 2/26/2007 |
| HNLS0028 | #N/A | (W/W) | | | | |
| HNAM0043 | #N/A | (E/W) | 3/2/2007 | 3/4/2007 | 3/5/2007 | 3/5/2007 |
| HJBJ0065 | #N/A | (E/W) | 3/9/2007 | 3/11/2007 | 3/12/2007 | 3/12/2007 |
| PKSE0053 | #N/A | (E/W) | 3/16/2007 | 3/17/2007 | 3/18/2007 | 3/19/2007 |
| PJSE0049 | #N/A | (E/W) | 3/23/2007 | 3/24/2007 | 3/26/2007 | 3/27/2007 |
| PNSE0047 | #N/A | (E/W) | 3/30/2007 | 4/1/2007 | 4/2/2007 | 4/2/2007 |
| HNLS0029 | #N/A | (E/W) | 4/5/2007 | 4/8/2007 | 4/9/2007 | 4/9/2007 |
| HNAM0044 | #N/A | (E/W) | 4/13/2007 | 4/15/2007 | 4/16/2007 | 4/16/2007 |
| HJBJ0066 | #N/A | (E/W) | 4/20/2007 | 4/22/2007 | 4/23/2007 | 4/23/2007 |
| PKSE0054 | #N/A | (E/W) | 4/27/2007 | 4/29/2007 | 4/30/2007 | 4/30/2007 |
| PJSE0050 | #N/A | (E/W) | 5/4/2007 | 5/6/2007 | 5/7/2007 | 5/7/2007 |
| PNSE0048 | #N/A | (E/W) | 5/11/2007 | 5/13/2007 | 5/14/2007 | 5/14/2007 |
| HNLS0030 | #N/A | (E/W) | 5/18/2007 | 5/20/2007 | 5/21/2007 | 5/21/2007 |
| HNAM0045 | #N/A | (E/W) | 5/25/2007 | 5/27/2007 | 5/28/2007 | 5/28/2007 |
| HJBJ0067 | #N/A | (E/W) | 6/1/2007 | 6/3/2007 | 6/4/2007 | 6/4/2007 |
| PKSE0055 | #N/A | (E/W) | 6/8/2007 | 6/10/2007 | 6/11/2007 | 6/11/2007 |
| PJSE0051 | #N/A | (E/W) | 6/15/2007 | 6/17/2007 | 6/18/2007 | 6/18/2007 |
| PNSE0049 | #N/A | (E/W) | 6/22/2007 | 6/24/2007 | 6/25/2007 | 6/25/2007 |
| HNLS0031 | #N/A | (E/W) | 6/29/2007 | 7/1/2007 | 7/2/2007 | 7/2/2007 |
| HNAM0046 | #N/A | (E/W) | 7/6/2007 | 7/8/2007 | 7/9/2007 | 7/9/2007 |
| HJBJ0068 | #N/A | (E/W) | 7/13/2007 | 7/15/2007 | 7/16/2007 | 7/16/2007 |
| PKSE0056 | #N/A | (E/W) | 7/20/2007 | 7/22/2007 | 7/23/2007 | 7/23/2007 |
| PJSE0052 | #N/A | (E/W) | 7/27/2007 | 7/29/2007 | 7/30/2007 | 7/30/2007 |
| PNSE0050 | #N/A | (E/W) | 8/3/2007 | 8/5/2007 | 8/6/2007 | 8/6/2007 |

| | | | | | | |
|---|---|---|---|---|---|---|
| HNLS0032 | #N/A | (E/W) | 8/10/2007 | 8/12/2007 | 8/13/2007 | 8/13/2007 |
| HNAM0047 | #N/A | (E/W) | 8/17/2007 | 8/19/2007 | 8/20/2007 | 8/20/2007 |
| HJBJ0069 | #N/A | (E/W) | 8/24/2007 | 8/26/2007 | 8/27/2007 | 8/27/2007 |
| PKSE0057 | #N/A | (E/W) | 8/31/2007 | 9/2/2007 | 9/3/2007 | 9/3/2007 |
| PJSE0053 | #N/A | (E/W) | 9/7/2007 | 9/9/2007 | 9/10/2007 | 9/10/2007 |
| PNSE0051 | #N/A | (E/W) | 9/14/2007 | 9/16/2007 | 9/17/2007 | 9/17/2007 |
| HNLS0033 | #N/A | (E/W) | 9/21/2007 | 9/23/2007 | 9/24/2007 | 9/24/2007 |
| HNAM0048 | #N/A | (E/W) | 9/28/2007 | 9/30/2007 | 10/1/2007 | 10/1/2007 |
| HJBJ0070 | #N/A | (E/W) | 10/5/2007 | 10/7/2007 | 10/8/2007 | 10/8/2007 |
| PKSE0058 | #N/A | (E/W) | 10/12/2007 | 10/14/2007 | 10/15/2007 | 10/15/2007 |
| PJSE0054 | #N/A | (E/W) | 10/19/2007 | 10/21/2007 | 10/22/2007 | 10/22/2007 |
| PNSE0052 | #N/A | (E/W) | 10/26/2007 | 10/28/2007 | 10/29/2007 | 10/29/2007 |
| HNLS0034 | #N/A | (E/W) | 11/2/2007 | 11/4/2007 | 11/5/2007 | 11/5/2007 |
| HNAM0049 | #N/A | (E/W) | 11/9/2007 | 11/11/2007 | 11/12/2007 | 11/12/2007 |
| HJBJ0071 | #N/A | (E/W) | 11/16/2007 | 11/18/2007 | 11/19/2007 | 11/19/2007 |
| PKSE0059 | #N/A | (E/W) | 11/23/2007 | 11/25/2007 | 11/26/2007 | 11/26/2007 |
| PJSE0055 | #N/A | (E/W) | 11/30/2007 | 12/2/2007 | 12/3/2007 | 12/3/2007 |
| PNSE0053 | #N/A | (E/W) | 12/7/2007 | 12/9/2007 | 12/10/2007 | 12/10/2007 |
| HNLS0035 | #N/A | (E/W) | 12/14/2007 | 12/16/2007 | 12/17/2007 | 12/17/2007 |
| HNAM0050 | #N/A | (E/W) | 12/21/2007 | 12/23/2007 | 12/24/2007 | 12/24/2007 |
| HJBJ0072 | #N/A | (E/W) | 12/28/2007 | 12/30/2007 | 12/31/2007 | 12/31/2007 |
| PKSE0060 | #N/A | (E/W) | 1/4/2007 | 1/6/2007 | 1/7/2007 | 1/7/2007 |
| PJSE0056 | #N/A | (E/W) | 1/11/2007 | 1/13/2007 | 1/14/2007 | 1/14/2007 |
| PNSE0054 | #N/A | (E/W) | 1/18/2007 | 1/20/2007 | 1/21/2007 | 1/21/2007 |

| | |
|---|---|
| PNSE | PENANG SENATOR |
| PKSE | PEKING SENATOR |
| HNLS | HANJIN LISBON |
| PSEN | PUSAN SENATOR |
| PJSE | PUNJAB SENATOR |
| HJBJ | HANJIN BEIJING |
| HNAM | HANJIN AMSTERDAM |

######## Long Range Schedule Inquiry ########

LANE                                          PSX
From                                          1-Jan-07
To                                            31-Dec-07

| VVD | | | USLGB ETB TUE | USLGB ETD FRI | USOAK ETB SAT | USOAK ETD SUN |
|---|---|---|---|---|---|---|
| HNBR0014 | HANJIN BALTIMORE | (E/W) | 1/17/2007 | 1/19/2007 | 1/20/2007 | 1/21/2007 |
| HNDA0012 | HANJIN DALLAS | (E/W) | 1/24/2007 | 1/26/2007 | 1/27/2007 | 1/28/2007 |
| HNMI0016 | HANJIN MIAMI | (E/W) | 2/3/2007 | 2/5/2007 | 2/6/2007 | 2/7/2007 |
| HNBN0017 | HANJIN BOSTON | (E/W) | 2/8/2007 | 2/10/2007 | 2/11/2007 | 2/12/2007 |
| HNYT0013 | HANJIN YANTIAN | (E/W) | 2/14/2007 | 2/17/2007 | 2/18/2007 | 2/18/2007 |
| HNBR0015 | HANJIN BALTIMORE | (E/W) | 2/21/2007 | 2/24/2007 | 2/25/2007 | 2/25/2007 |
| HNDA0013 | HANJIN DALLAS | (E/W) | 3/2/2007 | 3/4/2007 | | |
| HNMI0017 | HANJIN MIAMI | (E/W) | 3/9/2007 | 3/11/2007 | 3/12/2007 | 3/13/2007 |
| HJOL0054 | HANJIN OSLO | (E/W) | 3/16/2007 | 3/18/2007 | | |
| HNYT0014 | HANJIN YANTIAN | (E/W) | 3/21/2007 | 3/23/2007 | 3/24/2007 | 3/25/2007 |
| HNOT0047 | HANJIN OTTAWA | (E/W) | 3/26/2007 | 3/28/2007 | 3/29/2007 | 3/29/2007 |
| HNDA0014 | HANJIN DALLAS | (E/W) | 4/4/2007 | 4/7/2007 | 4/8/2007 | 4/8/2007 |
| HNMI0018 | HANJIN MIAMI | (E/W) | 4/11/2007 | 4/14/2007 | 4/15/2007 | 4/15/2007 |
| HNBN0019 | HANJIN BOSTON | (E/W) | 4/18/2007 | 4/21/2007 | 4/22/2007 | 4/23/2007 |
| HNYT0015 | HANJIN YANTIAN | (E/W) | 4/24/2007 | 4/27/2007 | 4/28/2007 | 4/29/2007 |
| HNBR0017 | HANJIN BALTIMORE | (E/W) | 5/2/2007 | 5/6/2007 | 5/7/2007 | 5/8/2007 |
| HNDA0015 | HANJIN DALLAS | (E/W) | 5/8/2007 | 5/11/2007 | 5/12/2007 | 5/13/2007 |
| HNMI0019 | HANJIN MIAMI | (E/W) | 5/16/2007 | 5/19/2007 | | |
| HNBN0020 | HANJIN BOSTON | (E/W) | 5/22/2007 | 5/25/2007 | 5/26/2007 | 5/27/2007 |
| HNYT0016 | HANJIN YANTIAN | (E/W) | 5/29/2007 | 6/1/2007 | 6/2/2007 | 6/3/2007 |
| HNBR0018 | HANJIN BALTIMORE | (E/W) | 6/5/2007 | 6/8/2007 | 6/9/2007 | 6/10/2007 |
| HNDA0016 | HANJIN DALLAS | (E/W) | 6/12/2007 | 6/15/2007 | 6/16/2007 | 6/17/2007 |
| HNMI0020 | HANJIN MIAMI | (E/W) | 6/19/2007 | 6/22/2007 | 6/23/2007 | 6/24/2007 |
| HNBN0021 | HANJIN BOSTON | (E/W) | 6/26/2007 | 6/29/2007 | 6/30/2007 | 7/1/2007 |
| HNYT0017 | HANJIN YANTIAN | (E/W) | 7/3/2007 | 7/7/2007 | | |
| HNBR0019 | HANJIN BALTIMORE | (E/W) | 7/10/2007 | 7/13/2007 | 7/14/2007 | 7/15/2007 |
| HNDA0017 | HANJIN DALLAS | (E/W) | 7/17/2007 | 7/20/2007 | 7/21/2007 | 7/22/2007 |
| HNMI0021 | HANJIN MIAMI | (E/W) | 7/24/2007 | 7/27/2007 | 7/28/2007 | 7/29/2007 |
| HNBN0022 | HANJIN BOSTON | (E/W) | 6/26/2007 | 6/29/2007 | 6/30/2007 | 7/1/2007 |
| HNYT0018 | HANJIN YANTIAN | (E/W) | 8/7/2007 | 8/10/2007 | 8/11/2007 | 8/12/2007 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| HNBR0020 | HANJIN BALTIMORE | (E/W) | 8/14/2007 | 8/17/2007 | 8/18/2007 | 8/19/2007 |
| HNDA0018 | HANJIN DALLAS | (E/W) | 8/21/2007 | 8/24/2007 | 8/25/2007 | 8/26/2007 |
| HNMI0022 | HANJIN MIAMI | (E/W) | 8/28/2007 | 8/31/2007 | 9/1/2007 | 9/2/2007 |
| HNBN0023 | HANJIN BOSTON | (E/W) | 9/4/2007 | 9/7/2007 | 9/8/2007 | 9/9/2007 |
| HNYT0019 | HANJIN YANTIAN | (E/W) | 9/11/2007 | 9/14/2007 | 9/15/2007 | 9/16/2007 |
| HNBR0021 | HANJIN BALTIMORE | (E/W) | 9/18/2007 | 9/21/2007 | 9/22/2007 | 9/23/2007 |
| HNDA0019 | HANJIN DALLAS | (E/W) | 9/25/2007 | 9/28/2007 | 9/29/2007 | 9/30/2007 |
| HNMI0023 | HANJIN MIAMI | (E/W) | 10/2/2007 | 10/5/2007 | 10/6/2007 | 10/7/2007 |
| HNBN0024 | HANJIN BOSTON | (E/W) | 10/9/2007 | 10/12/2007 | 10/13/2007 | 10/14/2007 |
| HNYT0020 | HANJIN YANTIAN | (E/W) | 10/16/2007 | 10/19/2007 | 10/20/2007 | 10/21/2007 |
| HNBR0022 | HANJIN BALTIMORE | (E/W) | 10/23/2007 | 10/26/2007 | 10/27/2007 | 10/28/2007 |
| HNDA0020 | HANJIN DALLAS | (E/W) | 10/30/2007 | 11/2/2007 | 11/3/2007 | 11/4/2007 |
| HNMI0024 | HANJIN MIAMI | (E/W) | 11/6/2007 | 11/9/2007 | 11/10/2007 | 11/11/2007 |
| HNBN0025 | HANJIN BOSTON | (E/W) | 11/13/2007 | 11/16/2007 | 11/17/2007 | 11/18/2007 |
| HNYT0021 | HANJIN YANTIAN | (E/W) | 11/20/2007 | 11/23/2007 | 11/24/2007 | 11/25/2007 |
| HNBR0023 | HANJIN BALTIMORE | (E/W) | 11/27/2007 | 11/30/2007 | 12/1/2007 | 12/2/2007 |
| HNDA0021 | HANJIN DALLAS | (E/W) | 12/4/2007 | 12/7/2007 | 12/8/2007 | 12/9/2007 |
| HNMI0025 | HANJIN MIAMI | (E/W) | 12/11/2007 | 12/14/2007 | 12/15/2007 | 12/16/2007 |
| HNBN0026 | HANJIN BOSTON | (E/W) | 12/18/2007 | 12/21/2007 | 12/22/2007 | 12/23/2007 |
| HNYT0022 | HANJIN YANTIAN | (E/W) | 12/25/2007 | 12/28/2007 | 12/29/2007 | 12/30/2007 |
| HNBR0024 | HANJIN BALTIMORE | (E/W) | 1/1/2007 | 1/4/2007 | 1/5/2007 | 1/6/2007 |
| HNDA0022 | HANJIN DALLAS | (E/W) | 1/8/2007 | 1/11/2007 | 1/12/2007 | 1/13/2007 |
| HNMI0026 | HANJIN MIAMI | (E/W) | 1/15/2007 | 1/18/2007 | 1/19/2007 | 1/20/2007 |

| | |
|---|---|
| HNBN | HANJIN BOSTON |
| HNYT | HANJIN YANTIAN |
| HNBR | HANJIN BALTIMORE |
| HNDA | HANJIN DALLAS |
| HNMI | HANJIN MIAMI |
| HNOT | HANJIN OTTAWA |
| HJOL | HANJIN OSLO |

TO: NOV
FM: LGB GBV

State of California
California Environmental Protection Agency
AIR RESOURCES BOARD

**Auxiliary Engine Inspection and Incinerator Form**

Sacramento, CA 95814

Vessel name Dolphin Strait   Port Long Beach   Berth _____

Master K.S. Cho   Chief Engineer name Uwe Engels

Agent's E-mail address _____   Agent name _____

Agent's mailing address _____

Phone ( ) ___-___   Date 3/8/07   Time 425 hours   CARB inspector A. Baber
D. Burto
R. Hanamoto

When and where vessel entered California Regulated Waters 24 nautical mile limit (CRW):

Obtain a copy of the log ☑

Date 3/10/07   Time 2220 hours   Position 32° 255' latitude  117° 550' Longitude

Verify time of completed fuel switch shown in ship's log prior to entry to CRW: Time _____ hours

### MOST RECENT FUEL PURCHASES

| Source | Date of Purchase | Fuel Type |
|---|---|---|
| Clen oil | 1/12/07 | 0.19/HDO |
| | | |

Obtain copies of the fuel purchases ☑

### FUEL SAMPLES

| Sample Number | Fuel Type used while in CRW | Stated Sulfur Content (% by weight) |
|---|---|---|
| 030807RH2 | HDO | 0.19 |
| | | 0.250 (lab) |
| | | |
| | | |

Obtain a copy of the incinerator record ☐   N/A

### INCINERATOR

| Date | Time | Latitude | Longitude |
|---|---|---|---|
| | | | |

Key Terms and Regulation Info:
MDO – Marine Diesel Oil (DMB Grades, 0.5% Sulfur Content)
MGO – Marine Gas Oil (DMX or DMA Grades, 1.5% Sulfur Content)
CRW – California Regulated Waters (24 Nautical Miles from the California Baseline, coordinates mandated for Southern California)

EXHIBIT 2