Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, <br><br> Defendant, <br><br> NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH, <br><br> Defendant-Intervenors. | CASE NO.: 2:06-CV-02791-WBS-KJM <br><br> **DECLARATION OF M. T. BOHLMAN IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT BY PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION** <br><br> Date: July 9, 2007 <br> Time: 2:00 p.m. <br> Courtroom: 5 <br> Judge: Hon. William B. Shubb |

1

I, Michael Bohlman, declare as follows:

1. I am employed as Director, Marine Services for Horizon Lines and have been since 1995. Horizon Lines is a member of the Pacific Merchant Shipping Association. One of my duties is planning for the vessel operations of Horizon Lines within the State of California. In that capacity, I have determined which vessels owned or operated by Horizon Lines are subject to 13 C.C.R. § 2299.1 and 17 C.C.R. § 93118;

2. The ocean going vessels that Horizon Lines operates within the State of California are:

Horizon Hawk

Horizon Hunter

Horizon Eagle

Horizon Falcon

Horizon Tiger

These vessels all exceed 10,000 gross registered tons and are registered in the United States. These vessels operate in foreign maritime trade and use auxiliary diesel engines while operating within 24 miles of the California coast. In the aggregate, these vessels will make an estimated 41 calls at California ports in 2007. They are all subject 13 C.C.R. §2299.1 and 17 C.C.R. §93118.

DECLARATION OF [SHIP OPERATOR/OWNER] IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

3. These vessels are entering service into California in March through May of this year; they have not been inspected by The California Air Resources Board to determine whether they are in compliance with 13 C.C.R. §2299.1 and 17 C.C.R. §93118.

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this 2nd day of April, 2007, at Kenilworth, NJ.

*(signature)*

Name: M.T. Bohlman

DECLARATION OF [SHIP OPERATOR/OWNER] IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION