1  Erich P. Wise/State Bar No. 63219
   Nicholas S. Politis/State Bar No. 92978
2  Aleksandrs E. Drumalds/State Bar No. 237101
   FLYNN, DELICH & WISE LLP
3  One World Trade Center, Suite 1800
   Long Beach, California 90831-1800
4  Telephone: (562) 435-2626
   Facsimile: (562) 437-7555
5
6  James B. Nebel/State Bar No. 69626
   Conte C. Cicala/State Bar No. 173554
7  FLYNN, DELICH & WISE LLP
   One California Street, Suite 350
8  San Francisco, California
   Telephone: (415) 693-5566
   Facsimile: (415) 693-0410
9
   Attorneys for Plaintiff
10 PACIFIC MERCHANT SHIPPING ASSOCIATION,
   a California Mutual Benefit Corporation
11

12                 UNITED STATES DISTRICT COURT

13        EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

14
   PACIFIC MERCHANT SHIPPING          )  CASE NO.:
15 ASSOCIATION, a California Mutual    )  2:06-CV-02791-WBS-KJM
   Benefit Corporation,               )
16                                     ) **DECLARATION OF PEDRAG**
                                       ) **SAMARDZIC IN SUPPORT OF**
17          Plaintiff,                 ) **MOTION FOR SUMMARY**
                                       ) **JUDGMENT AND PARTIAL**
18     vs.                             ) **SUMMARY JUDGMENT BY**
                                       ) **PLAINTIFF PACIFIC**
19 CATHERINE E. WITHERSPOON, in        ) **MERCHANT SHIPPING**
   her official capacity as Executive  ) **ASSOCIATION**
20 Officer of the California Air       )
   Resources Board,                    )
21                                     ) Date:        July 9, 2007
          Defendant,                   ) Time:        2:00 p.m.
22                                     ) Courtroom:   5
   NATURAL RESOURCES                   ) Judge:       Hon. William B. Shubb
23 DEFENSE COUNCIL, INC.,              )
   COALITION FOR CLEAN AIR,            )
24 INC., SOUTH COAST AIR               )
   QUALITY MANAGEMENT                  )
25 DISTRICT, and CITY OF LONG          )
   BEACH,                              )
26                                     )
          Defendant-Intervenors.       )
27
28                                     1

   DECLARATION OF PEDRAG SAMARDZIC IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND PARTIAL
   SUMMARY JUDGMENT BY PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

I, Predrag Samardzic, declare as follows:

1.      I am employed as Manager of Fleet Maintenance and Matson Navigation Company, Inc. ("Matson") and have been since November 2004. Matson is a member of the Pacific Merchant Shipping Association.  One of my duties is planning for the vessel maintenance of Matson within the State of California.  I have reviewed the vessel schedules and determined which vessels owned or operated by Matson are subject to 13 C.C.R. § 2299.1 and 17 C.C.R. § 93118;

2.      The diesel ocean going vessels that Matson operates within the State of California are:

R.J. PFEIFFER, MANUKAI, MANULANI, MAUNAWILI, MOKIHANA, MAUNALEI, MAHIMAHI, and MANOA

These vessels all exceed 10,000 gross registered tons and are registered in the United States.  These vessels operate in foreign and interstate maritime trade and use auxiliary diesel engines while operating within 24 miles of the California coast.  In the aggregate, these vessels will make an estimated 103 calls at California ports in 2007.  They are all subject 13 C.C.R. §2299.1 and 17 C.C.R. §93118.  Attached hereto as Exhibit 1 are actual vessel arrivals in California for each of the foregoing vessels in 2006 and the estimated arrivals for 2007.

2

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

3.    Since January 1, 2007, The California Air Resources Board has inspected the following vessel owned or operated by Matson to determine whether it is in compliance with 13 C.C.R. §2299.1 and 17 C.C.R. §93118:

MAUNALEI on Tuesday morning 03/06/07

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct.

Executed this 10th day of April, 2007, at Oakland, California.

_____
Predrag Samardzic

DECLARATION OF PREDRAG SAMARDZIC IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING
ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT OR SUMMARY ADJUDICATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

## MATSON DIESEL VISITS TO STATE OF CALIFORNIA 2006

| | Jan. | Feb. | March | April | May | June | July | August | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R.J. PFEIFFER | 9-10 O<br>23-24 O | 6-7 O<br>21-22 L | 26-29 L | 30 L | 1-3 L | 5-7 L | 9-12 L | 13-16 L | 17-20 L | 22-25 L | 26-29 L | 31 L |
| MANUKAI | 4-5 O<br>6-7 L<br>18-19 O<br>20-21 L | 1 O<br>2-3 L<br>14-15 O<br>16-17 L<br>28 L | 1 L | 2-5 L | 7-10 L | 11-14 L | 16-19 L | 20-23 L | 24-27 L | 29-31 L | 1 L | 3-6 L |
| MANULANI | 2-4 L<br>15-18 L<br>29-31 L | 1 L | 5-8 L | 9-12 L | 14-17 L | 18-21 L | 23-26 L | 27-30 L | | 1-4 L | 5-8 L | 10-13 L |
| MAUNAWILI | 8 O<br>10-11 L<br>21-22 O<br>23-25 L | 6-8 L | 12-15 L | 16-19 L | 21-24 L | 25-28 L | 30-31 L | 1-2 L | 3-6 L | 8-11 L | 12-15 L | 17-20 L |
| MOKIHANA | 5-7 L<br>8 O | 9-10 O<br>11-15 L | 19-22 L | 23-26 L | 28-31 L | | 2-4 L | 6-9 L | 10-13 L | 15-16 L<br>23-24 O | 6-7 O<br>20-21 O | 4-5 O |
| MAUNALEI | | | | | | | | 21-25 L | 6-8 L<br>20-22 L | 4-6 L<br>17-18 L | 19-22 L | 24-27 L |
| MAHIMAHI | 17-18 L<br>19-20 O | 21 O<br>22-28 L | 1-4 L<br>15-17 L<br>29-30 O<br>31 L | 1 L<br>12-13 O<br>14-15 L<br>26-27 O<br>28-29 L | 10 O<br>11-12 L<br>23-25 O<br>26-27 L | 7-8 O<br>9-10 L<br>21-22 O<br>23-24 L | 4-5 O<br>6-7 L<br>19-21 L | 2-3 O<br>4-5 L<br>16-17 O<br>18-19 L<br>30-31 O | 1-2 L<br>13-14 O<br>15-16 L<br>27-28 O<br>29-30 L | 11-12 O<br>13-14 L<br>27-31 O | 1-9 O<br>10 L<br>22-23 O<br>24-25 L | 6-7 O<br>8-9 L<br>20-21 O<br>22-23 L |
| MANOA | 9-10 L<br>12-13 O | 13-15 L<br>21 O | 6-7 O<br>20-21 O | 4-5 O | 1-2 O<br>15-16 O<br>29-30 O | 12-13 O<br>26-27 O | 11 O<br>24-25 O | 7-8 O<br>21-22 O | 4-5 O<br>19 O | 2-3 O<br>16-17 O<br>30-31 O | 13-14 O<br>27-28 O | 11-12 O<br>25-26 O |

O=Oakland
L=Long Beach/Los Angeles

Exhibit 1

EXHIBIT 1

## MATSON DIESEL VISITS TO STATE OF CALIFORNIA 2007

| | Jan. | Feb. | March | April | May | June | July | August | Sept. | Oct. | Nov. | Dec. |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| R.J. PFEIFFER | 1-3 L | 4-7 L | 11-14 L | 15-18 L | 20-23 L | 24-27 L | | | 2-5 L | 7-10 L | 11-14 L | 16-19 L |
| MANUKAI | 7-10 L | 11-14 L | 18-21 L | 22-25 L | 27-30 L | | 1-4 L | 5-8 L | 9-12 L | 14-17 L | 18-21 L | 23-26 L |
| MANULANI | 14-17 L | 18-21 L | 25-28 L | 29-30 L | 1-2 L | 3-6 L | 8-11 L | 12-15 L | 16-19 L | 21-24 L | 25-28 L | 30-31 L |
| MAUNAWILI | 21-24 L | 25-28 L | | 1-4 L | 6-9 L | 10-13 L | 15-18 L | 19-22 L | 23-26 L | 28-31 L | | 2-5 L |
| MOKIHANA | | | | | | | | | 9-14 O 26-28 O | 10-12 O 24-26 O | 7-9 O 21-23 O | 5-7 O 19-21 O |
| MAUNALEI | 28-31 L | | 4-7 L | 8-11 L | 13-16 L | 17-20 L | 22-25 L | 26-29 L | 30 L | 1-3 O | 4-7 L | 9-12 L |
| MAHIMAHI | 3-4 O 5-6 L 17-18 O 19-20 L 31 O | 1 O 2-3 L 14-15 O 16-17 L 28 O | 1 O 2-3 L 15-17 L 29-31 L | 12-14 L 27-29 L | 10 O 11-12 L 24-26 L | 7-9 L 21-23 L | 4 O 5-7 L 18 O 19-21 L 31 L | 1 L | | 15-16 O 29-30 O | 12-13 O 26-27 O | 10-11 O |
| MANOA | 8-9 O 22-23 O | 5-6 O 19-20 O | 5-6 O 19-20 O | 2-3 O 16-17 O 30 O | 1 O 14-15 O 28-29 O | 11-12 O 25-26 O | 9-10 O 23-24 O | 6-7 O 20-21 O | 3-4 O 17-18 O | 1-2 O | | 3-4 O 17-18 O |

O=Oakland
L=Long Beach/Los Angeles