Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, <br><br> Defendant, <br><br> NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH, <br><br> Defendant-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM <br><br> **STIPULATION TO AMEND COMPLAINT RE THIRD AND FOURTH CLAIMS FOR RELIEF; ~~PROPOSED~~ ORDER** <br><br> Pretrial Conference:   August 11, 2008 <br> Trial Date:                    October 7, 2008 <br> Judge:                           Hon. William B. Shubb |

- 1 -

STIPULATION TO AMEND COMPLAINT RE THIRD AND FOURTH CLAIMS FOR RELIEF; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, that:

1. Pursuant to Federal Rule of Civil Procedure 15(a), Plaintiff may file an amended Complaint in order to dismiss, without prejudice, Plaintiff's Third and Fourth Claims for Relief. A copy of the proposed First Amended Complaint is attached as Exhibit A;

2. The First Amended Complaint shall be deemed filed upon the issuance of the proposed Order as set out below;

3. The defendant and defendant-intervenors waive service and notice of the First Amended Complaint;

4. The defendant and defendant-intervenors shall not be required to serve a separate answer or other pleading responsive to the First Amended Complaint; the answers previously filed by the defendant and defendant-intervenors in response to the original complaint will be deemed their pleadings responsive to the First Amended Complaint.

5. This stipulation is not entered into for purposes of delay, and the current schedule for all hearings and any other matters in this action shall not be continued or changed by the Order entered upon this Stipulation.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| 1 | Dated: June 1, 2007 | FLYNN, DELICH & WISE LLP |
| 3 | | By:  /s/ Erich P. Wise |
| 4 | | Erich P. Wise |
| | | Attorneys for Plaintiff |
| 5 | | PACIFIC MERCHANT SHIPPING |
| 6 | | ASSOCIATION |
| 7 | Dated: June 1, 2007 | Edmund G. Brown, Jr. |
| 8 | | Attorney General of the State of California |
| 10 | | By:  /s/ Nicholas Stern (as authorized on 5/31/2007) |
| | | Nicholas Stern |
| 11 | | Linda Berg |
| 12 | | Deputy Attorneys General |
| | | Attorneys for Defendant |
| 13 | | CATHERINE E. WITHERSPOON |
| 15 | Dated: June,1 2007 | DISTRICT COUNSEL |
| 16 | | SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT |
| 18 | | By: /s/ Michael Harris, Sr. (as authorized on 5/31/2007) |
| | | Kurt R. Wiese |
| 19 | | District Counsel |
| 20 | | Barbara B. Baird |
| | | Principal Deputy District Counsel |
| 21 | | Michael Harris, Sr. |
| 22 | | Deputy District Counsel |
| | | Attorneys for Defendant-Intervenor |
| 23 | | SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT |

25 ///

26 ///

27 ///

28 ///

STIPULATION TO AMEND COMPLAINT RE THIRD AND FOURTH CLAIMS FOR RELIEF; PROPOSED ORDER

PDF created with pdfFactory trial version www.pdffactory.com

| | | |
|---|---|---|
| Dated: June 1, 2007 | | FOX SPILLANE SHAEFER LLP |

By: /s/ Jay M. Spillane (as authorized on 5/31/2007)
Jay M. Spillane
Ruth M. Moore
Attorneys for Defendant-Intervenor
CITY OF LONG BEACH

Dated: June 1, 2007                    NATURAL RESOURCES
DEFENSE COUNCIL

By: /s/ Melissa Lin Perrella (as authorized on 5/31/2007)
David R. Pettit
Melissa Lin Perrella
Attorneys for Defendants-
Intervenors
NATURAL RESOURCES
DEFENSE COUNCIL and
COALITION FOR CLEAN
AIR, INC.

## **ORDER**

Based on the foregoing Stipulation, IT IS ORDERED that:

1. Plaintiff may file a First Amended Complaint in the form attached as Exhibit A.

2. The First Amended Complaint shall be deemed filed as of the date of the issuance of this order.

3. The defendant and defendant-intervenors have waived service and notice of the First Amended Complaint.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com

4. The defendant and defendant-intervenors are not required to answer or otherwise respond to the First Amended Complaint; their answers filed in response to the original complaint are deemed their pleadings responsive to the First Amended Complaint.

IT IS SO ORDERED.

DATED:  June 4, 2007

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626