Edmund G. Brown Jr., Attorney General of the State of California
Mary E. Hackenbracht, Sr. Asst. Attorney General
Linda Berg, Deputy Attorney General, CA Bar. # 194667
Nicholas Stern, Deputy Attorney General, CA Bar # 148308
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 323-3840
Facsimile: (916) 327-2319
Email: Nicholas.Stern@doj.ca.gov

Attorneys for Defendant Catherine E. Witherspoon

Kurt R. Wiese, District Counsel, CA Bar #127251
Barbara Baird, Principal Deputy District Counsel, CA Bar #81507
Michael Harris, Sr. Deputy District Counsel, CA Bar #179544
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 E. Copley Drive
Diamond Bar, CA 91765-0940
Telephone: (909) 396-3535
Facsimile:  (909) 396-2961
Email:  bbaird@aqmd.gov

Attorneys for Defendant-Intervenor
South Coast Air Quality Management District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>                    Plaintiff,<br><br>    v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>                    Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>                    Defendants-Intervenors. | Civ No.  2:06-CV-02791-WBS-KJM<br><br>**STIPULATION TO AMEND ANSWERS OF DEFENDANT CATHERINE E. WITHERSPOON AND DEFENDANT-INTERVENOR SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT; ~~PROPOSED~~ ORDER**<br><br>Pretrial Conference: August 11, 2008<br>Trial Date:            October 7, 2008<br>Judge:             Hon. William B. Shubb |

TO THE COURT AND ALL PARTIES:

IT IS HEREBY STIPULATED by and between Plaintiff Pacific Merchant Shipping Association, Defendant Catherine E. Witherspoon, and Defendant-Intervenor South Coast Air Quality Management District ("SCAQMD"), through their counsel of record, that:

1. Pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, which provides that "a party may amend the party's pleading only by leave of court or by written consent of the adverse party," Defendant Witherspoon and Intervenor-Defendant SCAQMD may file Amended Answers in this action (a copy of the proposed First Amended Answer of Defendant Witherspoon is attached hereto as Exhibit A; a copy of the First Amended Answer of Defendant-Intervenor SCAQMD is attached hereto as Exhibit B);

2. The proposed Amended Answer of Defendant Witherspoon differs from the original Answer only in one respect: where Paragraph 12, Section V, Response to First Claim for Relief, read, "Defendant admits the allegations in Paragraph 12," the First Amended Answer now reads:

> To the extent that the first sentence of Paragraph 12 seeks a legal conclusion, no response is necessary in that the regulations speak for themselves.  However, to the extent a response is necessary, Defendant denies the allegations in the first sentence of Paragraph 12.  Defendant admits the allegations in the second sentence of Paragraph 12;

3. Similarly, the proposed Amended Answer of Intervenor-Defendant SCAQMD differs from the original Answer only in one respect: where Paragraph 12, Section V, Response to First Claim for Relief, read, "Intervenor admits the allegations contained in Paragraph 12," the SCAQMD's First Amended Answer now reads:

> To the extent that the first sentence of Paragraph 12 seeks a legal conclusion, no response is necessary in that the regulations speak for themselves. However, Intervenor generally denies that legally "both regulations establish standards relating to the emission of diesel particulate matter (PM), sulfur oxides (SOx), and nitrogen

PDF created with pdfFactory trial version www.pdffactory.com

oxides (NOx) from diesel auxiliary and diesel electric engines of ocean going vessels, including U.S. and foreign-flag ships that operate within twenty-four nautical miles of the base low water line along the California coast." Intervenor admits the allegations contained in the second sentence of Paragraph 12;

4. These proposed amendments were due to an oversight by the attorneys of record for Defendant Witherspoon and the SCAQMD. Paragraph 12 of the Complaint contains a conclusion regarding the legal effect of the two regulations promulgated by the California Air Resources Board that are at issue in this case. The Defendants are not required to deny or admit to any legal conclusion in the Complaint, and in any event mistakenly admitted to the statement;

5. There is no bad faith or dilatory motive associated with these amendments, and granting of this stipulation will not result in any delay of these proceedings;

6. The First Amended Answers shall be deemed filed upon the issuance of the proposed Order set out below;

7. The Plaintiffs waive service and notice of the First Amended Answers.

Dated: June 1, 2007        By: /s/ Michael Harris
                           Kurt R. Wiese
                           District Counsel
                           Barbara B. Baird
                           Principal Deputy District Counsel
                           Michael Harris
                           Sr. deputy District Counsel
                           Attorneys for Defendant-Intervenor
                           SOUTH COAST AIR QUALITY
                           MANAGEMENT DISTRICT

///
///
///
///
///
///

Stipulation To Amend Answers Of Defendant Catherine E. Witherspoon & Intervenor-Defendant SCAQMD

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| Dated:  June 1, 2007 | Edmund G. Brown Jr.<br>Attorney General of the State of California |
| | By: /s/ Nicholas Stern (as authorized on 6/01/07)<br>Nicholas Stern<br>Linda Berg<br>Deputy Attorneys General<br>Attorneys for Defendant<br>CATHERINE E. WITHERSPOON |
| Dated:  June 1, 2007 | FLYNN, DELICH & WISE LLP |
| | By: /s/ Erich P. Wise (as authorized on 6/01/07<br>Erich P. Wise<br>Attorneys for Plaintiff<br>PACIFIC MERCHANT SHIPPING ASSOCIATION |

## ORDER

Based on the foregoing Stipulation, IT IS ORDERED that:

1. Defendant Catherine E. Witherspoon and Inervenor-Defendant South Coast Air Quality Management District may file First Amended Answers in the form attached as Exhibit A and Exhibit B, respectively.

2. The First Amended Answers shall be deemed filed as of the date of the issuance of this order.

3. The Plaintiff has waived service and notice of the First Amended Complaint.

IT IS SO ORDERED.

DATED: June 4, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Stipulation To Amend Answers Of Defendant Catherine E. Witherspoon & Intervenor-Defendant SCAQMD

4

PDF created with pdfFactory trial version www.pdffactory.com