DAVID PETTIT (SBN 067128)
MELISSA LIN PERRELLA (SBN 205019)
ADRIANO MARTINEZ (SBN 237152)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA  90401
Telephone:   (310) 434-2300
Facsimile:    (310) 434-2399

Attorneys for Defendants-Intervenors
Natural Resources Defense Council, Inc., and
Coalition for Clean Air, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>DECLARATION OF DAVID PETTIT IN SUPPORT OF NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR'S OPPOSITION TO PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT; EXHIBITS THERETO<br><br>Date:          July 9, 2007<br>Time:         2:00 P.M.<br>Judge:        Hon. William B. Shubb<br>Courtroom: 5 |

I, DAVID PETTIT, DECLARE AS FOLLOWS:

1. I am one of the counsel of record for Defendant-Intervenors Natural Resources Defense Council ("NRDC") and Coalition for Clean Air ("CCA") in this matter. I make this Declaration of my own personal knowledge and, if called as a witness, could and would testify truthfully to the contents hereof. This declaration is submitted in opposition to plaintiff Pacific Merchant Shipping Association's ("PMSA") Motion for Summary Judgment and Partial Summary Judgment ("Motion for Summary Judgment").

2. Attached hereto as Exhibit "A" is a true and correct copy of the excerpts from the California Air Resources Board ("CARB") Staff Report: Initial Statement of Reasons for Proposed Rulemaking that are cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

3. Attached hereto as Exhibit "B" is a true and correct copy of the excerpts from the CARB Final Statement of Reasons for Rulemaking that are cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

4. Attached hereto as Exhibit "C" is a true and correct copy of the excerpts from the CARB Proposed Emissions Reduction Plan for Ports and Goods Movement in California that are cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

5. Attached hereto as Exhibit "D" is a true and correct copy of an excerpt from PMSA's website that is cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

6. Attached hereto as Exhibit "E" is a true and correct copy of excerpts from PMSA's responses to Defendant Witherspoon's First Set of Interrogatories that are cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

7. Attached hereto as Exhibit "F" is a true and correct copy of excerpts from PMSA's responses to Defendant Witherspoon's First Set of Requests for Admission that are cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

8. On May 18, 2007, I attended the 2007 awards banquet hosted by the Coalition for Clean Air and witnessed a representative from Maersk Line, the largest container shipping company in the world and a member of PMSA, receive an award for Maersk's use of 0.2% sulfur fuel in the main and auxiliary engines of its vessels starting 24 miles off California's coast. Attached hereto as Exhibit "G" is a true and correct copy of the announcement for the Coalition for Clean Air's 2007 awards banquet that is cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

9. Attached hereto as Exhibit "H" is a true and correct copy of excerpts from the American Lung Association State of the Air: 2007 report that is cited in NRDC and CCA's opposition to PMSA's Motion for Summary Judgment.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 8, 2007 at Santa Monica, California.

/s/David Pettit

David Pettit