# Exhibit C

# PROPOSED

## Emission Reduction Plan
## for Ports and Goods Movement
## in California

**Release Date:  March 21, 2006**
**Board Consideration:  April 20-21, 2006**

**California Environmental Protection Agency**
# Air Resources Board

Exhibit C
Pg 34

Specific actions to reduce goods movement emissions are already underway.   Rules for sources under ARB's direct regulatory authority have been adopted and more are on the way.  Likewise, the U.S. Environmental Protection Agency (U.S. EPA) is working on national regulations affecting marine vessels, locomotives and harbor craft, scheduled for promulgation this year.  Together, ARB staff, U.S. EPA staff and other state representatives are exploring a potential "Sulfur Emission Control Area" (SECA) designation for parts of the U.S. coastline, which would require all visiting vessels to use lower sulfur fuels.  A significant amount of existing incentive funds has been applied to goods movement emission sources and ARB has prioritized continued funding on this source of statewide significance.  Finally, several local entities are pursuing elements of this emission reduction plan through their own ordinances, regulations, lease agreements, environmental mitigation requirements, and voluntary efforts.  Staff expects all of those activities to continue.

Public Health Assessment

As part of the emission reduction plan, ARB staff estimated the public health impacts of the goods movement system in California.  Health impacts of pollutants commonly associated with emissions from goods movement include premature death, cancer risk, respiratory illnesses, and increased risk of heart disease.  Particulate matter, primarily from diesel engines, and gases that form ozone and particulate matter in the atmosphere, are key pollutants associated with these health effects.  The large body of scientific research on these pollutants forms the basis for air quality standards and risk assessments used in ARB programs.

In the draft plan, ARB staff estimated that emissions from current (2005) ports and international goods movement activities result in approximately 750 premature deaths per year.  With the addition of emissions from domestic goods movement, the new estimate of premature deaths for *all* goods movement is 2,400 annually, mostly from particulate pollution.  With implementation of the plan, an estimated 820 premature deaths would be avoided in 2020 compared to 500 in the draft plan

Since many communities in California exceed State standards by a large margin, the estimate of premature deaths remaining after plan implementation is still very significant.  However, achieving the emission reduction goals of this plan would be a major milestone of progress towards meeting California's stringent State standards.  Meeting the 85% risk reduction target for diesel particulates would reduce health risk substantially in the communities most impacted by diesel particulate pollution.

Exhibit C
Pg 35

The economic valuation of these health effects is substantial. For example, the standard value of a life ended prematurely is $7.9 million today, rising to $8.6 million by 2020. For the 15-year period between 2005 and 2020, staff estimates an aggregate health impact equivalent to approximately $200 billion in present value dollars. Reducing these health impacts as quickly as possible is essential.

Emission Inventory

The emissions associated with ports and all goods movement are categorized by source and shown in Table 1 for 2001 and 2020. This plan evaluates the following pollutants: diesel particulate matter (diesel PM), nitrogen oxides (NOx), reactive organic gases (ROG), and sulfur oxides (SOx). For each category, staff estimated 2001 "baseline" emissions, current (2005) levels and future forecasts for 2010, 2015 and 2020. The future forecasts include the benefits of existing requirements and assumed growth rates. Without further action, ship emissions will increase through 2010 and beyond, making this the single most challenging category to address. Truck, rail, cargo handling and harbor craft emissions are expected to decrease continuously from current levels, but not at a rate fast enough to meet public health goals.

**Table 1**
**2001 and 2020 Statewide Emissions**
**from Ports and Goods Movement**
(tons per day)

| Source | Diesel PM | | NOx | | ROG | | SOx | |
|---|---|---|---|---|---|---|---|---|
| | 2001 | 2020 | 2001 | 2020 | 2001 | 2020 | 2001 | 2020 |
| Ships | 7.8 | 23.3 | 95 | 254 | 2 | 7 | 60 | 180 |
| Harbor Craft | 3.8 | 1.8 | 75 | 39 | 8 | 4 | <1 | <1 |
| Cargo Handling Equipment | 0.8 | 0.2 | 21 | 6 | 3 | 1 | <1 | <1 |
| Trucks | 37.7 | 6.2 | 655 | 255 | 56 | 23 | 5 | 1 |
| Transport Refrigeration Units | 2.5 | 0.1 | 22 | 28 | 13 | 4 | <1 | <1 |
| Locomotives | 4.7 | 4.5 | 203 | 139 | 12 | 12 | 8 | <1 |
| **Total** | **57.3** | **36.1** | **1071** | **721** | **94** | **51** | **74** | **181** |

The ship inventory (baseline and growth forecast) tracks with the June 2005 Port of Los Angeles report, adjusted to include all other ports in California. The emission inventory includes all ship emissions within 24 nautical miles of shore. Off-shore emissions are most important from the standpoint of regional ozone and fine particulate matter (PM2.5) levels. Dockside emissions are especially important in terms of health risk to nearby communities. Ship emissions estimates for 2020 have slightly increased compared to the draft plan.

**Exhibit C**
**Pg 36**

measures will be proposed taking into account technological feasibility and cost. This will occur through a public process involving ARB, U.S. EPA, local air districts, metropolitan planning organizations and all other stakeholders. New SIPs for ozone and PM2.5 are due in 2007 and 2008, respectively.

Emission Reduction Strategies

Expanding the universe of sources to cover ports and all goods movement increases overall emissions of diesel PM, NOx, ROG by two to three-fold in 2001 and 2005. When the new plan strategies would begin implementation by 2010, the gap begins to decrease and continues to do so through 2020. The plan is relatively more effective in reducing total goods movement emissions than the international goods movement portion, primarily due to measures already in place to reduce future truck emissions. The percent emission reduction that this plan would achieve by 2020 is greater for each pollutant than the draft plan -- diesel PM is reduced 79% compared to 44% in the draft plan, while NOx decreases 63% over this time period compared to 55% previously. SOx shows the smallest change (78% reduction now versus 73% before) because both versions of the plan included all ships, with roughly the same uncontrolled emissions in later years. Table 2 shows the emission trend for each pollutant with implementation of the plan strategies.

**Table 2**
**Statewide**
**Trends in Emissions from Ports and Goods Movement**
**with Full Implementation of Plan Strategies**
(tons per day)

| Pollutant | Year | | | | | % Reduction 2001-2020 |
|---|---|---|---|---|---|---|
| | 2001 | 2005 | 2010 | 2015 | 2020 | |
| Diesel PM | 57 | 53 | 32 | 17 | 12 | 79% |
| NOx | 1,071 | 1,080 | 807 | 544 | 393 | 63% |
| ROG | 94 | 90 | 71 | 50 | 39 | 58% |
| SOx | 73 | 94 | 42 | 16 | 16 | 78% |

Ships are the most challenging emission sources in the goods movement system. The vessels that transport goods in and out of California harbors have little or no emissions control and run on high emitting bunker fuel. Unless that changes, ship emissions will continue to increase as trade expands. Ocean going ships are the only sector that does not meet the 2010 goal for reducing diesel PM, NOx, and ROG emissions back to 2001 levels. Instead, this plan would achieve that goal by 2015. Ships are projected to lower SOx emissions to 2001 levels by 2010 with implementation of a new ARB regulation requiring lower sulfur fuels for auxiliary engines. The plan proposes a mix of strategies for ocean going ships that would reduce projected emissions from this category 50% or more in 2015 and 70% or more in 2020.

**Exhibit C**
**Pg 37**

pollution exposures.  To avoid double-counting, certain health endpoints were not included if they are a subset of endpoints already quantified in the analysis.  See Appendix A for further details.

The health outcomes shown in Table I-1 take into account a number of factors including the relationship between air pollutant concentrations and the effect found in health studies, the relative contribution of emission sources to monitored pollutants in a region, and the population in a region.  The regional impacts (by air basin) were added to provide a statewide total.  There is a range of values shown for each health effect reflecting the potential uncertainty in the assessment.  The range is derived using a commonly accepted statistical method (i.e., the 95 percent confidence interval).

### Table I-1
### Statewide
### Annual 2005 PM and Ozone Health Effects
### Associated with Ports and Goods Movement in California[1]

| Health Outcome | Cases per Year | Uncertainty Range[2] (Cases per Year) | Valuation (millions) | Uncertainty Range[3] (millions) |
|---|---|---|---|---|
| Premature Death | 2,400 | 720 to 4,100 | $19,000 | $5,900 to $36,000 |
| Hospital Admissions (respiratory causes) | 2,000 | 1,200 to 2,800 | $67 | $40 to $94 |
| Hospital Admissions (cardiovascular causes) | 830 | 530 to 1,300 | $34 | $22 to $53 |
| Asthma and Other Lower Respiratory Symptoms | 62,000 | 24,000 to 99,000 | $1.1 | $0.44 to $1.8 |
| Acute Bronchitis | 5,100 | -1,200 to 11,000 | $2.2 | $-0.52 to $4.7 |
| Work Loss Days | 360,000 | 310,000 to 420,000 | $65 | $55 to $75 |
| Minor Restricted Activity Days | 3,900,000 | 2,200,000 to 5,800,000 | $230 | $130 to $350 |
| School Absence Days | 1,100,000 | 460,000 to 1,800,000 | $100 | $41 to $160 |
| TOTAL VALUATION | NA | NA | $19,000 | $6,000 to $37,000 |

[1] Does not include the contributions from particle sulfate formed from SOx emissions, which is being addressed with several ongoing emissions, measurement, and modeling studies.

[2] Range reflects uncertainty in health concentration-response functions, but not in emissions or exposure estimates.  A negative value as a lower bound of the uncertainty range is not meant to imply that exposure to pollutants is beneficial; rather, it is a reflection of the adequacy of the data used to develop these uncertainty range estimates.  Additional details on the methodology and the studies are in Appendix A.

[3] Range reflects statistically combined uncertainty in concentration-response functions and economic values, but not in emissions or exposure estimates.

**Exhibit C**
**Pg 38**

## B. COMMUNITY HEALTH

The concentration of diesel particulate emissions in communities is a major public health concern and focus of this plan. Diesel PM was identified by ARB as a toxic air contaminant in 1998. At that time, the health risk assessment focused on cancer risk based on the results of a number of epidemiological studies that found that exposure to diesel exhaust was linked to increased lung cancer risk. As a component of particulate matter pollution, diesel particulate matter also contributes to premature death and the other health effects quantified in our analysis. Many other health effects have been linked to diesel particulate matter either separately or as a component of particulate matter air pollution. While many of these effects cannot yet be quantified, they are important in the overall characterization of the health problem posed by diesel particulate emissions.

The effects of diesel PM are of special concern for individuals especially vulnerable to the effects of air pollution. This includes children, pregnant women, the elderly, and those with existing heart and lung illnesses. Understanding the types of exposures experienced by vulnerable populations in communities is necessary to define the scope of health risk posed by diesel PM. In short, close proximity to the source of air pollution will increase the health risk. For example, air pollution studies indicate that living close to high traffic increases health risk beyond regional risk levels. Many of these epidemiological studies focused on children living or attending school near heavily traveled roadways. The effects found include reduced lung function in children, asthma and bronchitis symptoms, and increased asthma hospitalizations. In these studies the distance from major roadways and truck traffic densities were key factors affecting risk.

Air quality modeling studies done for ports and rail yards have also shown that health risk varies with distance. ARB's study of the Roseville Rail Yard predicted potential cancer risk was highest immediately adjacent to the yard's maintenance operations (within 1000 feet). ARB has also adopted land use guidance that recommends providing appropriate distance between major air pollution sources (like freeways, rail yards, or ports) and new homes, schools, and other sensitive land uses. The goal is to prevent elevated health risk due to close proximity of sensitive land uses to air pollution sources, even as new air pollution control strategies continue to reduce existing health risks.

## C. HEALTH RISK ASSESSMENTS FOR DIESEL PARTICULATE MATTER

About 70 percent of the potential cancer risk from toxic air contaminants in California is due to diesel PM. Goods movement activities are a significant source of exposure to this pollutant. The regional risk for diesel particulate in urban areas is about 500-800 potential cancers per million people over a 70-year period. For areas in close proximity to major diesel sources, such as ports, rail yards and along major transportation corridors, the increase in cancer risk from these sources alone can exceed 500 per million in some locations. Since the concentration of diesel PM in the air declines with

**Exhibit C**
**Pg 39**

It is important to know what the emission estimates from good movement activities are today and what the projected emissions are in future years since we expect to see significant growth in goods movement activities as global trade continues its expansion. For example, based on available information on container throughput, we expect to see almost a doubling of trade by 2010 and a tripling by 2020. In addition, there have been many steps already taken by ARB and U.S. EPA to reduce emissions from the engines associated with goods movement. Future year estimates reflect these efforts. For the goods movement inventory, the emissions were estimated for the years 2001, 2005, 2010, 2015, and 2020. The future year emissions were projected from the 2001 baseline emissions levels and reflect our best estimate of the expected growth in goods movement activities, as well as any reductions that are expected from measures that were adopted prior to October 2005.

Emissions from goods movement activities are a major contributor to statewide emissions. Overall, goods movement is currently responsible for roughly 30 percent of NOx emissions and 75 percent of diesel PM emissions in California. As shown in Figures II-1 and II-2, the contribution of goods movement emissions to statewide total NOx and diesel PM emissions is larger than all stationary sources, and larger than both passenger vehicles and off-road equipment in 2001 (the baseline year) and in the projected 2020 emissions inventory. In 2020, goods movement activities are predicted to be the largest source of diesel PM in California, larger than all other sources combined.

Figure II-3 compares NOx emissions in 2001 and 2020 by source type within the goods movement category. Currently, trucks are the largest contributor of NOx emissions within the goods movement category, responsible for 60 percent of all goods movement related NOx emissions. However, emissions from trucks are projected to decrease over time as new emission standards and regulations become effective. By 2020, NOx emissions from these trucks will represent 35 percent of overall NOx emissions in the goods movement category. Overall NOx emissions generated by goods movement sources will have been reduced from roughly 1,100 to 700 tons per day, a decrease of 30 percent. The vast majority of the decrease in goods movement NOx emissions between 2001 and 2020 is caused by projected reductions in truck emissions. At the same time, NOx emissions from ocean-going ships are projected to increase dramatically. By 2020, NOx emissions generated by ships will be equal to NOx emissions released by trucks.

14

Exhibit C
Pg 40

steps to enact new engine standards and require the use of cleaner fuels. These regulations are working to reduce emissions now and into the future from trucks, locomotives, harbor craft, and cargo handling equipment. In the past, these regulations have not applied to ocean-going ships and only recently have the first steps been taken to reduce their emissions. As a result, ocean-going ship emissions and their contribution to the total diesel PM emissions are increasing.

**Table II-3**
**Statewide**
**Projected Diesel PM Emissions**
(tons per day)

| Source Category | Diesel PM | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2001 | 2005 | 2010 | 2015 | 2020 |
| Ships | 7.8 | 10.6 | 13.8 | 17.8 | 23.3 |
| Harbor Craft | 3.8 | 3.7 | 2.9 | 2.1 | 1.8 |
| Cargo Handling Equipment | 0.8 | 0.7 | 0.5 | 0.4 | 0.2 |
| Trucks | 37.7 | 30.6 | 19.4 | 11.1 | 6.2 |
| Transport Refrigeration Units | 2.5 | 2.6 | 1.6 | 0.6 | 0.1 |
| Locomotives | 4.7 | 4.7 | 4.2 | 4.3 | 4.5 |
| **Total** | **57.3** | **52.9** | **42.4** | **36.3** | **36.1** |

* Includes benefits of regulations adopted through October 2005.

- **NOx:** As Table II-4 and Figure II-5 show, the emission trends for NOx are similar to the diesel PM trends with overall emissions decreasing over time. Again, emissions from ships are projected to increase due to the lack of effective controls, while emissions from most other categories are projected to decrease as adopted regulations are implemented.

**Table II-4**
**Statewide**
**Projected NOx Emissions**
(tons per day)

| Source Category | NOx | | | | |
| --- | --- | --- | --- | --- | --- |
| | 2001 | 2005 | 2010 | 2015 | 2020 |
| Ships | 95 | 125 | 158 | 200 | 254 |
| Harbor Craft | 75 | 69 | 56 | 44 | 39 |
| Cargo Handling Equipment | 21 | 19 | 16 | 11 | 6 |
| Trucks | 655 | 684 | 517 | 359 | 255 |
| Transport Refrigeration Units | 22 | 24 | 27 | 28 | 28 |
| Locomotives | 203 | 159 | 117 | 129 | 139 |
| **Total** | **1071** | **1080** | **891** | **771** | **721** |

* Includes benefits of regulations adopted through October 2005.

**Exhibit C**
**Pg 41**

- **ROG:** ROG emission rates are generally lower from diesel engines than from gasoline engines. Since vehicles that move goods are predominantly diesel-fueled, the total ROG emissions from goods movement activities are much smaller than the NOx emissions. As shown in Table II-5, ROG emissions are projected to decrease in future years. This decrease is in large part due to a decrease in emissions from trucks and transport refrigeration units.

**Table II-5**
**Statewide**
**Projected ROG Emissions**
(tons per day)

| Source Category | ROG | | | | |
|---|---|---|---|---|---|
| | 2001 | 2005 | 2010 | 2015 | 2020 |
| Ships | 2 | 3 | 4 | 5 | 7 |
| Harbor Craft | 8 | 7 | 6 | 5 | 4 |
| Cargo Handling Equipment | 3 | 2 | 1 | 1 | 1 |
| Trucks | 56 | 55 | 43 | 31 | 23 |
| Transport Refrigeration Units | 13 | 11 | 7 | 4 | 4 |
| Locomotives | 12 | 12 | 11 | 12 | 12 |
| **Total** | **94** | **90** | **72** | **58** | **51** |

\* Includes benefits of regulations adopted through October 2005.

- **SOx:** Total SOx emissions are projected to increase, as shown in Table II-6. While sources other than ships currently contribute about 20 percent of the statewide goods movement SOx emissions, the use of low sulfur fuels in the future will reduce emissions from these sources. Because ship emissions are largely unregulated, their SOx emissions are projected to increase substantially, by a factor of three between 2001 and 2020.

**Table II-6**
**Statewide**
**Projected SOx Emissions**
(tons per day)

| Source Category | SOx | | | | |
|---|---|---|---|---|---|
| | 2001 | 2005 | 2010 | 2015 | 2020 |
| Ships | 60 | 81 | 106 | 137 | 180 |
| Harbor Craft | 0.4 | 0.4 | 0.1 | 0.1 | 0.1 |
| Cargo Handling Equipment | <0.1 | <0.1 | 0.1 | 0.1 | <0.1 |
| Trucks | 5 | 5 | 1 | 1 | 1 |
| Transport Refrigeration Units | 0.2 | 0.3 | <0.1 | <0.1 | 0.1 |
| Locomotives | 8 | 7 | 1 | 0.1 | 0.1 |
| **Total** | **74** | **94** | **108** | **138** | **181** |

\* Includes benefits of regulations adopted through October 2005.

**Exhibit C**
**Pg 42**

## B. SHIPS

*Strategy "Snapshot."* The plan proposes to reduce ship emissions through application of demonstrated control technologies to ships, both in transit and at dockside, as well as use of cleaner fuels for main and auxiliary engines.

### 1. Introduction

Ocean-going vessels, or "ships," bring the vast majority of international imported goods into California. Ships include vessels such as container ships, bulk carriers, general cargo ships, tankers, and the "roll-on, roll-off" ships used to transport automobiles. Passenger cruise ships are not part of the goods movement sector, but are included in our analyses because their emissions impact communities near ports. Military vessels are not addressed in this report. The smaller vessels that tend to operate primarily in California's coastal waters (such as ferries, tugboats, and commercial fishing vessels) are addressed in the "commercial harbor craft" category.

Most ships are propelled by large diesel piston engines, although some are powered by steam turbines or diesel-fueled turbines. Most vessels use diesel propulsion engines that are mechanically connected to the ship's propeller; these vessels are called "motorships." Some ships use their diesel engines to drive generators that produce electricity for an electric propulsion motor; these vessels are referred to as "diesel-electric." This configuration is commonly used in passenger cruise ships. The propulsion diesel piston engines powering the majority of ocean-going ships are referred to by U.S. EPA as "category 3" engines.

In addition to the propulsion engines, ocean-going ships generally run auxiliary diesel generators and boilers. Diesel generators provide electrical power for lights and equipment, and boilers provide steam for hot water and fuel heating. Most vessels turn off their propulsion engines while at dockside ("hotelling") and only operate their auxiliary engines and boilers, which are significant emission sources at ports.

Although the power systems described above are characterized as "diesel-fueled," the types of fuel vary. Most ocean-going ships run their main propulsion engines and auxiliary engines on heavy fuel oil (or "bunker fuel"), which typically costs between 30 to 50 percent less than distillate marine fuels. This fuel is very viscous and requires heating to allow it to be pumped and injected into an engine. Bunker fuel typically contains much higher levels of sulfur, nitrogen-containing compounds, ash, and other compounds that increase exhaust emissions. For example, typical bunker fuel used by ships visiting California ports averages about 25,000 parts per million (ppm) sulfur, compared to about 120 ppm sulfur for California on-road diesel today and 15 ppm sulfur for most California diesel beginning statewide in June 2006. Some propulsion and auxiliary engines use lighter "distillate" diesel fuel (also referred to as marine gas oil or marine diesel oil). These fuels have much lower levels of sulfur and other contaminants compared to bunker fuel, but higher sulfur levels than land-based diesel fuels.

Exhibit C
Pg 43

# Exhibit D

Case 2:06-cv-02791-WBS-KJM    Document 61    Filed 06/08/07    Page 13 of 36



**PMSA** | Global Green | Community Involvement | Trade and the Economy | Public Policy | About PMSA



## Global Green

### Cleaner Engines and Cleaner Burning Fuels

PMSA member companies are already proactively working to reduce emissions by exploring the use of a wide variety of cleaner fuels, engines, and retrofit technologies that exceed any existing requirements. These strategies are constantly evolving as new fuels and technologies become available and include clean burning biofuels; employing new "clean diesel" engine and retrofit technologies; experimenting with new technologies, such as propane and natural gas fueled terminal equipment; and taking other innovative steps to improve west coast air quality.

- Many PMSA members are using low or ultra-low sulfur diesel. Other members are exploring the use of ethanol blended diesel, emulsified diesel, biodiesel, propane and LNG-powered terminal equipment. Electric cranes and retrofitting engines are other ways many PMSA members are lowering emissions.

- Using diesel oxidation catalysts and emulsified diesel in terminal yard equipment at the Ports of Los Angeles and Long Beach has led to major reductions in NOx and diesel particulates.
- The Port of Seattle and its tenants have teamed up for a voluntary initiative to reduce cargo handling equipment diesel emissions by retrofitting vehicles and equipment, installing diesel oxidation catalysts, and encouraging the use of low-sulfur diesel and biodiesel. Terminals in California have already taken these steps to reduce emissions.
- All on-terminal operations at the Port of Tacoma now run on ultra-low sulfur diesel, a biodiesel-low sulfur diesel blend or clean burning propone. The port is also experimenting with gasoline-electric hybrid and fully electric vehicles. In 2005, the port invested in diesel oxidation catalysts to further lower equipment emissions, with an Environmental Protection Agency grant.
- All PMSA members are in compliance with new California Air Resources Board (CARB) regulations requiring the use of low-sulfur diesel fuel in vessels in California waters. Voluntary participation in the Southern California vessel speed reduction program began in May 2001. This program has been responsible for reducing NOx emissions at the Ports of Long Beach and Los Angeles by more than 440 tons per year
- Many PMSA members calling at the Port of Seattle have committed to using lower sulfur fuel in their engines while at dock. In 2006, 50 percent of all ships entering and leaving the Port of Tacoma have committed to using low-emission fuel in their auxiliary engines, and 25 percent have committed to using low-sulfur fuel while in the Puget Sound airshed.
- PMSA members in California are working with CARB to accelerate the turnover of cargo handling equipment at marine terminals to newer, cleaner engine technologies; offering pollution reductions of over 90 percent.
- PMSA recently conducted emissions testing in conjunction with CARB, terminal operators and the University of California at Riverside to provide more data on the comparative benefits of LNG and clean diesel in powering yard tractors.

**Exhibit D
Pg 44**

- Our industry has also partnered with CARB, US EPA, the Ports of Los Angeles and Long Beach and other state and local regulators to test innovative fuel emulsification technology that could reduce emissions of nitrogen oxides from vessels by as much as 20 percent.
- PMSA members are using Selective Catalytic Reduction, technology proven to treat exhaust from ships, reducing 65 tons of nitrogen oxide and carbon monoxide per ship per year.

**Puget Sound Maritime Air Emissions Inventory**

The Puget Sound Maritime Air Emissions Inventory (EI) establishes a detailed baseline of emissions from maritime-related diesel equipment operating within the greater Puget Sound region. It was conducted voluntarily and in advance of any regulatory directive to provide a strong technical foundation to support future policy decisions. The inventory is not a policy document and does not include policy recommendations.

PMSA participated in this effort as a funding partner and steering committee member.  The EI is a tool to adjust ongoing mitigation efforts for an area still in attainment with federal standards. PMSA members are leading the way through a number of pilot projects and voluntary efforts to reduce emissions.

The overview and executive summary of the EI are available at: http://www.maritimeairforum.org/emissions.shtml

**Exhibit D**
**Pg 45**

# Exhibit E

Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile:  (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CATHERINE E.WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board, <br><br> Defendant, <br><br> NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH, <br><br> Defendants-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM <br><br> PLAINTIFF'S RESPONSE TO FIRST SET OF INTERROGATORIES PROPOUNDED BY DEFENDANT CATHERINE E. WITHERSPOON |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

- 1 -

PROPOUNDING PARTY:    Defendant CATHERINE E. WITHERSPOON

RESPONDING PARTY:    Plaintiff PACIFIC MERCHANT SHIPPING ASSOCIATION

SET NUMBER:    One

## INTERROGATORIES

**Interrogatory No. 1:**

For each PMSA VESSEL, identify whether it has or will comply with CARB'S REGULATIONS by using one of CARB'S SPECIALIZED FUELS, or by some other method.  If some other method, please state what that method is.

**Response:**

To the extent that this interrogatory requests a vessel-by-vessel inventory of the method of compliance, PMSA objects on the grounds that this interrogatory is overly broad and burdensome.  Without waiving such objections, as far as PMSA knows, all of its members are complying by use of the fuels listed in subsection (e)(1)(A) of the regulations and/or cold ironing for some vessels at the dock.  With respect to the standards applicable commencing January 1, 2010, the method or methods of compliance that will be employed are unknown.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

-2-

3.    Prior to January 1, 2007, each vessel owned by Hapag Lloyd calling at California ports with auxiliary engines originally designed for HFO use (vessels delivered before 2000) were modified as follows:

a.    One auxiliary engine was switched to permanent MDO operation;

b.    All fuel injection pumps on the converted auxiliary engines were modified to avoid excessive leakage due to operation with DMA specification fuel at lower temperatures;

c.    A new fuel oil supply pump was required to allow use of more than one auxiliary engine on MO in order to power the bowthrusters during berthing.

Vessel names and costs of retrofitting unknown.

PMSA also refers defendant to the responses to the California Air Resources Board questionnaires provided by its members to CARB pursuant to CARB's recent Oceangoing Ship Survey.

**Interrogatory No. 3:**

For each PMSA VESSEL, provide detailed description of all actions, modifications, and fuel purchases (including dates and costs of these actions, modifications, and fuel purchases) that have been or will be necessary to comply

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

- 4 -

with CARB'S REGULATIONS which conflict with a requirement of any other law or regulation(whether international, foreign, domestic, or local).   For all such conflicts, also identify the conflicting law or regulation and describe in detail the conflicting vessel specification, actions, modifications, or fuel purchases required by that conflicting law or regulation.

**Response:**

PMSA does not contend that any such modifications or fuel purchases conflict with any law or regulation and does not know of any such conflicts at this time.   PMSA does contend, however, that the regulations conflict with 46 U.S.C. §7543 (e)(2)(A), 43 U.S.C. §1301 *et seq.*, and the Supremacy Clause and that while the PMSA's members' vessel modifications and use of low sulfur by the vessels in order to comply with the regulations do not contravene any law or regulations, the requirements of the regulations are beyond the authority of the CARB to require under the Clean Air Act, the Submerged Lands Act, and the Supremacy Clause.

**Interrogatory No. 4:**

With regard to requests for admission 1, 2, and 4 in Defendant's First Set of Requests for Admission to Plaintiff PMSA, served with these interrogatories, for each denial provide a detailed explanation, including a description of all evidence, for that denial.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 436-2626

- 5 -

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

**Response:**

**Admission No. 1:** The basis for the partial denial of this regulation with respect to future supplies of fuels is based on PMSA's lack of knowledge about and inability to predict future availability of fuels.

**Admission No. 2:** The request is vague and ambiguous insofar as it is unclear whether it requests admission on a vessel-by-vessel basis or merely as to the aggregate emissions from PMSA Vessels. The request is admitted as to the aggregate emissions from PMSA vessels, but the PMSA is informed and believes that prior to the implementation of the regulations, the auxiliary engines on certain vessels of its members (including, but not limited to Maersk) were emitting less PM, NOx and SOx per vessel call than permitted under the regulations. With respect to the effect of these regulations on future development of the technology and international agreements to limit vessel emissions, PMSA refers to the policy statements in this regard by the Environmental Protection Agency as announced at 68 FR 9746, et seq.

**Admission No. 4:** PMSA has no data or information and is not aware of any studies that determine or establish whether diesel particulate matter emitted from ocean-going vessels is transported more than three miles by wind. The transport of emissions identified in the studies that CARB refers to in its Initial Statement of Reasons concerned transport of gaseous matter. Diesel PM is not analogous to

- 6 -

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1  gaseous matter with respect to transport by wind, and the studies are not, therefore,

2  applicable to diesel PM or a valid basis for any conclusions regarding wind transport

3  of diesel PM.  The data regarding the distribution of diesel PM developed by the

4

5  South Coast Air Quality Management District of which PMSA has only recently

6  become aware, generally indicates that diesel PM distribution is highly localized.

7

8

9  **Interrogatory No. 5:**

10       Identify by date and type of vessel each time a PMSA VESSEL visited a

11  California port during the period from January 1, 2005 to the present.

12

13  **Response:**

14       Objection, overbroad and overly burdensome, and, for the period before

15  January 1, 2007, irrelevant.  For the period after January 1, 2007, PMSA is aware

16

17  that the vessels owned, operated or chartered by its members that have called at the

18  ports of Los Angeles and Long Beach include, but may not be limited to those set

19

20  forth in Exhibit 1 hereto.  See also, Marine Exchange Vessel Arrival Information

21  sheets, January 1, 2005 through May 15, 2007, provided in separate Computer Disc.

22

23

24  **Interrogatory No. 6:**

25       For each visit identified in Interrogatory No. 5, please state the length of

26  time that the vessel was docked at a California port.

27

28

- 7 -

# Exhibit F

1  Erich P. Wise/State Bar No. 63219
   Nicholas S. Politis/State Bar No. 92978
2  Aleksandrs E. Drumalds/State Bar No. 237101
   FLYNN, DELICH & WISE LLP
3  One World Trade Center, Suite 1800
   Long Beach, California 90831-1800
4  Telephone: (562) 435-2626
   Facsimile: (562) 437-7555

5  James B. Nebel/State Bar No. 69626
   Conte C. Cicala/State Bar No. 173554
6  FLYNN, DELICH & WISE LLP
   One California Street, Suite 350
7  San Francisco, California
   Telephone: (415) 693-5566
8  Facsimile: (415) 693-0410

9

10 Attorneys for Plaintiff
   PACIFIC MERCHANT SHIPPING ASSOCIATION,
11 a California Mutual Benefit Corporation

12                    UNITED STATES DISTRICT COURT

13          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

14

15 PACIFIC MERCHANT SHIPPING          ) CASE NO.: 2:06-CV-02791-WBS-KJM
   ASSOCIATION, a California Mutual   )
16 Benefit Corporation,               ) PLAINTIFF'S RESPONSE TO FIRST
                                      ) SET OF REQUESTS FOR
17           Plaintiff,               ) ADMISSION PROPOUNDED BY
                                      ) DEFENDANT CATHERINE E.
18      vs.                           ) WITHERSPOON
                                      )
19 CATHERINE E. WITHERSPOON, in       )
   her official capacity as Executive )
20 Officer of the California Air      )
   Resources Board,                   )
21                                    )
             Defendant,               )
22                                    )
   NATURAL RESOURCES                  )
23 DEFENSE COUNCIL, INC.,             )
   COALITION FOR CLEAN AIR,           )
24 INC., SOUTH COAST AIR              )
   QUALITY MANAGEMENT                 )
25 DISTRICT, and CITY OF LONG         )
   BEACH,                             )
26                                    )
         Defendants-Intervenors       )

27

28                                        1

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PROPOUNDING PARTY:    Defendant CATHERINE E. WITHERSPOON

RESPONDING PARTY:    Plaintiff PACIFIC MERCHANT SHIPPING ASSOCIATION

SET NUMBER:    One

## **REQUESTS**

**Request for Admission No. 1:**

CARB'S SPECIALIZED FUELS are available to PMSA's members in quantities and locations sufficient to comply with CARB'S REGULATIONS by using CARB'S SPECIFIED FUELS.

**Response to Request for Admission No. 1:**

Admitted that from January 1, 2007, to present, fuels specified in subsection e(1)(A) of the regulations have been available, subject to very few exceptions, to PMSA's members in quantities and locations sufficient to comply with the regulations by using such fuels. PMSA is without sufficient information or belief to admit or deny this request with respect to the future, and, on that basis, denies the Request with respect to such future supply.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

2

**Request for Admission No. 2:**

    Implementation of CARB'S REGULATIONS reduces the levels of PM, NOx, and SOx emitted from AUXILIARY ENGINES on PMSA VESSELS.

**Response to Request for Admission No. 2:**

    Objection, vague and ambiguous as to whether this request calls for an admission regarding the level of emissions from each vessel or in the aggregate for all of the PMSA vessels. To the extent that the request seeks an admission with respect to each vessel, it is overbroad and burdensome. Without waiving such objections, it is admitted that, in the aggregate, implementation of the regulation has reduced the aggregate levels of PM, NOx, and SOx emitted from auxiliary engines on PMSA vessels. With respect to each individual PMSA vessel, PMSA is informed and believes that the auxiliary diesel engines on some of its members' vessels were, before implementation of the regulations, emitting less than the maximum amount of NOx, SOx and diesel PM than allowed by the regulations, and, on that basis, PMSA denies that the implementation of the regulations will reduce such emissions for those vessels. In addition, with respect to emissions in the future, PMSA is without sufficient information or belief to admit or deny this request insofar as it pertains to the long-term effect of these regulations on technology and international agreements that will limit vessel emissions, and, on that basis denies this request insofar as it

3

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1  seeks an admission with respect to the effect of the implementation of the regulations

2  on future technology and international agreements to limit emissions from vessels.

3

4

5  **Request for Admission No. 3:**

6      Some of the DIESEL PM emitted from AUXILIARY ENGINES on PMSA

7  VESSELS while the vessels are transiting within three nautical miles of California's

8

9  shore is transported by wind to land within California.

10  **Response to Request for Admission No. 3:**

11      Admitted.

12

13

14  **Request for Admission No. 4:**

15      Some of the DIESEL PM emitted from AUXILIARY ENGINES on PMSA

16  VESSELS while the vessels are transiting between three and twenty-four nautical

17

18  miles of California's shore is transported by wind to land within California.

19  **Response to Request for Admission No. 4:**

20

21      In responding to this request, PMSA states that it is without sufficient

22  information or belief to admit or deny this request, and, on that basis, it denies the

23

24  request.

25

26

27

28

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

# Exhibit G

*The Coalition for Clean Air cordially invites you to sponsor our*

# 2007 Clean Air Leadership Awards Luncheon
## Friday, May 18, 2007

*We are pleased to honor these leaders who are ensuring a cleaner, healthier future through their work to clean up
the ships, trucks and trains that bring cargo through California and beyond:*



**COALITION FOR**
**CLEAN AIR**
Over 35 Years of Restoring
Clean, Healthful Air in California

- **Los Angeles Mayor Antonio Villaraigosa & Long Beach Mayor Bob Foster**
- **Assemblyman Hector De La Torre**
- **Maersk Shipping**
- **Long Beach Alliance for Children with Asthma**
- **James N. Pitts, Jr., UC Irvine - Carl Moyer Award for Scientific Leadership and Technical Excellence**

We will be featuring a silent auction of lunches with public officials and celebrities including
Ed Begley, Jr., Assemblyman Hector De La Torre, Terry Tamminen, & Barry Wallerstein among others.

**12 Noon - 1:30 PM**
**The Millennium Biltmore Hotel • The Crystal Room**
**506 South Grand Avenue • Los Angeles**

*Please RSVP by Friday, April 27th to (213) 630 -1158/fax or cori@coalitionforcleanair.org
or by mail at 811 W. 7th Street, Suite 1100, Los Angeles, CA  90017. For more information: (213) 630 -1192.*

☐ **$15,000 Presenting Sponsor:** *Two 8-seat tables, invitation and signage listing, full page program book ad, and 2 tickets to the pre-luncheon sponsor reception with honorees.*

☐ **$10,000 Event Sponsor:** *One 8-seat table, invitation and signage listing, full page program book ad, and 2 tickets to the pre-luncheon sponsor reception with honorees.*

☐ **$5,000 Table Sponsor:** *One 8-seat table, signage listing, full page program book ad and 1 ticket to the pre-luncheon sponsor reception with honorees.*

☐ **$2,500 Program Sponsor:** *Two event tickets and a full page program book ad.*

☐ **$1,000 Ticket Sponsor:** *One event ticket and a half page program book ad.*

☐ *I will purchase _____ ticket(s) at $150 ea.*

☐ *I cannot attend, but want to contribute $ _____ to CCA's efforts*

☐ *Check has been mailed (made out to Coalition for Clean Air)*

☐ *Credit Card (circle one: MasterCard, American Express, or Visa)*

*Number: _____*

*Security Code: _____*

*Exp. Date: _____*

*Name on Card: (and address if different than below)*

Name _____

Company _____

Address _____

City _____  State _____  Zip _____

Telephone _____  Email _____



# Recent Accomplishments

**California's Clean Air Leader** – The Coalition for Clean Air was founded more than 35 years ago at a time when clean air in California seemed almost unimaginable. Although there is clearly more work to be done, we've come far, and won many significant victories. From spearheading California's original Smog Check program which reduces 100 tons of automobile pollution every day, to strongly supporting and helping pass California's landmark global warming laws, we have helped position California as a world leader in reducing air pollution.

**2007:** Won a complete phaseout of perchloroethylene from dry cleaning. *California is now the first state in the U.S. to adopt such a phaseout. California's decision is already causing dry cleaners to shift to non-perc alternatives, and all must stop using perc by 2023.*

**2006:** Led a diverse coalition of cities, health advocates, community groups and labor to demand that companies profiting from their use of California ports begin to pay for port pollution cleanup. *The Legislature responded by passing a bill to fund this cleanup. Despite the governor's veto, support for a funding stream continues to grow.*

**2006:** Helped convince the shipping company Maersk to use cleaner fuels in all ships that bring goods to the state. *Maersk Line is the largest containerized cargo carrier in the world.*

**2006:** Helped establish and improve a historic plan to address pollution at the ports of Los Angeles and Long Beach, *together the 5th largest port complex in the world.*




811 W. 7th Street, Suite 1100, Los Angeles, CA 90017      213/630-1192
1107 9th Street, Suite 620, Sacramento, CA 95814          916/498-1560
1055 North Van Ness Avenue, Suite K, Fresno, CA 93728     559/486-3279

Exhibit G
Pg 57

# Exhibit H

# ✝ AMERICAN LUNG ASSOCIATION®
## State of the Air: 2007

www.lungusa.org          *Improving Life, One Breath at a Time*          1-800-LUNGUSA



Good     Moderate     Unhealthy
for sensitive groups     Unhealthy     Very
Unhealthy     Hazardous

The years 2003, 2004 and 2005 showed a split picture for the nation's air quality. Both of the nation's most widespread and dangerous pollutants tracked in decidedly different directions in the eastern U.S.—ozone went down, but particle pollution went up. In the west, the direction is clearly toward lower pollution levels for both pollutants. Included in this report:

| | |
|---|---|
| Executive Summary | Cleanest Cities in the US |
| The State of the Air | Cleanest Counties in the US |
| Populations at Risk in the US | Health Effects of Ozone and Particle Pollution |
| Populations at Risk in the 25 Most Polluted US Cities | Protecting the Nation from Air Pollution |
| Populations at Risk in the 25 Most Polluted US Counties | State Tables |
| | Methodology |

# Executive Summary

The years 2003, 2004 and 2005 showed the first truly split picture for the nation's air quality since the American Lung Association started these annual report cards. The nation's two most widespread and dangerous pollutants tracked in decidedly different directions: ozone went down from the peaks reported in 2002, but particle pollution—the more dangerous—went up. This finding stems from a close look at air pollution data that states themselves collected on a county-by-county basis, using the most up-to-date quality-assured data available for nationwide comparison presented in the *American Lung Association State of the Air: 2007*.

Ozone, often called smog, improved significantly in many parts of the U.S., especially in the eastern half. Grades of F—common among many states in the past—improved to passing grades, even among some of the counties that had historically been among the most ozone-polluted in the years 2003-2005. These improvements showed up in the list of cities that face the most ozone pollution. For example, the Los Angeles metropolitan area returned to the top of the most polluted list for ozone, but reduced the number of days that its residents suffered from the nation's worst ozone levels. Nonetheless, despite these improvements, millions of Americans still face dangerous levels of ozone pollution.

The most ominous trend is the increase in particle pollution, or soot, in the eastern U.S. Many areas east of the Mississippi River already had unhealthy levels of this most deadly of the widespread air pollutants. They frequently had more days and higher year-round levels of particles, here measured by $PM_{2.5}$. In contrast were the western states, led by California. Although many areas in the western U.S. suffer from some of the highest levels of particle pollution, but levels of particle pollution there dropped significantly during the years 2003-2005.

Both ozone and particle pollution remain a persistent threat across large parts of the United States. Favorable weather combined with controls placed on coal-fired power plants between 1998 and 2004 to improve ozone levels in large parts of the eastern United States. However, those same power plants are likely the source of much of the increase in particle pollution in the eastern United States, driven by increased electricity production during the period.

Looking at the nation as a whole, the *American Lung Association State of the Air: 2007* finds:

> Particle pollution went up in the Eastern U.S., driven by electricity generation.

**Exhibit H**
**Pg 59**

In this report, looking simply at the number of Fs masks the growth of this problem. Many counties maintained a failing grade, but their air quality worsened. Alabama, Florida, Georgia, Illinois, Indiana, Kentucky, North Carolina, Ohio, Pennsylvania, South Carolina, Tennessee and Virginia all had over a dozen counties with increases in year-round particle pollution during this period.

This trend is especially troubling in light of U.S. EPA's failure to tighten the annual particle pollution standard in 2006. For this report, the Lung Association continued to use U.S. EPA's definition of unhealthy levels—officially the National Ambient Air Quality Standard—as the basis for the annual particle pollution grades. However, the Lung Association and many other public health groups, environmental groups and medical societies had urged EPA to use a much tighter standard. Under EPA's official standard for unhealthy particle pollution, only 73 counties were given failing grades for year-round exposure. Under the level recommended by the American Lung Association and much of the medical community, 299 counties have dangerous air pollution year-round.

Fortunately, outside of the eastern U.S., particle levels continue to drop, even in areas which rank historically high in particle pollution. California showed the most improvement with 32 counties reducing their year-round particle pollution levels, including some improving by over 10 percent.

### Changes in the particle pollution rankings

Los Angeles remained atop both lists of cities most polluted by particle pollution, though its level of year-round particle pollution actually improved from the last report. Pittsburgh, PA, moved up to the number two slot in both lists, triggered by increases in pollution levels in that metropolitan area. Other eastern metropolitan areas worsened significantly in particle levels, including: Birmingham, AL; Detroit, MI; Cleveland, OH; Cincinnati, OH; Indianapolis, IN; Atlanta, GA; Lancaster, PA; Harrisburg, PA; and Chicago, IL. By contrast, many California cities reduced their particle pollution and improved their place on the list of most polluted year-round including Visalia-Porterville; Fresno-Madera; Hanford-Corcoran, CA. Dropping off both particle lists for the first time was Merced, CA.

The list for most polluted by short-term particles includes several cities where the smoke from burning firewood in the winter puts their population at risk: Logan, UT-ID; Salt Lake City-Ogden-Clearfield, UT; Eugene-Springfield, OR; and Provo-Orem, UT. An unusually widespread wildfire in 2004 put Fairbanks, AK, on the list for most polluted by short-term pollution with the report's only maroon days, signaling very hazardous air pollution levels.[2]

## The Most Polluted Counties

### California and Texas lead for ozone pollution.

Among the most polluted counties, Riverside County, CA remains the most burdened by particle pollution, while San Bernardino County, CA has the worst ozone levels. Three California counties appear on all three lists of worst polluted

THE STATE OF THE AIR IN 2003-2005

Exhibit H
Pg 60

**Table 2:** *People at Risk in 25 U.S. Cities Most Polluted by Short-Term Particle Pollution (24-Hour PM$_{2.5}$)*

| 2007 Rank | Metropolitan Statistical Areas | Total Population[2] | Under 18[3] | 65 and Over[3] | Pediatric Asthma[4],[10] | Adult Asthma[5],[10] | Chronic Bronchitis[6],[10] | Emphysema[7],[10] | CV Disease[8],[10] | Diabetes[9],[10] |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Los Angeles-Long Beach-Riverside, CA | 17,629,607 | 4,921,801 | 1,781,348 | 438,040 | 916,542 | 510,446 | 202,486 | 3,672,566 | 881,192 |
| 2 | Pittsburgh-New Castle, PA | 2,478,883 | 525,365 | 428,273 | 46,757 | 154,671 | 83,221 | 41,131 | 707,679 | 165,171 |
| 3 | Fresno-Madera, CA | 1,020,372 | 311,230 | 99,900 | 27,699 | 51,057 | 28,344 | 11,176 | 202,473 | 48,527 |
| 4 | Bakersfield, CA | 756,825 | 232,363 | 67,288 | 20,680 | 37,686 | 20,780 | 7,858 | 144,004 | 34,715 |
| 5 | Logan, UT-ID | 110,426 | 33,204 | 8,785 | 2,955 | 5,981 | 2,944 | 1,004 | 18,642 | 4,510 |
| 6 | Birmingham-Hoover-Cullman, AL | 1,170,012 | 279,076 | 149,678 | 24,838 | 63,613 | 36,773 | 16,025 | 284,657 | 67,614 |
| 7 | Salt Lake City-Ogden-Clearfield, UT | 1,586,740 | 466,822 | 134,005 | 41,547 | 88,565 | 44,144 | 16,222 | 299,844 | 72,600 |
| 8 | Detroit-Warren-Flint, MI | 5,428,000 | 1,389,788 | 633,567 | 123,691 | 365,181 | 166,122 | 70,555 | 1,264,208 | 301,771 |
| 9 | Eugene-Springfield, OR | 335,180 | 70,393 | 46,471 | 6,265 | 22,738 | 10,939 | 4,840 | 85,480 | 20,233 |
| 10 | Cleveland-Akron-Elyria, OH | 2,931,774 | 700,675 | 415,219 | 62,360 | 176,254 | 93,335 | 42,751 | 750,352 | 177,109 |
| 11 | Washington-Baltimore-Northern Virginia, DC-MD-VA-WV | 8,125,656 | 2,040,180 | 835,307 | 181,576 | 518,499 | 247,738 | 99,659 | 1,814,612 | 436,891 |
| 12 | Sacramento---Arden-Arcade---Truckee, CA-NV | 2,187,694 | 561,213 | 256,759 | 49,948 | 117,608 | 66,352 | 27,913 | 499,231 | 118,957 |
| 13 | Chicago-Naperville-Michigan City, IL-IN-WI | 9,661,840 | 2,544,703 | 1,051,356 | 226,479 | 503,654 | 289,114 | 118,463 | 2,136,379 | 511,388 |
| 14 | Harrisburg-Carlisle-Lebanon, PA | 647,390 | 144,630 | 95,385 | 12,872 | 40,443 | 21,070 | 9,733 | 170,421 | 40,171 |
| 15 | San Jose-San Francisco-Oakland, CA | 7,168,176 | 1,710,137 | 831,536 | 152,202 | 396,041 | 223,742 | 93,732 | 1,685,256 | 402,984 |
| 16 | New York-Newark-Bridgeport, NY-NJ-CT-PA | 21,903,623 | 5,337,060 | 2,790,776 | 474,998 | 1,421,560 | 681,921 | 296,377 | 5,260,662 | 1,248,713 |
| 16 | Indianapolis-Anderson-Columbus, IN | 1,958,453 | 520,335 | 218,557 | 46,310 | 117,570 | 58,632 | 24,357 | 437,802 | 104,623 |
| 18 | San Diego-Carlsbad-San Marcos, CA | 2,933,462 | 760,274 | 324,496 | 67,664 | 156,702 | 87,417 | 35,427 | 637,292 | 152,194 |
| 19 | Provo-Orem, UT | 452,851 | 150,427 | 29,785 | 13,388 | 23,632 | 11,379 | 3,621 | 68,544 | 16,729 |
| 20 | Weirton-Steubenville, WV-OH | 126,464 | 25,193 | 23,586 | 2,242 | 8,498 | 4,363 | 2,228 | 38,086 | 8,839 |
| 21 | Fairbanks, AK | 87,560 | 25,337 | 4,785 | 2,255 | 29,597 | 2,425 | 783 | 15,210 | 3,779 |
| 22 | Philadelphia-Camden-Vineland, PA-NJ-DE-MD | 6,372,799 | 1,560,212 | 831,328 | 138,859 | 384,921 | 199,063 | 87,763 | 1,553,543 | 368,292 |
| 22 | Hanford-Corcoran, CA | 143,420 | 40,411 | 10,597 | 3,597 | 7,337 | 3,951 | 1,324 | 24,918 | 6,077 |
| 24 | Louisville-Jefferson County-Elizabethtown-Scottsburg, KY-IN | 1,342,918 | 314,141 | 155,666 | 27,959 | 84,937 | 40,286 | 17,227 | 308,138 | 73,487 |
| 24 | Visalia-Porterville, CA | 410,874 | 134,343 | 38,049 | 11,957 | 19,900 | 11,028 | 4,302 | 78,170 | 18,763 |

(1) Cities are ranked using the highest weighted average for any county within that metropolitan statistical area.

(2) **Total Population** represents the at-risk populations for all counties within the respective CSA or MSA.

(3) Those **18 & under** and **65 & over** are vulnerable to PM$_{2.5}$ and are, therefore, included. They should not be used as population denominators for disease estimates.

(4) **Pediatric Asthma** estimates are for those under 18 years of age and represent the estimated number of people who had asthma in 2005, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(5) **Adult Asthma** estimates are for those 18 years and older and represent the estimated number of people who had asthma during 2005, based on state rates (BRFSS) applied to county population estimates (U.S. Census).

(6) **Chronic Bronchitis** estimates are for adults 18 and over who had been diagnosed in 2005, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(7) **Emphysema** estimates are for adults 18 and over who had been diagnosed within their lifetime, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(8) **CV Disease** estimates are for adults 18 and over who had been diagnosed in 2005, based on national rates (NHIS) applied to county population estimates (U.S. Census). CV disease includes coronary heart disease, hypertension, stroke, angina pectoris and heart attack.

(9) **Diabetes** estimates are for adults 18 and over who have been diagnosed within their lifetime, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(10) Adding across rows does not produce valid estimates, e.g., summing pediatric and adult asthma and/or emphysema and chronic bronchitis.

**Exhibit H**
**Pg 61**

**Table 2a:** *People at Risk in 25 U.S. Cities Most Polluted by Year-Round Particle Pollution (Annual PM$_{2.5}$)*

| 2007 Rank | Metropolitan Statistical Areas | Total Population[1] | Under 18[3] | 65 and Over[3] | Pediatric Asthma[4],[10] | Adult Asthma[5],[10] | Chronic Bronchitis[6],[10] | Emphysema[7],[10] | CV Disease[8],[10] | Diabetes[9],[10] |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | Los Angeles-Long Beach-Riverside, CA | 17,629,607 | 4,921,801 | 1,781,348 | 438,040 | 916,542 | 510,446 | 202,486 | 3,672,566 | 881,192 |
| 2 | Pittsburgh-New Castle, PA | 2,478,883 | 525,365 | 428,273 | 46,757 | 154,671 | 83,221 | 41,131 | 707,679 | 165,171 |
| 3 | Bakersfield, CA | 756,825 | 232,363 | 67,288 | 20,680 | 37,686 | 20,780 | 7,858 | 144,004 | 34,715 |
| 4 | Birmingham-Hoover-Cullman, AL | 1,170,012 | 279,076 | 149,678 | 24,838 | 63,613 | 36,773 | 16,025 | 284,657 | 67,614 |
| 4 | Detroit-Warren-Flint, MI | 5,428,000 | 1,389,788 | 633,567 | 123,691 | 365,181 | 166,122 | 70,555 | 1,264,208 | 301,771 |
| 6 | Cleveland-Akron-Elyria, OH | 2,931,774 | 700,675 | 415,219 | 62,360 | 176,254 | 93,335 | 42,751 | 750,352 | 177,109 |
| 7 | Visalia-Porterville, CA | 410,874 | 134,343 | 38,049 | 11,957 | 19,900 | 11,028 | 4,302 | 78,170 | 18,763 |
| 8 | Cincinnati-Middletown-Wilmington, OH-KY-IN | 2,113,011 | 531,067 | 248,569 | 47,265 | 128,126 | 64,796 | 27,371 | 490,073 | 116,891 |
| 9 | Indianapolis-Anderson-Columbus, IN | 1,958,453 | 520,335 | 218,557 | 46,310 | 117,570 | 58,632 | 24,357 | 437,802 | 104,623 |
| 10 | St. Louis-St. Charles-Farmington, MO-IL | 2,840,179 | 689,139 | 362,685 | 61,333 | 180,965 | 88,845 | 38,796 | 688,863 | 163,593 |
| 11 | Chicago-Naperville-Michigan City, IL-IN-WI | 9,661,840 | 2,544,703 | 1,051,356 | 226,479 | 503,654 | 289,114 | 118,463 | 2,136,379 | 511,388 |
| 11 | Lancaster, PA | 490,562 | 124,822 | 69,787 | 11,109 | 29,521 | 15,237 | 7,003 | 122,404 | 28,808 |
| 13 | Atlanta-Sandy Springs-Gainesville, GA-AL | 5,249,121 | 1,387,694 | 419,991 | 123,505 | 281,445 | 152,989 | 55,288 | 1,033,988 | 252,135 |
| 14 | York-Hanover-Gettysburg, PA | 508,550 | 116,951 | 69,335 | 10,409 | 31,706 | 16,301 | 7,302 | 128,949 | 30,539 |
| 15 | Fresno-Madera, CA | 1,020,372 | 311,230 | 99,900 | 27,699 | 51,057 | 28,344 | 11,176 | 202,473 | 48,527 |
| 15 | Weirton-Steubenville, WV-OH | 126,464 | 25,193 | 23,586 | 2,242 | 8,498 | 4,363 | 2,228 | 38,686 | 8,859 |
| 17 | Hanford-Corcoran, CA | 143,420 | 40,411 | 10,597 | 3,597 | 7,337 | 3,951 | 1,324 | 24,918 | 6,077 |
| 17 | New York-Newark-Bridgeport, NY-NJ-CT-PA | 21,903,623 | 5,337,060 | 2,790,776 | 474,998 | 1,421,500 | 681,921 | 296,377 | 5,260,662 | 1,248,713 |
| 19 | Canton-Massillon, OH | 409,996 | 95,538 | 62,820 | 8,503 | 24,766 | 13,279 | 6,295 | 109,582 | 25,749 |
| 20 | Washington-Baltimore-Northern Virginia, DC-MD-VA-WV | 8,125,656 | 2,040,180 | 835,307 | 181,576 | 518,499 | 247,738 | 99,659 | 1,814,612 | 436,891 |
| 20 | Charleston, WV | 306,435 | 66,267 | 46,483 | 5,898 | 21,899 | 10,184 | 4,800 | 83,977 | 19,801 |
| 22 | Louisville-Jefferson County-Elizabethtown-Scottsburg, KY-IN | 1,342,918 | 314,141 | 155,666 | 27,959 | 84,937 | 40,286 | 17,227 | 308,138 | 73,487 |
| 23 | Huntington-Ashland, WV-KY-OH | 286,012 | 61,119 | 44,309 | 5,440 | 19,734 | 9,437 | 4,422 | 77,038 | 18,104 |
| 24 | Philadelphia-Camden-Vineland, PA-NJ-DE-MD | 6,372,799 | 1,560,212 | 831,328 | 138,859 | 384,921 | 199,063 | 87,763 | 1,553,543 | 368,292 |
| 24 | Hagerstown-Martinsburg, MD-WV | 251,311 | 58,494 | 32,272 | 5,206 | 16,685 | 7,909 | 3,415 | 60,640 | 14,394 |
| 24 | Rome, GA | 94,198 | 23,266 | 13,003 | 2,071 | 5,170 | 2,917 | 1,302 | 22,832 | 5,380 |

(1) Cities are ranked using the highest weighted average for any county within that metropolitan statistical area.

(2) **Total Population** represents the at-risk populations for all counties within the respective Combined Statistical Area or Metropolitan Statistical Area.

(3) Those **18 & under** and **65 & over** are vulnerable to PM$_{2.5}$ and are, therefore, included. They should not be used as population denominators for disease estimates.

(4) **Pediatric Asthma** estimates are for those under 18 years of age and represent the estimated number of people who had asthma in 2005, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(5) **Adult Asthma** estimates are for those 18 years and older and represent the estimated number of people who had asthma during 2005, based on state rates (BRFSS) applied to county population estimates (U.S. Census).

(6) **Chronic Bronchitis** estimates are for adults 18 and over who had been diagnosed in 2005, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(7) **Emphysema** estimates are for adults 18 and over who have been diagnosed within their lifetime, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(8) **CV Disease** estimates are for adults 18 and over who had been diagnosed in 2005, based on national rates (NHIS) applied to county population estimates (U.S. Census). CV disease includes coronary heart disease, hypertension, stroke, angina pectoris and heart attack.

(9) **Diabetes** estimates are for adults 18 and over who have been diagnosed within their lifetime, based on national rates (NHIS) applied to county population estimates (U.S. Census).

(10) Adding across rows does not produce valid estimates, e.g., summing pediatric and adult asthma and/or emphysema and chronic bronchitis.

**Exhibit H**
**Pg 62**

**Table 2b:** *People at Risk In 25 Most Ozone-Polluted Cities*

| 2007 Rank[1] | Metropolitan Statistical Areas | Total Population[2] | Under 18[3] | 65 and Over[3] | Pediatric Asthma[4,8] | Adult Asthma[5,8] | Chronic Bronchitis[6,8] | Emphysema[7,8] |
|---|---|---|---|---|---|---|---|---|
| 1 | Los Angeles-Long Beach-Riverside, CA | 17,629,607 | 4,921,801 | 1,781,348 | 438,040 | 916,542 | 510,446 | 202,486 |
| 2 | Bakersfield, CA | 756,825 | 232,363 | 67,288 | 20,680 | 37,686 | 20,780 | 7,858 |
| 3 | Visalia-Porterville, CA | 410,874 | 134,343 | 38,049 | 11,957 | 19,900 | 11,028 | 4,302 |
| 4 | Fresno-Madera, CA | 1,020,372 | 311,230 | 99,900 | 27,699 | 51,057 | 28,344 | 11,176 |
| 5 | Houston-Baytown-Huntsville, TX | 5,380,661 | 1,513,625 | 432,961 | 134,713 | 261,308 | 154,239 | 56,816 |
| 6 | Merced, CA | 241,706 | 79,143 | 21,318 | 7,044 | 11,676 | 6,437 | 2,448 |
| 7 | Dallas-Fort Worth, TX | 6,160,046 | 1,700,462 | 520,804 | 151,341 | 300,888 | 177,236 | 65,615 |
| 8 | Sacramento—Arden-Arcade—Truckee, CA-NV | 2,187,694 | 561,213 | 256,759 | 49,948 | 117,608 | 66,352 | 27,913 |
| 9 | Baton Rouge-Pierre Part, LA | 689,693 | 169,445 | 71,763 | 15,081 | 30,912 | 21,005 | 8,358 |
| 10 | New York-Newark-Bridgeport, NY-NJ-CT-PA | 21,903,623 | 5,337,060 | 2,790,776 | 474,998 | 1,421,500 | 681,921 | 296,377 |
| 11 | Washington-Baltimore-Northern Virginia, DC-MD-VA-WV | 8,125,656 | 2,040,180 | 835,307 | 181,576 | 518,499 | 247,738 | 99,659 |
| 12 | Philadelphia-Camden-Vineland, PA-NJ-DE-MD | 6,372,799 | 1,560,212 | 831,328 | 138,859 | 384,921 | 199,063 | 87,763 |
| 13 | Hanford-Corcoran, CA | 143,420 | 40,411 | 10,597 | 3,597 | 7,337 | 3,951 | 1,324 |
| 13 | Modesto, CA | 505,505 | 150,921 | 50,172 | 13,432 | 25,566 | 14,234 | 5,657 |
| 15 | Phoenix-Mesa-Scottsdale, AZ | 3,865,077 | 1,053,835 | 436,359 | 93,791 | 205,219 | 113,406 | 46,717 |
| 16 | Charlotte-Gastonia-Salisbury, NC-SC | 2,120,745 | 543,952 | 224,209 | 48,412 | 102,362 | 63,862 | 25,759 |
| 17 | Las Vegas-Paradise-Pahrump, NV | 1,751,028 | 456,783 | 191,310 | 40,654 | 90,888 | 52,272 | 21,243 |
| 17 | Milwaukee-Racine-Waukesha, WI | 1,708,563 | 428,583 | 210,102 | 38,144 | 116,405 | 52,838 | 22,862 |
| 19 | St. Louis-St. Charles-Farmington, MO-IL | 2,840,179 | 689,139 | 362,685 | 61,333 | 180,965 | 88,845 | 38,796 |
| 20 | El Centro, CA | 155,823 | 47,199 | 16,035 | 4,201 | 7,813 | 4,335 | 1,731 |
| 20 | Kansas City-Overland Park-Kansas City, MO-KS | 1,942,169 | 488,350 | 221,928 | 43,463 | 118,884 | 59,449 | 24,834 |
| 20 | Beaumont-Port Arthur, TX | 383,530 | 96,678 | 50,496 | 8,604 | 19,743 | 11,862 | 5,260 |
| 20 | Chicago-Naperville-Michigan City, IL-IN-WI | 9,661,840 | 2,544,703 | 1,051,356 | 226,479 | 503,654 | 289,114 | 118,463 |
| 24 | Grand Rapids-Muskegon-Holland, MI | 1,315,319 | 351,496 | 144,064 | 31,283 | 87,591 | 39,147 | 16,094 |
| 25 | Atlanta-Sandy Springs-Gainesville, GA-AL | 5,249,121 | 1,387,694 | 419,991 | 123,505 | 281,445 | 152,989 | 55,288 |
| 25 | Cleveland-Akron-Elyria, OH | 2,931,774 | 700,675 | 415,219 | 62,360 | 176,254 | 93,335 | 42,751 |

(1) Cities are ranked using the highest weighted average for any county within that metropolitan statistical area.

(2) **Total Population** represents the at-risk populations for all counties within the respective Combined Statistical Area or Metropolitan Statistical Area.

(3) Those **18 & under** and **65 & over** are vulnerable to $PM_{2.5}$ and are, therefore, included. They should not be used as population denominators for disease estimates.

(4) **Pediatric Asthma** estimates are for those under 18 years of age and represent the estimated number of people who had asthma in 2005, based on national rates (NHS) applied to county population estimates (U.S. Census).

(5) **Adult Asthma** estimates are for those 18 years and older and represent the estimated number of people who had asthma during 2005, based on state rates (BRFSS) applied to county population estimates (U.S. Census).

(6) **Chronic Bronchitis** estimates are for adults 18 and over who had been diagnosed in 2005, based on national rates (NHS) applied to county population estimates (U.S. Census).

(7) **Emphysema** estimates are for adults 18 and over who have been diagnosed within their lifetime, based on national rates (NHS) applied to county population estimates (U.S. Census).

(8) Adding across rows does not produce valid estimates, i.e. summing pediatric and adult asthma and/or emphysema and chronic bronchitis.

**Exhibit H**
**Pg 63**