DAVID PETTIT (SBN 067128)
MELISSA LIN PERRELLA (SBN 205019)
ADRIANO MARTINEZ (SBN 237152)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
Telephone:   (310) 434-2300
Facsimile:    (310) 434-2399

Attorneys for Defendants-Intervenors
Natural Resources Defense Council, Inc., and
Coalition for Clean Air, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND CITY OF LONG BEACH<br><br>Defendants-Intervenors. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR'S STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT<br><br>Date:        July 9, 2007<br>Time:       2:00 P.M.<br>Judge:      Hon. William B. Shubb<br>Courtroom: 5 |

**UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF'S FIRST AND SECOND CLAIMS FOR DCECLARATORY AND INJUNCTIVE RELIEF**

| Undisputed Statement of Fact | Supporting Evidence |
|---|---|
| 1. All Pacific Merchant Shipping Association ("PMSA") members are in compliance with new California Air Resources Board ("CARB") rules requiring the use of low-sulfur diesel fuel in vessels in California waters. | Pettit Declaration, Exh. D (PMSA Website). |
| 2. The Coalition for Clean Air, at its May 18, 2007 awards banquet, gave an award to PMSA member Maersk for its voluntary decision to use low-sulfur fuel (2,000 ppm) starting 24 miles off California's coast in its main and auxiliary engines. Maersk is the largest container shipping line in the world. | Pettit Declaration, Para. 8; Exh. G (CAA awards banquet announcement). |
| 3. All PMSA members are complying with the CARB regulations, 13 CCR §2299.1(e); 17 CCR §93118(e), by use of the fuels listed in subsection (e)(1)(A) of the regulations and/or cold ironing for some vessels at the dock. | Pettit Declaration, Exh. D and E (PMSA response to Witherspoon Interrogatory No. 1; PMSA website). |
| 4. PMSA does not contend that any modifications or fuel purchases, that have been or will be necessary to comply with CARB's regulations, conflict with any law or regulation | Pettit Declaration, Exh. E (PMSA response to Witherspoon Interrogatory No. 3). |

NRDC AND CCA'S STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO PMSA'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT, Case No.: 2:06-CV-02791-WBS-KJM -1-

| Fact | Citation |
|---|---|
| other than those cited in PMSA's first and second claims for relief. | |
| 5. Implementation of CARB's regulations reduces the aggregate levels of particulate matter ("PM"), oxides of nitrogen ("NOx") and sulfur oxides ("SOx") emitted from auxiliary engines on PMSA vessels. | Pettit Declaration, Exh. F and E (PMSA response to Witherspoon Request for Admission No. 2; PMSA response to Witherspoon Interrogatory No. 4; CARB Initial Statement of Reasons;). |
| 6. In 2004, there were approximately 10,000 vessel calls at California's ports. | Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). |
| 7. Global trade through California's ports is expected double by 2010 and triple by 2020. | Pettit Declaration, Exh. C (CARB Emissions Reduction Plan). |
| 8. Ocean going vessels utilize large diesel engines that have little or no emissions control and generally run on high emitting heavy fuel oil known as "bunker fuel." Bunker fuel is very viscous and requires heating to allow it to be pumped and injected into an engine. Bunker fuel typically contains high levels of sulfur, nitrogen-containing compounds, ash, and other compounds that increase exhaust emissions. Typical bunker fuel averages about 25,000 parts per million sulfur but may contain a sulfur content as high as 45,000 ppm, which is 3,000 times higher in sulfur content than the fuel used by most California on-road diesel engines. Generally, using fuel with higher | Pettit Declaration, Exh. A and C (CARB Initial Statement of Reasons; CARB Emissions Reduction Plan). |

| | |
|---|---|
| sulfur content in ship engines result in higher levels of emissions. | |
| 9.    Two types of diesel engines are found on ocean-going vessels. The main engine is used mainly to propel the vessel at sea. Auxiliary engines provide power for uses other than propulsion, such as electricity for lighting, navigation equipment, and refrigeration of cargo. | Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). |
| 10.    The emissions from diesel engines include diesel particulate matter, oxides of nitrogen and sulfur oxides and are known to cause premature death, cancer, aggravated asthma and other respiratory illnesses, and increased risk of heart disease. In 1998, CARB identified diesel PM as a toxic air contaminant that contributes to over 70 percent of the potential cancer risk from toxic air contaminants in California. In 2006, CARB reported that air pollution from California's "goods movement system"—the network of ships, trucks, trains and other vehicles and equipment used to transport domestic and international goods—was responsible for 2,400 premature deaths annually (over 6 premature deaths per day) and over 1.1 million school | Pettit Declaration, Exh. A and C (CARB Initial Statement of Reasons; CARB Emissions Reduction Plan). |

| | |
|---|---|
| absences every year. CARB concluded that between 2005 and 2020, the cumulative cost of health impacts from such emissions will reach approximately $200 billion. Communities closest to port operations, and especially children and the elderly, face the greatest impacts. | |
| 11. Most vessel operators are expected to comply by burning cleaner fuels in their auxiliary engines. Such fuels are readily available. | Pettit Declaration, Exh. A, B and F (CARB Initial Statement of Reasons; CARB Final Statement of Reasons; PMSA Response to Witherspoon Requests for Admissions No. 1). |
| 12. Due to expected growth in goods movement activities, ship emissions of diesel PM and SOx are expected to increase to 23.3 tons per day ("TPD") and 180 TPD, respectively, by 2020—over a three-fold increase since 2001. NOx emissions are expected to increase by over two and one-half times—to 254 TPD during that same time period. By 2020, ship emissions will account for approximately 65 percent of all diesel PM emissions, 36 percent of all NOx emissions, and over 99 percent of all SOx emissions from the goods movement system. | Pettit Declaration, Exh. C (CARB Emissions Reduction Plan). |
| 13. The Vessel Rules do not require vessel operators to replace their existing vessel | Pettit Declaration, Exh. A and B (CARB Final Statement of Reasons; CARB Initial Statement |

| | |
|---|---|
| engines with different engines to comply with the Rules. Vessel operators can continue to use the same vessels and engines as they did before the Rules were enacted. The added cost of direct compliance with the Rules represents less than one percent of the overall costs of a typical overseas voyage. | of Reasons). |
| 14. Implementation of the Vessel Rules will result in immediate and significant reductions in air pollution. The Rules will result in estimated statewide emissions reductions of 2.7 TPD of diesel PM, 1.9 TPD of NOx, and 22 TPD of SOx in 2007. The Rules will result in an estimated 75 percent reduction in diesel PM, 80 percent reduction in SOx, and a 6 percent reduction in NOx from an engine that previously used typical heavy fuel oil. Between 2007 and 2020, these Rules alone will prevent approximately 520 premature deaths, 14,000 asthma attacks, 120,000 work loss days, and significantly reduce cancer risk. | Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). |
| 15. Many California cities top the list for ozone and particle polluted cities. | Pettit Declaration, Exh. H (American Lung Association Report). |
| 16. Tracer studies, air quality modeling, and meteorological data analysis indicate that air flow patterns unique to California's coast | Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). |

NRDC AND CCA'S STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO PMSA'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT, Case No.: 2:06-CV-02791-WBS-KJM -5-

| | |
|---|---|
| are modified by local land and sea breeze circulations, which serve to transport offshore emissions to California's coastal air basins. Approximately 75 percent of the auxiliary engine diesel PM emissions within 100 nm of the California coastline are emitted within the 24 nm boundary. CARB designed the compliance features of the Rules based on an in-depth analysis of the composition of marine vessel fleets traveling in California waters. | |
| 17.  A tracer study involves the release of a known amount of a non-toxic, inert gas from either a moving or fixed point offshore and the subsequent sampling of the atmosphere for concentrations of that gas at sites onshore. | Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). |
| 18.  CARB staff worked extensively with the industry and other members of the public in developing the regulations. CARB held five workshops to discuss draft language for the Rules and modified the Rules numerous times in response to comments received by the affected industry. CARB choose the 24nm boundary because it significantly lowered the cost of the regulation while still providing great air quality benefits. CARB concluded that the added costs of direct compliance with | Pettit Declaration, Exh. A and B (CARB Final Statement of Reasons; CARB Initial Statement of Reasons). |

| | |
|---|---|
| the regulations represented less than one percent of the overall cost of a typical overseas voyage. CARB concluded that ship operators can safely use distillate fuels and switch between heavy fuel oil and distillate fuel. CARB included alternative control plans and noncompliance fees in the Rules to provide flexibility to shipping industry. | |

Dated: June 8, 2007         Respectfully submitted,

DAVID PETTIT
MELISSA LIN PERRELLA
ADRIANO MARTINEZ
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
Telephone:    (310) 434-2300
Facsimile:    (310) 434-2399

By:    /s/David Pettit
       David Pettit

Attorneys for Proposed Defendants-Intervenors
Natural Resources Defense Council, Inc., and
Coalition for Clean Air, Inc.