DAVID PETTIT (SBN 067128)
MELISSA LIN PERRELLA (SBN 205019)
ADRIANO MARTINEZ (SBN 237152)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
Telephone:   (310) 434-2300
Facsimile:    (310) 434-2399

Attorneys for Defendants-Intervenors
Natural Resources Defense Council, Inc., and
Coalition for Clean Air, Inc.

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, AND CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR'S RESPONSE TO PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT<br><br>Date:         July 9, 2007<br>Time:        2:00 P.M.<br>Judge:       Hon. William B. Shubb<br>Courtroom: 5 |

**RESPONSE TO PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S STATEMENT OF UNDISPUTED FACTS**

Pursuant to Eastern District Local Rule 56-260 and for the purpose of opposing Plaintiff Pacific Merchant Shipping Association's ("PMSA")'s Motion for Summary Judgment and Partial Summary Judgment ("Motion for Summary Judgment") only, Defendant-Intervenors Natural Resources Defense Council and Coalition for Clean Air do not contest any of the facts set forth in PMSA's Statement of Undisputed Facts in Support of PMSA's Motion for Summary Judgment and Partial Summary Judgment.

Dated: June 8, 2007          Respectfully submitted,

DAVID PETTIT
MELISSA LIN PERRELLA
ADRIANO MARTINEZ
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA 90401
Telephone:   (310) 434-2300
Facsimile:    (310) 434-2399

By:   /s/David Pettit
      David Pettit

Attorneys for Proposed Defendants-Intervenors
Natural Resources Defense Council, Inc., and
Coalition for Clean Air, Inc.