1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  LINDA BERG, State Bar No. 194667
   Deputy Attorney General
4  NICHOLAS STERN, State Bar No. 148308
   Deputy Attorney General
5   1300 I Street, Suite 125
    P.O. Box 944255
6   Sacramento, CA 94244-2550
    Telephone: (916) 323-3840
7   Fax: (916) 327-2319
    Email: Nicholas.Stern@doj.ca.gov

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION,<br><br>                    Plaintiffs,<br><br>v.<br><br>CATHERINE E. WITHERSPOON,<br><br>                    Defendant. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>**DEFENDANT CATHERINE E. WITHERSPOON'S RESPONSE TO PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:      July 9, 2007<br>Time:         2:00 p.m.<br>Courtroom:    5<br>Judge:        Hon. William B. Shubb |

In accordance with Local Rules of Practice for the United States District Court, Eastern District of California, Rule 56-260(b), Defendant Catherine E. Witherspoon submits the following response to plaintiff Pacific Merchant Shipping Association's (PMSA) Separate Statement of Undisputed Material Facts in Support of Its Motion for Summary Judgment.

//

//

Def. Witherspoon's Resp. to Plfs' Statement of Undisputed
Facts in Support of Mot. for Summ J. and Partial Summ. J.        Case No.: 2:06-CV-02791-WBS-KJM

1

| | **PMSA's Undisputed Facts and Supporting Evidence** | **Defendant Witherspoon's Response** |
|---|---|---|
| 1 | Plaintiff Pacific Merchant Shipping Association ("PMSA") is a mutual benefit corporation organized under California law. (Declaration of John R. McLaurin, ¶ 3; McLaurin Dec., Ex. 1.) | Undisputed. |
| 2 | The principal purposes of the PMSA include representation and promotion of its members' interests in legislative, legal, and administrative matters affecting its members. (McLaurin Dec., ¶ 4.) | Undisputed. |
| 3 | PMSA members include a number of companies that own or operate foreign and United States flagged ocean-going commercial vessels engaged in international and interstate maritime commerce that make frequent calls at seaports in California. (McLaurin Dec., ¶ 5; McLaurin Dec., Ex. 2; Declaration of Kwang Yong Yung, ¶¶ 1 & 2; Jung Dec., Ex. 1; Declaration of George Wright, ¶¶ 1 & 2; Wright Decl., Ex. 1; Declaration of M.T. Bohlman, ¶¶ 1 & 2; Declaration of Pedrag Samardzic, ¶¶ 1 & 2; Smardzic Dec., Ex. 1; Declaration of Hau-Pau Shu, ¶¶ 1 & 2.) | Undisputed. |
| 4 | The vessels of the PMSA's members use auxiliary or diesel electric engines during navigation and when alongside the dock. (Jung. Dec., ¶ 2; Wright Dec., ¶ 2; Bohlman Dec., ¶ 2; Samardzic Dec., ¶ 2; Shu Decl., ¶ 2.) | Undisputed. |
| 5 | CARB adopted 13 CCR § 2299.1 and 17 CCR § 93118, effective December 6, 2006. (Plaintiff's Complaint for Injunctive and Declaratory Relief, filed December 8, 2006, Docket No. 1, ¶ 1; Defendant Witherspoon's Answer to Plaintiff's Complaint for Injunctive and Declaratory Relief, filed January 2, 2007, Docket No. 8, ¶ 1.) | Undisputed. |

Def. Witherspoon's Resp. to Plfs' Statement of Undisputed Facts in Support of Mot. for Summ J. and Partial Summ. J.    Case No.: 2:06-CV-02791-WBS-KJM

2

| **PMSA's Undisputed Facts and Supporting Evidence** | **Defendant Witherspoon's Response** |
|---|---|
| 6. CARB began to enforce 13 CCR § 2299.1 and 17 CCR § 93118 on January 1, 2007. (Wright Dec., ¶ 3; Wright Dec., Ex. 2; Samardzic Dec., ¶ 3; Jung Dec., ¶ 3; Jung Dec., Ex. 2; Shu Dec., ¶ 2; Plaintiff's Complaint, ¶ 18; Defendant Witherspoon's Answer to Plaintiff's Complaint, ¶ 18.) | Undisputed. |
| 7. The vessels of the PMSA's members are subject to both 13 CCR § 2299.1 and 17 CCR § 93118 and the California Air Resources Board ("CARB") has begun enforcement of the regulations by inspecting PMSA vessels upon arrival at California ports. (Wright Dec., ¶¶ 1, 2 & 3; Wright Dec., Ex. 1 & 2; Bohlman Dec., ¶¶ 1, 2 & 3; Samardzic Dec., ¶¶ 1, 2, & 3; Jung Dec., ¶¶ 1, 2, & 3; Jung Dec., Ex. 1 & 2; Shu Dec., ¶¶ 1, 2, & 3. | Undisputed. |
| 8. CARB did not obtain United States Environmental Protection Agency ("EPA") authorization for either 13 CCR ¶ 2299.1 or 17 CCR ¶ 93118 before it adopted or began enforcing the regulations. (Plaintiff's Complaint, ¶ 18; Defendant Witherspoon's Answer to Plaintiff's Complaint, ¶ 18.) | Undisputed. |

Dated: June 13, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


/s/ Nicholas Stern
NICHOLAS STERN
Deputy Attorney General
Attorneys for Defendant Catherine E. Witherspoon

30281511.wpd
SA2006304038

Def. Witherspoon's Resp. to Plfs' Statement of Undisputed Facts in Support of Mot. for Summ J. and Partial Summ. J.   Case No.: 2:06-CV-02791-WBS-KJM

3