EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
LINDA BERG, State Bar No. 194667
Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3840
 Fax: (916) 327-2319
 Email: Nicholas.Stern@doj.ca.gov

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CATHERINE E. WITHERSPOON,<br><br>Defendant. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>**STATEMENT OF DISPUTED FACTS IN SUPPORT OF DEFENDANT CATHERINE E. WITHERSPOON'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>Hearing:    July 9, 2007<br>Time:       2:00 p.m.<br>Courtroom:  5<br>Judge:      Hon. William B. Shubb |

In accordance with Local Rules of Practice for the United States District Court, Eastern District of California, Rule 56-260(b), Defendant Catherine E. Witherspoon submits the following disputed facts in support of her opposition to Plaintiff Pacific Merchant Shipping Association's summary judgment and partial summary judgment. These facts establish that Plaintiff's motion for summary judgment and partial summary judgment should be denied.

//

//

| **Defendant Catherine Witherspoon's Disputed Facts** | **Evidence** |
|---|---|
| 1. CARB estimates that, in 2004, the auxiliary engines of vessels traveling within twenty-four nautical miles of California's Coast generated about 3 tons per day of PM, 33 tons per day of NOx, and 22 tons per day of SOx. | Declaration of Paul Milkey (Milkey Decl.), ¶ 17. |
| 2. CARB estimates that, absent regulation, by 2020 auxiliary engine emissions within 24 miles of the California coast will grow to 9 tons per day of PM, 95 tons per day of NOx, and 64 tons per day of SOx. | Milkey Decl., ¶ 17; Milkey Decl., Exh. 1, pp. IV-6 & IV-7. |
| 3. Some of the PM, and most of the NOx and SOx emitted by ocean-going vessels traveling within twenty-four nautical miles from California's coast will be transported into California. | Declaration of Daniel E. Donohoue (Donohoue Decl.), ¶ 6. |
| 4. In the aggregate, implementation of the Vessel Rules has reduced the aggregate levels of PM, NOx, and SOx emitted from auxiliary engines on PMSA vessels. | Stern Decl., Exh. 1, p. 3:11-16. |
| 5. CARB estimates that, in 2007, the Vessel Rules will reduce PM emission by 2.7 tons per day, NOx by 1.9 tons per day, and SOx by 22 tons per day. | Milkey Decl., ¶ 23; Milkey Decl., Exh. 1, VII-4. |
| 6. CARB expects that, by 2020, the Vessel Rules will reduce PM by 7.0 tons per day, NOx by 4.4 tons per day, and SOx by 61 tons per day. | Milkey Decl., ¶ 23; Milkey Decl., Exh. 1, VII-4. |
| 7. Most of California's populated areas have not been able to reach attainment of the national air quality standards for ozone and PM. | Donohoue Decl. ¶ 11. |
| 8. Long term PM exposure has been tied to premature death in people with pre-existing heart or lung disease. | Donohoue Decl., ¶ 9. |

| **Defendant Catherine Witherspoon's Disputed Facts** | **Evidence** |
|---|---|
| 9. Public exposure to high PM levels increases hospitalizations and emergency room visits for heart and lung diseases, and increases asthma symptoms and acute and chronic bronchitis. | Donohoue Decl., ¶ 9. |
| 10. Ozone exposure is associated with breathing problems, lung tissue damage, and has been associated with premature mortality in people with lung and heart disease. | Donohoue Decl., ¶ 10. |
| 11. Ozone exposure is associated with increased asthma rates for children and adolescents. | Donohoue Decl., ¶ 10. |
| 12. NOx and SOx are "precursor pollutants," pollutants that react in the air to form ozone and PM2.5. | Donohoue Decl., ¶ 14 |
| 13. Reducing vessel emissions of NOx and SOx while vessels are within 24 nautical miles of California's coast will reduce PM2.5 and ozone concentrations in California and help California attain national air quality standards. | Donohoue Decl., ¶ 14. |
| 14. Vessel use of low sulfur fuels to comply with 13 CCR ¶ 2299.1 or 17 CCR ¶ 93118 does not contravene any international, foreign, domestic, or local law or regulations. | Stern Decl., Exh. 2, p. 5:9-18. |
| 15. Most vessels are complying with the Vessel Rules by switching fuels. | Milkey Decl., ¶ 25; Stern Decl., Exh. 2, response to interrogatory #1. |
| 16. Most vessels do not need to make any modifications in order to comply with the Vessel Rules; the modifications that a few vessels may require just relate to the addition of fuel tanks, piping, and pumps to hold and deliver the low sulfur distillate fuel. | Milkey Decl., ¶¶ 26 - 27; Stern Decl., Exh. 2, response to interrogatory #2. |

///

///

///

///

///

Statement of Disputed Facts in Support of Def. Witherspoon's
Opp. to Plf PMSA's Mot. for Summ J. and Partial Summ. J.       Case No.: 2:06-CV-02791-WBS-KJM

3

Dated:  June 13, 2007

Respectfully submitted,

EDMUND G. BROWN JR.
Attorney General of the State of California


/s/ Nicholas Stern
NICHOLAS STERN
Deputy Attorney General
Attorneys for Defendant Catherine E. Witherspoon

30281771.wpd
SA2006304038

Statement of Disputed Facts in Support of Def. Witherspoon's
Opp. to Plf PMSA's Mot. for Summ J. and Partial Summ. J.          Case No.: 2:06-CV-02791-WBS-KJM

4