EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
LINDA BERG, State Bar No. 194667
Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3840
 Fax: (916) 327-2319
 Email: Nicholas.Stern@doj.ca.gov

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION,<br><br>                              Plaintiffs,<br><br>v.<br><br>CATHERINE E. WITHERSPOON,<br><br>                              Defendant. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>**DECLARATION OF NICHOLAS STERN IN SUPPORT OF DEFENDANT WITHERSPOON'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing:    July 9, 2007<br>Time:       2:00 p.m.<br>Courtroom:  5<br>Judge:      Hon. William B. Shubb |

I, Nicholas Stern, declare:

1. I am a deputy attorney general with the California Attorney General's Office. I represent Defendant Witherspoon in her official capacity as executive officer of the California Air Resources Board (CARB).

2. The facts stated in this declaration are true of my own personal knowledge, and if called as a witness in this matter I could and would testify competently thereto.

3. Attached as Exhibit 1 is a true and correct copy of Plaintiff's Response to First Set of

1. Requests for Admission Propounded by Defendant Catherine E. Witherspoon.

2. 4. Attached as Exhibit 2 is a true and correct copy of Plaintiff's Response to First Set of Interrogatories Propounded by Defendant Catherine E. Witherspoon.

3. 5. Attached as Exhibit 3 is a true and correct copy of Plaintiff's Response to First Set of Interrogatories Propounded by Defendant-Intervenor NRDC.

4. 6. Attached as Exhibit 4 is a true and correct copy of *Review of MARPOL Annex VI and the NOx Technical Code: Development of Standards for NOx, PM, and SOx,* Submitted by the United States to the United Nations International Maritime Organization (IMO) Sub-comm. on Bulk Liquids and Gases, 11th Sess., Agenda Item 5, BLG 11/5/15 (Feb. 9, 2007), *available at* http//www.sname.org/ committees/tech_ops/O44/imo/blg/11-5-15.pdf.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this Declaration was executed in Sacramento, California on June 12, 2007.

NICHOLAS STERN
Deputy Attorney General
Attorney for Defendant Catherine E. Witherspoon

30280697.wpd
SA2006304038