Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>PLAINTIFF'S RESPONSE TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANT CATHERINE E. WITHERSPOON |

1

PROPOUNDING PARTY:    Defendant CATHERINE E. WITHERSPOON

RESPONDING PARTY:    Plaintiff PACIFIC MERCHANT SHIPPING ASSOCIATION

SET NUMBER:    One

## REQUESTS

**Request for Admission No. 1:**

CARB'S SPECIALIZED FUELS are available to PMSA's members in quantities and locations sufficient to comply with CARB'S REGULATIONS by using CARB'S SPECIFIED FUELS.

**Response to Request for Admission No. 1:**

Admitted that from January 1, 2007, to present, fuels specified in subsection e(1)(A) of the regulations have been available, subject to very few exceptions, to PMSA's members in quantities and locations sufficient to comply with the regulations by using such fuels. PMSA is without sufficient information or belief to admit or deny this request with respect to the future, and, on that basis, denies the Request with respect to such future supply.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

**Request for Admission No. 2:**

Implementation of CARB'S REGULATIONS reduces the levels of PM, NOx, and SOx emitted from AUXILIARY ENGINES on PMSA VESSELS.

**Response to Request for Admission No. 2:**

Objection, vague and ambiguous as to whether this request calls for an admission regarding the level of emissions from each vessel or in the aggregate for all of the PMSA vessels. To the extent that the request seeks an admission with respect to each vessel, it is overbroad and burdensome. Without waiving such objections, it is admitted that, in the aggregate, implementation of the regulation has reduced the aggregate levels of PM, NOx, and SOx emitted from auxiliary engines on PMSA vessels. With respect to each individual PMSA vessel, PMSA is informed and believes that the auxiliary diesel engines on some of its members' vessels were, before implementation of the regulations, emitting less than the maximum amount of NOx, SOx and diesel PM than allowed by the regulations, and, on that basis, PMSA denies that the implementation of the regulations will reduce such emissions for those vessels. In addition, with respect to emissions in the future, PMSA is without sufficient information or belief to admit or deny this request insofar as it pertains to the long-term effect of these regulations on technology and international agreements that will limit vessel emissions, and, on that basis denies this request insofar as it

seeks an admission with respect to the effect of the implementation of the regulations on future technology and international agreements to limit emissions from vessels.

**Request for Admission No. 3:**

Some of the DIESEL PM emitted from AUXILIARY ENGINES on PMSA VESSELS while the vessels are transiting within three nautical miles of California's shore is transported by wind to land within California.

**Response to Request for Admission No. 3:**

Admitted.

**Request for Admission No. 4:**

Some of the DIESEL PM emitted from AUXILIARY ENGINES on PMSA VESSELS while the vessels are transiting between three and twenty-four nautical miles of California's shore is transported by wind to land within California.

**Response to Request for Admission No. 4:**

In responding to this request, PMSA states that it is without sufficient information or belief to admit or deny this request, and, on that basis, it denies the request.

4

**Request for Admission No. 5:**

Some of the NOx emitted from AUXILIARY ENGINES on PMSA VESSELS while the vessels are transiting within three nautical miles of California's shore is transported by wind to land within California.

**Response to Request for Admission No. 5:**

Admitted.

**Request for Admission No. 6:**

Some of the NOx emitted from AUXILIARY ENGINES on PMSA VESSELS while the vessels are transiting between three and twenty-four nautical miles of California's shore is transported by wind to land within California.

**Response to Request for Admission No. 6:**

Admitted.

**Request for Admission No. 7:**

Some of the SOx emitted from AUXILIARY ENGINES on PMSA VESSELS while the vessels are transiting within three nautical miles of California's shore is transported by wind to land within California.

**Response to Request for Admission No. 7:**

Admitted.

**Request for Admission No. 8:**

Some of the SOx emitted from AUXILIARY ENGINES on PMSA VESSELS while the vessels are transiting between three and twenty-four nautical miles of California's shore is transported by wind to land within California

**Response to Request for Admission No. 8:**

Admitted.

Dated: May 21, 2007

FLYNN, DELICH & WISE LLP

By: _____
ERICH P. WISE
Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION

## VERIFICATION

I, JOHN R. McLAURIN, declare:

That I am President of Pacific Merchant Shipping Association ("PMSA"), the plaintiff in the foregoing proceeding, and as such am authorized to make this verification for and on its behalf. I have read the attached **PLAINTIFF'S RESPONSE TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANT CATHERINE E. WITHERSPOON**, and based on knowledge, information and belief, the information provided is true and correct.

I declare under penalty of perjury of the laws of the United States that the foregoing is true and correct and that this Verification was executed on this 21st day of May 2007, at San Francisco, California.

_____
JOHN R. McLAURIN

---

-1-

VERIFICATION OF PLAINTIFF'S RESPONSE TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANT CATHERINE E. WITHERSPOON

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is One World Trade Center, Suite 1800, Long Beach, CA 90831. On May 21, 2007, I served the foregoing document described as **PLAINTIFF'S RESPONSE TO FIRST SET OF REQUESTS FOR ADMISSION PROPOUNDED BY DEFENDANT CATHERINE E. WITHERSPOON** on the interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

**SEE ATTACHED SERVICE LIST**

[X]   (By Mail): I deposited such envelope in the mail at Long Beach, California. The envelope was mailed with postage thereon fully prepaid.

[X]   (By Electronic Service): I caused such document to be electronically transmitted to the addressee(s)' e-mail address as follows:

**SEE ATTACHED SERVICE LIST**

EXECUTED ON May 21, 2007, at Long Beach, California.

[X]   (Federal): I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Tamara Namay

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

# MAILING LIST
## *PMSA v. Witherspoon*
## USDC Case No. 2:06-CV-02791-WBS-KJM

| | |
|---|---|
| Nicholas Stern<br>Deputy Attorney General<br>OFFICE OF THE ATTORNEY GENERAL<br>1300 I Street, Suite 125<br>P.O. Box 944255<br>Sacramento, CA 94244-2550<br>Telephone: (916) 323-3840<br>Facsimile: (916) 327-2319<br>Nicholas.stern@doj.ca.gov;<br>Laurie.nunez@doj.ca.gov | Attorneys for Defendant CATHERINE E. WITHERSPOON |
| Kurt R. Wiese<br>District Counsel<br>Barbara B. Baird<br>Principal Deputy District Counsel<br>Michael Harris, Sr.<br>Deputy District Counsel<br>DISTRICT COUNSEL<br>SOUTH COAST AIR QUALITY<br>MANAGEMENT DISTRICT<br>21865 E. Copley Drive<br>Diamond Bar, CA 91765-0940<br>Telephone: (909) 396-3535<br>Facsimile: (909) 396-2961<br>bbaird@aqmd.gov | Attorneys for Defendant-Intervenor<br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT |
| Jay M. Spillane<br>Ruth M. Moore<br>FOX SPILLANE SHAEFER LLP<br>1800 Century Park East, Suite 1004<br>Los Angeles, CA 90067<br>Telephone: (310) 229-9300<br>Facsimile: (310) 229-9380<br>rmoore@foxspillane.com | Attorneys for Defendant-Intervenor<br>CITY OF LONG BEACH |

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

## MAILING LIST
### *PMSA v. Witherspoon*
### USDC Case No. 2:06-CV-02791-WBS-KJM

| | |
|---|---|
| David Petit<br>Melissa Lin Perrella<br>NATURAL RESOURCES DEFENSE COUNCIL, INC.<br>1314 Second Street<br>Santa Monica, CA 90401<br>Telephone: (310) 434-2300<br>Facsimile: (310) 434-2399<br>mlinperrella@nrdc.org | Attorneys for Defendants-Intervenors<br>NATURAL RESOURCES DEFENSE COUNCIL, INC. and COALITION FOR CLEAN AIR, INC. |

FLYNN, DELICH & WISE
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626