EDMUND G. BROWN JR.
Attorney General of the State of California
MARY E. HACKENBRACHT
Senior Assistant Attorney General
LINDA BERG, State Bar No. 194667
Deputy Attorney General
NICHOLAS STERN, State Bar No. 148308
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 323-3840
 Fax: (916) 327-2319
 Email: Nicholas.Stern@doj.ca.gov

Attorneys for Defendant Catherine E. Witherspoon

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION,<br><br>Plaintiffs,<br><br>v.<br><br>CATHERINE E. WITHERSPOON,<br><br>Defendant. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>**DECLARATION OF DANIEL E. DONOHOUE IN SUPPORT OF DEFENDANT WITHERSPOON'S OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Hearing: July 9, 2007<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

I, Daniel E. Donohoue, declare:

1. The facts stated in this declaration are true of my own personal knowledge, and if called as a witness in this matter I could and would testify competently thereto.

2. The opinions stated in this declaration are based on my education, experience, and knowledge of the impacts of meteorology on air pollution.

3. I received my Bachelor of Arts degree in 1975 at Adams State College in Alamosa, Colorado, with double majors in Chemistry and Biology. I received a Masters of Science degree

1  in Civil/Environmental Engineering at the University of California, Davis, in 1981.

2      4.    I am the Chief, Emissions Assessment Branch, Stationary Source Division for the California Air Resources Board (CARB). I have held this position since 1999. I have worked in the field of air pollution for over 30 years. This includes five years with the Colorado Air Pollution Control Division, a Colorado state agency. Since 1981, I have worked with CARB.

    5.    I have spent the last 17 years at CARB coordinating air toxic regulations development. I am Chief of the group that was the lead in coordinating the development of CARB's Diesel Risk Reduction Plan (2000). My main areas of expertise are a) the control of criteria and toxic air pollution and b) health risk assessments.

    6.    Numerous studies have shown that emissions released offshore impact onshore areas. Further, an analysis of meteorological data done by CARB in 1983 showed that because of the prevailing onshore wind patterns off the California coast, some pollutants released within a zone ranging for 27 to 102 miles from California's coast will be transported into California. Based on these findings, CARB designated this area, "California Coastal Waters."

    7.    More recently, under my direct supervision, my staff analyzed several years of meteorological data from various meteorological stations near the Port of Long Beach area. These included minute-by-minute wind speed and directional data. Using these data, my staff modeled how vessel emissions are transported by the wind to California. The modeling included emissions from vessels in port and all the way out to more than twenty-four nautical miles from California's coast. We concluded that some of the PM and most of the NOx and SOx emissions released within twenty-four nautical miles from California's coast will be transported into California.

    8.    My opinions and CARB's studies are consistent with the federal government's conclusions about the impacts of off-shore vessel emissions. The United States Environmental Protection Agency has assumed that vessel emissions within 175 nautical miles of the United States coastline will be transported on shore. And the Department of Defense recently studied vessels approaching the Southern California coastline, and found that emissions within 60 nautical miles of California's south coast reach shore.

9. According to numerous studies, long term PM exposure has been tied to premature death in people with pre-existing heart or lung disease. Particulate matter from diesel engines was identified by CARB as a cancer causing compound. Particulate matter composed of particles that are 2.5 microns or less in diameter (PM2.5), which is also being substantially reduced by the Vessel Rules, is particularly hazardous because it can penetrate deeper into the lungs than larger particles, and may enter the bloodstream. Additionally, public exposure to high PM levels increases hospitalization and emergency room visit for heart and lung diseases, and increases asthma symptoms and acute and chronic bronchitis.

10. High ozone levels also impact the public health. Ozone exposure is associated with breathing problems, lung tissue damage, and has been associated with premature mortality in people with lung and heart disease. Additionally, ozone exposure is associated with increased asthma rates for children and adolescents.

11. Most of California's populated areas have not been able to reach attainment of the national air quality standards for ozone and PM. The South Coast Air Basin, home to the two largest ports on the West Coast, is in severe nonattainment for ozone and is in nonattainment for PM2.5.

12. The Vessel Rules are a key component of California's overall plan to reduce these pollutants.

13. The Vessel Rules reduce PM emissions directly, by reducing the PM emitted by the auxiliary engines.

14. Both NOx and SOx are "precursor pollutants," pollutants that react in the air to form ozone and PM2.5. NOx is one of the main precursor pollutant for ozone and PM. Because NOx reductions help meet both ozone and PM2.5 standards, CARB focuses on them. SOx is also a precursor to PM2.5. Reducing NOx and SOx will reduce PM2.5 and ozone concentrations, and help California attain national air quality standards.

I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct and that this Declaration was executed in Sacramento, California on June 11, 2007.

Declaration of Daniel E. Donohoue                    Case No.: 2:06-CV-02791-WBS-KJM

1
2
3                                            *Daniel E. Donohoue* (signature)
4                                            _____
                                             Daniel E. Donohoue
5    30280698.wpd
     SA2006304038
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Declaration of Daniel E. Donohoue                           Case No.: 2:06-CV-02791-WBS-KJM