Kurt R. Wiese, District Counsel, SBN 127251
Barbara B. Baird, Principal Deputy District Counsel, SBN 81507
Michael R. Harris, Sr. Deputy District Counsel, SBN 179544
SOUTH COAST AIR QUALITY
  MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765-0940
Telephone: (909) 396-3535
Facsimile: (909) 396-2961
Email: bbaird@aqmd.gov, mharris@aqmd.gov

Attorneys for Intervenor
South Coast Air Quality Management District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br>v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | Case No. 2:06-CV-02791-WBS-KJM<br><br>**DECLARATION OF DR. ELAINE CHANG IN SUPPORT OF THE SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT'S OPPOSITION TO PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT; EXHIBITS A-D THERETO**<br><br>Date:    July 9, 2007<br>Time:    2:00 p.m.<br>Judge:   Hon. William B. Shubb<br>Courtroom: 5 |

I, Elaine Chang, DrPH, declare:

1.    I am the Deputy Executive Officer for Planning, Rule Development and Area Sources for the South Coast Air Quality Management District ("District"). My primary duties include overseeing the process of developing new air pollution rules and regulations, revising existing rules and regulations, developing and maintaining a legally adequate Air Quality Management Plan

-1-

("AQMP") for the District, and the general development of air pollution control policies. I have performed these duties for the District since 1997. Before then, I was a Planning Manager for the District for six years. I know the matters stated in this Declaration of my own personal knowledge and could and would competently testify to them if called to testify.

2. I received a Doctorate in Public Health from Columbia University in 1991 and a Master's degree in Health Education from New York University in 1981.

3. The District, along with CARB, is charged with assuring that the air in its jurisdiction meets federal air quality standards. The District has specific jurisdiction over an area of approximately 10,743 square miles, consisting of the four-county South Coast Air Basin (Orange County and the non-desert portions of Los Angeles, Riverside and San Bernardino counties), and the Riverside County portions of the Salton Sea Air Basin and Mojave Desert Air Basin, including the Coachella Valley and the Palm Springs area. This area is home to approximately 16 million people, almost half the population of California.

4. Under the Federal Clean Air Act, the US Environmental Protection Agency is charged with the responsibility to set National Ambient Air Quality Standards ("NAAQS") for certain air pollutants that may reasonably be anticipated to endanger public health or welfare. The NAAQS are designed to be set at levels necessary to protect the public health, allowing for an adequate margin of safety. EPA has established NAAQS for ozone, sulfur dioxide, carbon monoxide, nitrogen dioxide, lead, PM 10 (particulate matter less than 10 microns in diameter), and PM 2.5 (particulate matter less than 2.5 microns in diameter). The Clean Air Act charges the states with the primary responsibility for adopting plans containing enforceable measures to attain the NAAQS.

5. PM2.5 results in increased mortality, respiratory infections, hospital admissions, asthmatic attacks, and school absences. The elderly, children and people with preexisting respiratory or cardiovascular disease appear to be most susceptible. (Draft 2007 AQMP, p. 2-11.)

6. At levels seen in the Basin, ozone results in reduced breathing capacity, increased infections, lung inflammation, and immunological changes. Elevated ozone levels are associated with school absences, hospital admissions, and increased mortality. People exercising outdoors,

children, and people with preexisting lung diseases, including asthma, appear to be the most susceptible. (Draft 2007 AQMP, p. 2-8.)

7. California state law charges the District with the primary responsibility to attain the NAAQS within the South Coast Basin. (Health & Safety Code §40001.) However, California law also places certain responsibilities on the California Air Resources Board (CARB). CARB is primarily responsible for regulating pollution from motor vehicles and consumer products. CARB also adopts state ambient air-quality standards, generally more health-protective than federal standards, that the districts are required to meet. Local and regional air pollution control districts, including the District, are primarily responsible for regulating all sources except motor vehicles and consumer products. The District regulates a wide variety of stationary sources, such as refineries, power plants, and manufacturing operations, as well as area sources such as windblown dust and house paint.

8. As a direct result of the District's and CARB's efforts, the air quality in the South Coast Basin has improved significantly over the past three decades. The District has attained the NAAQS for sulfur dioxide, nitrogen dioxide, and carbon monoxide. However, the air quality in the South Coast District still does not meet certain federal air quality standards and, in fact, is the worst in the nation. The South Coast District is not in compliance with federal standards for ozone (smog) or for PM2.5 (particulate matter less than 2.5 microns in diameter). [The District's statutory deadline to achieve PM2.5 reductions is 2014 and the deadline for ozone is 2020.]

9. In 2005, the South Coast Air Basin experienced maximum 8-hour average ozone levels at 171% of the federal ambient air quality standard, and annual average PM 2.5 maximum levels of 139% of the federal standard. (Draft 2007 AQMP. p 2-5.) Just last September, EPA adopted new NAAQS for daily PM2.5 levels, cutting allowable limits almost in half. The Basin in 2005 exceeded <u>twice</u> the new daily NAAQS for PM2.5, a standard which we must attain by 2019 or 2020. (Draft 2007 AQMP, p. 2-5.)

10. In order to attain federal air quality standards, the District needs all cost-effective and feasible reductions of nitrogen oxides (NOx), sulfur oxides (SOx), and PM and must regulate all sources, large, small, stationary and mobile. NOx and SOx are precursors to PM and form PM2.5 in

the atmosphere. NOx also reacts with volatile organic compounds (VOCs) to form ozone.

11. The California Air Resources Board recently estimated that over 5,400 people die prematurely each year in the South Coast Air Basin because the air quality is worse than state PM2.5 standards. Thousands die because the air quality violates federal standards.

12. According to CARB, over 80% of the population-weighted exposure to PM2.5 levels exceeding federal standards in the state occurs in the South Coast Air Basin.

13. CARB has calculated that over 50% of total population-weighted exposure to PM2.5 levels exceeding federal standards in the entire nation occurs in the South Coast Air Basin. In comparison, the Basin has only about 5% of the nation's total population.

14. CARB has further calculated that approximately one fourth of the nation's population weighted exposure to ozone levels exceeding the federal standard occurs in the South Coast Air Basin.

15. The consequences of non-attainment would be severe. Failure to achieve the federal standards or failure to submit a plan which demonstrates attainment, will not only result in continuing negative impacts to public health but, under the Clean Air Act, can lead to the loss of most of the region's federal transportation funds, which amounts to billions of dollars, and, through EPA, the imposition of even more stringent requirements on California businesses.

16. As required by federal and state law, the District and CARB jointly adopt an air quality management plan (AQMP) setting forth the emission reductions necessary to attain the NAAQS, and the control measures (proposed regulations) to attain those reductions. The District's air quality management plan (AQMP) is a component of the overall State Implementation Plan ("SIP").

17. The most recent revision of the AQMP was adopted by the District on June 1, 2007. The 2007 AQMP relies upon all existing measures adopted (or proposed for adoption) by the District, CARB or EPA, including these challenged rules, to demonstrate that the South Coast Basin will meet the federal standards. The District needs to reduce diesel PM, SOx and NOx to attain the federal PM 2.5 standards and also needs to reduce NOx to assist in attainment of federal ozone standards. In the AQMP, the District has targeted nearly all sources of diesel PM, SOx, and NOx

for which technological controls and/or operational limits can feasibly be implemented.

18. As called for in the AQMP, CARB has adopted a new regulation and an airborne toxic control measure (ATCM) intended to reduce emissions of diesel PM, SOx, and NOx from operation of auxiliary diesel engines and diesel electric engines on board certain marine vessels. These reductions will occur in areas near our ports, areas where emissions have had significant impact on local communities, as well as areas farther inland. The District has included the reductions from these rules as part of the expected reductions of PM, SOx, and NOx in the 2007 AQMP revision. The loss of emission reductions from these rules would mean the AQMP could no longer demonstrate that when all measures are implemented, the federal standards will be met.

19. Diesel PM was identified in 1998 by CARB as a toxic air contaminant based on its cancer-causing potential. Ships contribute large amounts of diesel PM. According to a District study completed in 2000, diesel PM is responsible for over 70% of the total cancer risk from air toxics in the District. The highest levels of exposure are found in and around the ports, near railyards and airports, and along freeways. Exposure to diesel PM has been shown to cause lung cancer as well as lung and cardiovascular conditions that increase the risk of premature death. In addition, PM 2.5 is a serious health threat, contributing to premature mortality, respiratory hospitalizations, lost work days, and school absences. New research increasingly establishes the dangers of PM 2.5. A study published on February 1, 2007, identifies PM 2.5 as a significant contributor to deaths from heart disease in older women. SOx is a precursor to the formation of PM, and, therefore, further contributes to public health impacts. Finally, NOx is a key ingredient of ozone, which is which is an element of summertime smog. Ozone also contributes to respiratory symptoms and asthma attacks. EPA has just released its staff paper recommending that the NAAQS for ozone be reduced by up to 25%, from .08 ppm to .06 ppm, based on its adverse health effects.

20. Reductions from the CARB regulations are intended to be significant. Specifically, in 2007 alone compliance with the regulations will result in an estimated 75 percent reduction in diesel PM, an 80 percent reduction in SOx, and 6 percent reduction in NOx. These numbers are taken directly from page ES-1 of CARB's "Staff Report: Initial Statement of Reasons for Proposed Rulemaking," which was released in support of the proposed regulations.

21. Ship emissions are particularly significant for SOx, a key precursor to PM 2.5. In 2014, when reductions are needed to attain PM 2.5 standards, ships will contribute 48 tons per day – more than double their 2002 SOx emissions – if CARB's rule and further controls are not implemented. This is about four times as much SOx as the biggest stationary sources, (RECLAIM sources) and about two-thirds of all SOx emissions in the year 2014, which amount to 70 tons per day. (2007 Draft AQMP, p. 3-26; p. 4-70.)

22. Ships account for twice the NOx emissions of the over 300 largest NOx stationary sources in the District (RECLAIM sources), (Draft 2007 AQMP, p.3-23, fig 3-10), and by 2014 will account for triple the NOx emissions of these stationary sources, if no regulations are adopted. (Draft 2007 AQMP, p. 3-24, fig. 3-11.) Ships contribute about as much NOx annually as 2.5 million cars.

23. To attain the PM2.5 standard, the Basin will need to reduce SOx emissions by 70% by 2014. (Draft 2007 AQMP, Table ES-1, p. ES-8.) This total includes the reductions from the CARB rule at issue in this case.

24. In order to attain PM 2.5 standards, SOx emissions in the year 2014 must be reduced by almost 50 tons per day. (Draft 2007 AQMP, p. 4-70.) The regulations in issue in this case will reduce SOx emissions by 43 tons per day statewide by 2015 (CARB Staff Report; Initial Statement of Reasons (ISOR), p. ES-14). This translates to about 25 tons per day of reductions in the South Coast District. Thus, these regulations contribute over 50% of the necessary SOx emission reductions.

25. Since all other sources of SOx contribute only 22 tons per day in the attainment year, it will be impossible to attain the nearly 50 tons per day reductions to attain the PM 2.5 standard without these rules and other rules applicable to ships. (Draft 2007 AQMP, Appendix III, Table A-6 (compare total anthropogenic SOx emissions, 69.94 tpd to ship emissions 47.79 tpd [Exhibit C hereto].)

26. Ships are also very significant sources of NOx. In 2002, ships were the fifth largest contributor to NOx, amounting to 64 tpd. Absent these rules, ships are expected to be the third largest contributor in 2014 (90 tpd), and the largest contributor in 2020 (107 tpd). (Draft 2007

1  AQMP, Figure 3-10, p. 3-23, Figures 3-11, 3-12, p. 3-24.) NOx is a precursor to both PM 2.5 and
2  ozone, and must be controlled to attain the standards for these pollutants. Ships also contribute
3  significantly to directly-emitted PM2.5. Ships are expected to increase from the sixth largest
4  contributor in 2002 (4 tpd) to the fourth largest contributors in 2014 (7 tpd) and 202 (9 tpd). (Draft
5  2007 AQMP, Figures 3-16, 3-17, p. 3-28, Figure 3-18 p. 3-29.)

6  27.  For the Basin, these regulations are important because all of these pollutants are
7  major reasons for the continued poor air quality in the region. Moreover, within the District there
8  are two major ports – the Port of Los Angeles and the Port of Long Beach, considered the nation's
9  first and second busiest ports. The Ports account for 40% of goods destined for the U.S., and 28%
10 of exports come through these ports. (PMSA Website, Exhibit D hereto.) Port activity is expected
11 to greatly increase over the next 15 years. Absent these rules, ship SOx emissions are expected to
12 nearly triple, and NOx and PM2.5 emissions to approximately double, by 2020. This is virtually the
13 only category of emissions projected to increase. (Draft 2007 AQMP, pp. 3-23 through 3-29.)

14 28.  District rules limit new or modified stationary sources of toxic air contaminants to a
15 cancer risk for the maximally exposed individual of 10 in a million. (Rule 1401.) A risk of 10 in a
16 million means a person exposed to those emissions has a statistical 10 in a million chance of
17 contracting cancer from such exposure over a period of 70 years.

18 29.  Stationary sources in the District are required to reduce their risks over a period of 3
19 years so that no one is exposed to cancer risks from a single facility exceeding 25 in a million. No
20 stationary source in the District is allowed to exceed a cancer risk of 100 in a million for more than
21 three (3) years. (*See* Rule 1402.)

22 30.  Refineries and power plants, among the largest stationary sources, typically have a
23 maximum facility-wide cancer risk of less than 10 in a million and less than 1 in a million,
24 respectively.

25 ///
26 ///
27 ///
28 ///

31.     The District's modeling for impacts of emissions on air quality includes emissions from ships as far out as 100 nautical miles from shore. These emissions affect onshore air quality.

I declare under penalty of perjury under the law of the United States of America that the foregoing is true and correct.

Executed at Diamond Bar, California, on June 13, 2007.

_____
Elaine Chang, DrPH