# EXHIBIT A

## 2007 DRAFT AIR QUALITY MANAGEMENT PLAN (AQMP)

## SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

# DRAFT

## 2007
## Air Quality Management Plan



South Coast Air Quality Management District

*...cleaning the air that we breathe...*



Exhibit A, Pg. 2

*Draft 2007 AQMP*

**Table ES-1**
**Emission Reduction Targets for**
**PM2.5 and 8-Hour ozone Attainment**
**(tons per day, % reduction)**

|         | 2014        | 2020        |
|---------|-------------|-------------|
| **NOx** | 239 (36%)   | 286 (50%)   |
| **VOC** | 142 (24%)   | 300 (54%)   |
| **SOx** | 49 (70%)    | ----        |
| **PM2.5** | 14 (14%)  | ----        |

Since PM2.5 in the Basin is overwhelmingly formed secondarily, the overall draft control strategy focuses on reducing precursor emission of SOx, directly-emitted PM2.5, NOx, and VOC instead of fugitive dust. Based on the District's modeling sensitivity analysis, SOx reductions, followed by directly-emitted PM2.5 and NOx reductions, provide the greatest benefits in terms of reducing the ambient PM2.5 concentrations. While VOC reductions are less critical to overall reductions in PM2.5 air quality (compared with equivalent SOx, directly-emitted PM2.5, and NOx reductions), they are heavily relied upon for meeting the 8-hour ozone standard. It is further determined that SOx is the only pollutant that is projected to grow in the future, due to ship emissions at the ports, requiring significant controls. Directly-emitted PM2.5 emission reductions from on-going diesel toxic reduction programs and from the short-term and mid-term control measures are also incorporated into the Draft 2007 AQMP. NOx reductions primarily based on mobile source control strategies (e.g., add-on control devices, alternative fuels, fleet modernization, repowers, retrofits) are also relied upon for attainment. Adequate VOC controls need to be in place in time for achieving significant VOC reductions needed for the 8-hour ozone standard by 2021/2024. Reducing VOC emissions in early years would also ensure continued progress in reducing the ambient ozone concentrations. The 8-hour ozone control strategy relies on the implementation of the PM2.5 control strategy augmented with additional long-term VOC and NOx reductions for meeting the standard by 2020/2023 timeframe. With respect to PM10, since the Basin will not attain the annual standard by 2006 for one station, additional local programs are proposed to address the attainment issue in an expeditious manner.

The Draft 2007 AQMP control measures consist of three components: 1) the District's Stationary and Mobile Source Control Measures; 2) State and Federal Control Measures recommended by CARB and/or District staff; and 3) Regional Transportation Strategy

8-hour average concentrations in the nation were located in the Basin. Outside California, the area with the next-highest ozone concentration is Houston, Texas. Like Los Angeles, Houston is an area with abundant sunshine which creates favorable conditions for the photochemical reactions that yield ozone and other photochemical pollutants.

The urban areas shown in Figure 2-1B exceeded the ozone standard but by a smaller margin than the South Coast Air Basin. San Diego and South Central Coast Air Basins, located immediately south and north of the South Coast Air Basin, respectively, are subject to ozone transport from the South Coast Air Basin.

In the year 2005, no location in the Basin or any other area of the U.S. exceeded the nitrogen dioxide standards. The Los Angeles County portion of the Basin was the last area of the U.S. to exceed the federal standard for nitrogen dioxide, but has remained in compliance since 1991. Sulfur dioxide concentrations in the Basin continued to remain well below federal standards. Concentrations of sulfur dioxide in urban areas in the Eastern U.S. have generally been higher than those in the Basin due to the use of fuels such as coal which have relatively high sulfur content.

## CURRENT AIR QUALITY SUMMARY

In 2005, the maximum ozone, PM10 and PM2.5 concentrations continued to exceed federal standards by wide margins. Maximum 1-hour and 8-hour average ozone concentrations (0.182 ppm and 0.145 ppm, both recorded in Central San Bernardino Mountains areas) were 146 and 171 percent of the federal standard, respectively. Maximum 24-hour average and annual average PM10 concentrations (131 $\mu g/m^3$ recorded in South Coastal Los Angeles County area and 52.0 $\mu g/m^3$ recorded in the Metropolitan Riverside County area) were 87 and 103 percent of the federal 24-hour and annual average standards, respectively. Maximum 24-hour average and annual average PM2.5 concentrations (132.7 $\mu g/m^3$ recorded in East San Gabriel Valley area and 21.0 $\mu g/m^3$ recorded in Metropolitan Riverside County area) were 203 and 139 percent of the federal 24-hour and annual average standards, respectively.

Carbon monoxide concentrations did not exceed the standards in 2005. The highest 8-hour average carbon monoxide concentration recorded (5.9 ppm in the South Central Los Angeles County area) was 62 percent of the federal carbon monoxide standard. The maximum annual average nitrogen dioxide concentration (0.0313 ppm recorded in the Northwest San Bernardino Valley area) was 59 percent of the federal standard. Concentrations of other pollutants remained well below the federal standards.

Figure 2-2 shows the maximum pollutant concentrations in the Basin as percentages of the federal standards for the past two decades.

## Ozone (O$_3$) Specific Information

### Health Effects

Individuals exercising outdoors, children and people with preexisting lung disease, such as asthma and chronic pulmonary lung disease, are considered to be the most susceptible sub-groups for ozone effects. Short-term exposures (lasting for a few hours) to ozone at levels typically observed in Southern California can result in breathing pattern changes, reduction of breathing capacity, increased susceptibility to infections, inflammation of the lung tissue, and some immunological changes. Elevated ozone levels are associated with increased school absences. In recent years, a correlation between elevated ambient ozone levels and increases in daily hospital admission rates, as well as mortality, has also been reported. An increased risk for asthma has been found in children who participate in multiple sports and live in high ozone communities.

Ozone exposure under exercising conditions is known to increase the severity of the above-mentioned observed responses. Animal studies suggest that exposures to a combination of pollutants which include ozone may be more toxic than exposure to ozone alone. Although lung volume and resistance changes observed after a single exposure diminish with repeated exposures, biochemical and cellular changes appear to persist, which can lead to subsequent lung structural changes.

### Air Quality

In 2005, the District regularly monitored ozone concentrations at 29 locations in the Basin and SSAB. All areas monitored were below the stage 1 episode level (0.20 ppm), but the maximum concentrations in the Basin exceeded the health advisory level (0.15 ppm). Maximum ozone concentrations in the SSAB areas monitored by the District were lower than in the Basin and were below the health advisory level. Tables 2-2 and 2-3 show maximum 1-hour and 8-hour ozone concentrations by air basin and county.

The number of days exceeding the federal standards for ozone in the Basin varies widely by area. Figures 2-4 and 2-5 show the number of days exceeding the 1-hour and 8-hour ozone federal standards in different areas of the Basin in 2005. The 1-hour federal standard was not exceeded in areas along or near the coast, due in large part to the prevailing sea breeze which transports polluted air inland before high ozone concentrations can be reached. The standard was exceeded most frequently in the Central San Bernardino Mountains extending from Central San Bernardino Valleys through the Riverside-San Bernardino area in the east, and in the Santa Clarita Valleys in the west. The Central San Bernardino Mountains area recorded the greatest number of exceedances of the state standard (80 days), 1-hour and 8-hour federal standards (18 days and 69 days, respectively) and health advisory level (7 days).

## Particulate Matter (PM10 and PM2.5) Specific Information

### Health Effects

A consistent correlation between elevated ambient fine particulate matter (PM10 and PM2.5) levels and an increase in mortality rates, respiratory infections, number and severity of asthma attacks and the number of hospital admissions has been observed in different parts of the United States and various areas around the world. In recent years, studies have reported an association between long-term exposure to air pollution dominated by fine particles (PM2.5) and increased mortality, reduction in life-span, and an increased mortality from lung cancer.

Daily fluctuations in fine particulate matter concentration levels have also been related to hospital admissions for acute respiratory conditions, to school and kindergarten absences, to a decrease in respiratory function in normal children and to increased medication use in children and adults with asthma. Recent studies show lung function growth in children is reduced with long-term exposure to particulate matter.

The elderly, people with pre-existing respiratory and/or cardiovascular disease and children appear to be more susceptible to the effects of PM10 and PM2.5.

### Air Quality, PM10

The District monitored PM10 concentrations at 20 locations in 2005. Maximum 24-hour and annual average concentrations are shown in Tables 2-4 and 2-5.

Figure 2-6 shows the 2005 annual average PM10 concentrations in different areas of the Basin. The federal annual PM10 standard was exceeded at only one location in the District in 2005. Highest PM10 concentrations were recorded in Riverside and San Bernardino Counties in and around the Metropolitan Riverside County area, and further inland in San Bernardino Valley areas. The federal 24-hour standard was not exceeded at any of the locations monitored in 2005. The much more stringent state standards were exceeded in most areas.

**TABLE 3-7**
Top Ten Ranking for NOx Emissions (2002, 2014, 2020), from Highest to Lowest

|  | 2002* | 2014* | 2020* |
|---|---|---|---|
| 1 | Off-Road Equipment | Heavy-Duty Diesel Trucks | Ships & Commercial Boats |
| 2 | Heavy-Duty Diesel Trucks | Off-Road Equipment | Heavy-Duty Diesel Trucks |
| 3 | Light-Duty Passenger Cars | Ships & Commercial Boats | Off-Road Equipment |
| 4 | Light-Duty Trucks | Light-Duty Passenger Cars | Light-Duty Trucks |
| 5 | Ships & Commercial Boats | Light-Duty Trucks | Light-Duty Passenger Cars |
| 6 | Medium-Duty Trucks | Heavy-Duty Gasoline Trucks | Aircraft |
| 7 | Heavy-Duty Gasoline Trucks | RECLAIM | RECLAIM |
| 8 | Trains ** | Trains ** | Trains ** |
| 9 | RECLAIM | Aircraft | Heavy-Duty Gasoline Trucks |
| 10 | Residential Fuel Combustion | Residential Fuel Combustion | Residential Fuel Combustion |

\* Refer to Figures 3-7 to 3-18 for the annual average emissions totals.
\*\* This assumes that the CARB railroad MOU is fully effective.  It is likely that this may not occur because there are broadly worded exemptions in the MOU that could result in less emission reductions.  However, if AQMD Rules 3501 - Recordkeeping for Locomotive Idling and 3502 - Minimization of Emissions from Locomotive Idling are implemented, more certainty in achieving emission reductions will occur.  In the next several months, AQMD staff will work with CARB staff to quantify additional reductions from Rules 3501 and 3502, for incorporation into emission baselines.  AQMD staff intends to submit these rules into the State Implementation Plan (SIP).



# NOx Annual Average Emissions-2002

**FIGURE 3-10**
Top Ten Categories for NOx 2002

*Draft 2007 AQMP*



**FIGURE 3-11**
Top Ten Categories for NOx 2014



**FIGURE 3-12**
Top Ten Categories for NOx 2020

Table 3-8 shows the top 10 categories for each of the three years for SOx. Ship emissions are a more significant contributor for SOx than for the other three pollutants in this section. RECLAIM is consistently in the top three by ranking. Ships and commercial boats increase emissions significantly between 2002 and 2020. The top ten categories represent 94 percent of the total SOx inventory in 2002.

**TABLE 3-8**
Top Ten Ranking for SOx Emissions (2002, 2014, 2020), from Highest to Lowest

| | 2002* | 2014* | 2020* |
|---|---|---|---|
| 1 | Ships & Commercial Boats | Ships & Commercial Boats | Ships & Commercial Boats |
| 2 | RECLAIM | RECLAIM | RECLAIM |
| 3 | Petroleum Refineries (non-RECLAIM) | Aircraft | Aircraft |
| 4 | Heavy-Duty Diesel Trucks | Petroleum Refineries (non-RECLAIM) | Petroleum Refineries (non-RECLAIM) |
| 5 | Aircraft | Manufacturing & Industry Combustion | Manufacturing & Industry Combustion |
| 6 | Light-Duty Passenger Cars | Light-Duty Passenger Cars | Light-Duty Passenger Cars |
| 7 | Off-Road Equipment | Service & Commercial Combustion | Light-Duty Trucks |
| 8 | Trains ** | Light-Duty Trucks | Services & Commercial Combustion |
| 9 | Manufacturing & Industry Combustion | Residential Fuel Combustion | Residential Fuel Combustion |
| 10 | Light-Duty Trucks | Landfills | Landfills |

\* Refer to Figures 3-7 to 3-18 for the annual average emissions totals.
\*\* This assumes that the CARB railroad MOU is fully effective. It is likely that this may not occur because there are broadly worded exemptions in the MOU that could result in less emission reductions. However, if AQMD Rules 3501 - Recordkeeping for Locomotive Idling and 3502 - Minimization of Emissions from Locomotive Idling are implemented, more certainty in achieving emission reductions will occur. In the next several months, AQMD staff will work with CARB staff to quantify additional reductions from Rules 3501 and 3502, for incorporation into emission baselines. AQMD staff intends to submit these rules into the State Implementation Plan (SIP).

*Draft 2007 AQMP*



**FIGURE 3-13**
Top Ten Categories for SOx 2002



**FIGURE 3-14**
Top Ten Categories for SOx 2014

**Exhibit A, Pg.** ___



## SOx Annual Average Emissions-2020

**FIGURE 3-15**
Top Ten Categories for SOx 2020

Table 3-9 shows the top 10 categories for each of the three years for directly emitted PM2.5. In contrast to the rankings for the other three pollutants in this section of the chapter, paved road dust and cooking are consistently at the top of the ranking for PM2.5 emissions. Each of these categories increases over time. The top ten categories represent 80 percent of the total directly emitted PM2.5 inventory in 2002, however, total directly emitted PM2.5 only accounts for about 25 percent of all ambient PM2.5.

**TABLE 3-9**
Top Ten Ranking for Directly Emitted PM2.5 Emissions (2002, 2014, 2020),
from Highest to Lowest

|    | 2002* | 2014* | 2020* |
|----|-------|-------|-------|
| 1  | Paved Road Dust | Paved Road Dust | Paved Road Dust |
| 2  | Commercial Cooking | Commercial Cooking | Commercial Cooking |
| 3  | Off-Road Equipment | Residential Fuel Combustion | Residential Fuel Combustion |
| 4  | Heavy-Duty Diesel Trucks | Ships & Commercial Boats | Ships & Commercial Boats |
| 5  | Residential Fuel Combustion | Construction & Demolition Dust | Construction & Demolition Dust |
| 6  | Ships & Commercial Boats | Heavy-Duty Diesel Trucks | Light-Duty Passenger Cars |
| 7  | Recreational Boats | Light-Duty Passenger Cars | Light-Duty Trucks |
| 8  | Light-Duty Passenger Cars | Light-Duty Trucks | Off-Road Equipment |
| 9  | Construction & Demolition Dust | Wood & Paper | Wood & Paper |
| 10 | Light-Duty Trucks | Recreational Boats | Heavy-Duty Diesel Trucks |

\* Refer to Figures 3-7 through 3-18 for the annual average emissions totals.

*Draft 2007 AQMP*



**FIGURE 3-16**
Top Ten Categories for PM2.5 2002



**FIGURE 3-17**
Top Ten Categories for PM2.5 2014

## Directly Emitted PM2.5
## Annual Average Emissions-2020



**FIGURE 3-18**
Top Ten Categories for PM2.5 2020

Exhibit A, Pg. 13

*Draft 2007 AQMP*

**TABLE 4-9**

Emission Reductions for 2014 Based on
Average Annual Emissions Inventory (tons per day)

| Sources | VOC | NOx | CO | SOx | PM2.5 |
|---|---|---|---|---|---|
| Year 2014 Baseline[1] | 594 | 668 | 2772 | 70 | 98 |
| Baseline Adjustment[2] | (5) | 8 | 3 | 2 | 0 |
| Emission Reductions: | | | | | |
| District's Short-Term and Mid-Term Control Stationary Source Control Measures | 7 | 8 | 0 | 3 | 1 |
| District Staff's Recommended State and Federal Stationary and Mobile Source Control Measures | 135 | 231 | 267 | 46 | 13 |
| Total Reductions (All Measures) | 142 | 239 | 267 | 49 | 14 |
| 2014 Remaining Emissions | 457 | 421 | 2502 | 19 | 84 |

[1] Emission benefits from SCAG's 2004 Regional Transportation Strategy and Control Measures are already reflected in the baseline for the draft AQMP. These emission benefits will be reflected in the final AQMP.
[2] Reflects baseline inventory adjustments for Rule 1118, emissions for the purpose of set-aside tracking (5 t/d VOC) and emission benefits from Carl Moyer Program (6.8 t/d NOx and 0.2 t/d PM2.5) and NSR Program benefits (1.2 t/d NOx). () denotes emission increases. See Appendix III.

# EXHIBIT B

### CARB STAFF REPORT

### INITIAL STATEMENT OF REASONS
### ("ISOR")



*California Environmental Protection Agency*

# AIR RESOURCES BOARD

## STAFF REPORT: INITIAL STATEMENT OF REASONS FOR PROPOSED RULEMAKING



## PROPOSED REGULATION FOR AUXILIARY DIESEL ENGINES AND DIESEL-ELECTRIC ENGINES OPERATED ON OCEAN-GOING VESSELS WITHIN CALIFORNIA WATERS AND 24 NAUTICAL MILES OF THE CALIFORNIA BASELINE

**Stationary Source Division**
**Emissions Assessment Branch**
**October 2005**

## EXECUTIVE SUMMARY

Air pollution from maritime port activities is a significant and growing concern in California. Diesel-powered vehicles and engines at the ports emit soot, or diesel particulate matter (PM), and other air pollutants than can increase health risks to nearby residents. Port operations are also a significant source of oxides of nitrogen (NOx) which can contribute to the formation of regional smog, or ozone, and fine particulate matter.

Living in any area impacted by air pollution is harmful, particularly for children, the elderly, and those with compromised health. The communities closest to port operations face even greater impacts and have a greater localized risk due to exposures to high levels of diesel PM. This pollutant poses a lung cancer hazard for humans, and causes non-cancer respiratory and cardiovascular effects that increase the risk of premature death. In addition, in many cases, the populations nearby ports are economically disadvantaged and less able to obtain quality health care to address air pollution-related illnesses.

Unless substantial additional control measures are implemented, port-related emissions are expected to significantly increase as trade grows over the next 15 to 20 years. While the movement of goods through California ports is a vital component of the State's overall economy and provides a key link to international trade, it is essential that aggressive steps be taken to counter the projected emissions increases and ensure that the port-related emissions are reduced to health protective levels.

As one of several steps being taken to reduce emissions from port activities, the Air Resources Board (ARB) staff is proposing a regulation to reduce emissions from ocean-going vessel auxiliary engines. Implementation of this regulation will be an important and necessary step in the effort to improve the public health in communities near ports. A recent ARB study has shown that diesel PM emissions from hotelling (auxiliary engine emissions while vessels are moored) are the largest contributor of toxic pollutants to neighboring communities. The proposed regulation would reduce the emissions of diesel PM, NOx, sulfur oxides (SOx), and "secondarily" formed PM (PM formed in the atmosphere from NOx and SOx). The proposed regulation will reduce emissions from ocean-going vessel auxiliary engines through the use of cleaner marine distillate fuels, or equally effective alternative controls. This would result in immediate, substantial reductions in emissions upon implementation in 2007. Specifically, for the nearly 80 percent of vessels currently using heavy fuel oil in their auxiliary engines, compliance with the proposed regulation will result in an estimated 75 percent reduction in diesel PM, 80 percent reduction in SOx, and 6 percent reduction in NOx.

This proposed regulation is one of several measures currently under consideration that will continue progress in meeting the air quality goals defined in the Diesel Risk Reduction Plan and the State Implementation Plan and that will help offset the projected emissions increases in port-related emissions. Other regulations being proposed include measures to reduce emissions from cargo handling equipment, commercial

ISOR

ES-1

Exhibit B, Pg. 17

noncompliance fees would be very limited, and whatever fees that are generated would be used to achieve emission reduction around the ports.

**Table ES-2:  Estimated Emission Reductions from Implementation of the Proposed Regulation**

| Year | Auxiliary Engine Emission Reductions (Tons per Day) | | |
| --- | --- | --- | --- |
| | PM | NOx | SOx |
| 2007 | 2.7 | 1.9 | 22 |
| 2010 | 3.7 | 2.3 | 32 |
| 2015 | 5.0 | 3.2 | 43 |
| 2020 | 7.0 | 4.4 | 61 |

The emission reductions shown for 2007 reflect the initial implementation of the fuel specifications in the proposal, assuming that the average sulfur content of the fuel will be 0.5 percent.  The 2010 and later reductions reflect the use of 0.1 percent sulfur marine gas oil, which is scheduled to be implemented in 2010 subject to the results of a feasibility evaluation required under the proposed regulation.   Figure ES-4 provides a graphical depiction of the change in diesel PM emissions expected with implementation of the regulation.

**Figure ES-4:  Estimated Diesel PM Emissions in 24 nm Zone With and Without the Implementation of the Proposed Regulation**



Significant air quality benefits are expected from the proposed regulation.  The reductions in diesel PM, NOx and SOx will help improve regional ambient air quality levels of PM and ozone.  We also anticipate significant health benefits due to reduced

ISOR

ES-14

Exhibit B, Pg. 18

# EXHIBIT C

## 2007 DRAFT AIR QUALITY MANAGEMENT PLAN (AQMP) APPENDIX III – BASE & FUTURE YEAR INVENTORIES

## SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

DRAFT

# APPENDIX III

## 2007 Air Quality Management Plan



# Base and Future Year Emission Inventories

South Coast Air Quality Management District

*...ing the air that we breathe...*



Exhibit C, Pg. _20_

## TABLE A-6
### (Continued)

| CODE | Source Category | TOG | VOC | CO | NOx | SOx | TSP | PM10 | PM2.5 |
|---|---|---|---|---|---|---|---|---|---|
| | On-Road Motor Vehicles | | | | | | | | |
| 710 | Light Duty Passenger Auto (LDA) | 84.11 | 78.24 | 602.73 | 48.36 | 0.91 | 7.64 | 7.50 | 4.29 |
| 722 | Light Duty Trucks 1 (T1) | 15.59 | 14.51 | 123.42 | 9.98 | 0.16 | 1.17 | 1.15 | 0.69 |
| 723 | Light Duty Trucks 2 (T2) | 42.46 | 39.29 | 332.65 | 37.35 | 0.46 | 4.75 | 4.64 | 3.22 |
| 724 | Medium Duty Trucks (T3) | 22.04 | 20.12 | 188.20 | 21.66 | 0.28 | 2.11 | 2.06 | 1.43 |
| 732 | Light Heavy Duty Gas Trucks 1 (T4) | 16.07 | 14.71 | 101.25 | 19.69 | 0.06 | 0.32 | 0.31 | 0.17 |
| 733 | Light Heavy Duty Gas Trucks 2 (T5) | 2.55 | 2.37 | 14.24 | 3.72 | 0.01 | 0.06 | 0.06 | 0.03 |
| 734 | Medium Heavy Duty Gas Trucks (T6) | 4.40 | 4.07 | 40.53 | 5.25 | 0.01 | 0.04 | 0.04 | 0.02 |
| 736 | Heavy Heavy Duty Gas Trucks (HHDGT) | 0.95 | 0.82 | 15.84 | 2.30 | 0.01 | 0.01 | 0.01 | 0.01 |
| 742 | Light Heavy Duty Diesel Trucks 1 (T4) | 0.11 | 0.09 | 0.71 | 3.16 | 0.01 | 0.06 | 0.05 | 0.03 |
| 743 | Light Heavy Duty Diesel Trucks 2 (T5) | 0.28 | 0.24 | 1.38 | 7.17 | 0.01 | 0.06 | 0.05 | 0.03 |
| 744 | Medium Heavy Duty Diesel Truck (T6) | 0.93 | 0.77 | 8.50 | 33.48 | 0.08 | 0.09 | 0.09 | 0.06 |
| 746 | Heavy Heavy Duty Diesel Trucks (HHDDT) | 9.56 | 8.00 | 29.14 | 102.94 | 0.16 | 1.10 | 1.10 | 0.93 |
| 750 | Motorcycles (MCY) | 12.11 | 10.72 | 82.55 | 3.06 | 0.01 | 4.38 | 4.37 | 3.69 |
| 760 | Diesel Urban Buses (UB) | 0.55 | 0.46 | 2.88 | 13.73 | 0.02 | 0.11 | 0.10 | 0.07 |
| 762 | Gas Urban Buses (UB) | 0.79 | 0.60 | 6.24 | 1.24 | 0.00 | 0.24 | 0.24 | 0.22 |
| 770 | School Buses (SB) | 0.35 | 0.28 | 3.36 | 4.43 | 0.01 | 0.01 | 0.01 | 0.01 |
| 776 | Other Buses (OB) | 0.46 | 0.42 | 5.26 | 2.29 | 0.00 | 0.18 | 0.18 | 0.16 |
| 780 | Motor Homes (MH) | 0.53 | 0.42 | 12.64 | 2.46 | 0.01 | 0.05 | 0.05 | 0.04 |
| | Total On-Road Motor Vehicles | 213.84 | 196.13 | 1571.52 | 322.27 | 2.20 | 22.38 | 22.02 | 15.10 |
| | | | | | | | | | |
| | Other Mobile Sources | | | | | | | | |
| 810 | Aircraft | 14.88 | 13.24 | 74.25 | 22.50 | 2.15 | 1.12 | 1.04 | 1.02 |
| 820 | Trains | 3.00 | 2.50 | 7.99 | 22.75 | 0.02 | 0.85 | 0.84 | 0.77 |
| 830 | Ships and Commercial Boats | 4.18 | 3.51 | 11.70 | 89.75 | 47.79 | 7.39 | 7.12 | 6.91 |
| 840 | Recreational Boats | 46.52 | 43.87 | 229.94 | 10.53 | 0.02 | 3.72 | 3.35 | 2.54 |
| 850 | Off-Road Recreational Vehicles | 24.97 | 23.34 | 63.71 | 0.69 | 0.25 | 0.37 | 0.33 | 0.25 |
| 860 | Off-Road Equipment | 49.84 | 44.85 | 677.17 | 120.16 | 0.18 | 7.56 | 7.36 | 6.50 |
| 870 | Farm Equipment | 0.81 | 0.70 | 6.53 | 4.60 | 0.01 | 0.26 | 0.26 | 0.24 |
| 890 | Fuel Storage and Handling | 10.51 | 10.48 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 895 | Truck Stops | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | Total Other Mobile Sources | 154.71 | 142.49 | 1071.29 | 270.98 | 50.42 | 21.27 | 20.30 | 18.23 |
| | | | | | | | | | |
| | Total Stationary and Area Sources | 474.84 | 255.58 | 129.36 | 75.06 | 17.32 | 476.16 | 244.79 | 64.90 |
| | Total On-Road Vehicles | 213.84 | 196.13 | 1571.52 | 322.27 | 2.20 | 22.38 | 22.02 | 15.10 |
| | Total Other Mobile | 154.71 | 142.49 | 1071.29 | 270.98 | 50.42 | 21.27 | 20.30 | 18.23 |
| | Total Anthropogenic | 843.39 | 594.20 | 2772.17 | 668.31 | 69.94 | 519.81 | 287.11 | 98.23 |

# EXHIBIT D

## PMSA Website

## "Trade and the Economy"



PMSA | Global Green | Community Involvement | Trade and the Economy | Public Policy | About PMSA



# Trade and the Economy

## Economic Impact

### California

The ports are an important economic engine for California and the nation. California's 11 seaports handled 23 percent of the U.S.'s waterborne trade in 2003, and 42 percent of all U.S. container trade – the fastest growing segment of port activity. Between 1998 and 2003, container volumes at California ports increased 45.8 percent while total U.S. volume increased 36.9 percent. Foreign trade through California ports totaled $359 billion in 2004.

Port activities generate $84.5 billion annually in statewide business sales and generate $3.6 billion in annual tax revenues for state and local governments, and school and special districts.

- The ports of Los Angeles and Long Beach account for more than $73 billion of annual statewide business sales alone.
- The ports of Oakland and San Francisco generate approximately $3.3 billion in annual economic output.
- The Port of San Diego activities create more than $7.5 billion in annual economic activity.

California ports also have an important nation-wide impact:

- State and local taxes paid across the nation because of trade through the ports of Los Angeles and Long Beach have increased from $6.0 billion to $28.1 billion or 368 percent, since 1995.
- Trade through these ports supports the economy of virtually every region of the United States:
  - The Southwest region, from Colorado to New Mexico accounts for 32.1 percent of LA/Long Beach trade, including $82 billion in imports and exports which supports more than 1 million jobs.
  - The Great Lakes region accounts for 21 percent of trade, $53.7 billion in goods, and is home to 681,800 jobs.
  - The Southeast region imports and exports $37.7 billion in goods, which supports nearly 500,000 jobs.

- o  ·The South Central region is home to 435,700 jobs supported by the $27.3 billion in imports and exports that travel through the ports of Los Angeles and Long Beach.
- o  Another 339,900 jobs in the Northwest are supported by Southern California trade.

### Washington

Washington is more trade-dependent than any other state – from apples to aircraft parts, Washington is a big exporter and importer. Close to a million Washington citizens – about a third of the workforce – have jobs supported directly or indirectly by international trade. Approximately 60,000 jobs are directly related to activities at the ports, and another 200,000 workers are employed producing goods to be sold abroad.

An additional benefit of being a national transshipment center is that some companies choose to locate their distribution hubs in Washington. They store products in warehouses near ports before sending them out by rail or truck to retail locations throughout the region – and all those activities generate additional generating jobs, business income and tax revenue. The Port of Seattle alone generated more than $626 million in state and local taxes in 2003.

Puget Sound ports provide the most direct shipping link between major markets in Asia and the heavily populated East Coast. In 2005, about three million 20-foot containers holding about $67 billion worth of goods were shipped in and out of Puget Sound ports. With trade projected to increase by 66 percent over the next 20 years, that number could soar to 6.9 million units by 2025.

### The Ports of Los Angeles and Long Beach: America's Gateway

- More than 40% of the goods destined for the US come through these ports, as does 28% of American exports
- The value of container trade through the ports was $256 billion in 2005, up 246% since 1994
- Trade through these ports generated $28.1 billion state and local tax revenues nationwide in 2005
- Approximately 3.3 million American jobs are supported by the ports

*Source: Alameda Corridor Transportation Authority (ACTA) and San Pedro Bay ports of Los Angeles and Long Beach Economic Impact Study.*