Kurt R. Wiese, District Counsel, CA Bar #127251
Barbara B. Baird, Principal Deputy District Counsel, CA Bar #81507
Michael R. Harris, Sr. Deputy District Counsel, CA Bar #179544
SOUTH COAST AIR QUALITY
   MANAGEMENT DISTRICT
21865 E. Copley Drive
Diamond Bar, CA 91765-0940
Telephone: (909) 396-3535
Facsimile: (909) 396-2961
Email: bbaird@aqmd.gov, mharris@aqmd.gov

Attorneys for Intervenor
South Coast Air Quality Management District

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br>v.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | Case No. 2:06-CV-02791-WBS-KJM<br><br>**SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT'S STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT**<br><br>Date: July 9, 2007<br>Time: 2:00 p.m.<br>Judge: Hon. William B. Shubb<br>Courtroom: 5 |

///
///
///
///
///

## UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF'S FIRST AND SECOND CLAIMS FOR DECLARATORY AND INJUNCTIVE RELIEF

| Undisputed Statement of Fact | Supporting Evidence |
|---|---|
| 1. The rules can be complied with by using marine diesel oil at .5% sulfur or less, or by using marine gas oil. | Cal. Code Reg. Tit. 13, § 2299.1(e). |
| 2. All PMSA members are currently complying with the rules. | PMSA website, Baird Decl., Exh. A, p. 2. |
| 3. CARB expects most operators to comply with the rules by using the specified low-sulfur distillate fuels. | Final Statement of Reasons (FSOR), p. 52; Baird Decl., Exh. E, p. 25. |
| 4. PMSA members are complying with the rules by use of the specified fuels or by cold ironing [using shoreside electrical power] for some vessels at the dock. | PMSA Response to First Set of Interrogatories Propounded by Defendant Witherspoon, Response No. 1; Baird Decl., Exh. B, p. 6. |
| 5. Engine manufacturers uniformly reported that their auxiliary engines designed for use with heavy fuel oil can also use compliant distillate fuels as long as proper fuel switching procedures are used. | Initial Statement of Reasons (ISOR), p. VI-14; Baird Decl., Exh. D, p. 21. |
| 6. The region in which emissions are likely to be transported onshore extends beyond the 24 nautical mile boundary for these rules. | ISOR, p. ES-9; Baird Decl., Exh. D, p. 16. |
| 7. Emissions are likely to be transported to the coast within 96 hours from at least 50 nautical miles offshore. | ISOR, p. IV-8; Baird Decl., Exh. D, p. 19. |

///

///

///

| | |
|---|---|
| 8. The District's modeling for impacts of emissions on air quality includes emissions from ships as far as 100 nautical miles from shore. These emissions have been shown to affect onshore air quality. | Chang Decl., ¶31. |
| 9. At least some of the NOx and SOx emitted from auxiliary engines between three and 24 miles of California's coast is transported to land within California. | PMSA's Response to First Set of Requests for Admissions Propounded by Defendant Witherspoon, Responses 6 & 7; Baird Decl., Exh. C, p. 9. |
| 10. $PM_{2.5}$ exposure results in increased mortality, respiratory infections, hospital admissions, asthmatic attacks, and school absences. The elderly, children, and people with preexisting respiratory and cardiovascular disease appear to be most susceptible. | Draft Final 2007 AQMP, p. 2-11; Chang Decl., ¶5. |
| 11. Ozone levels in the South Coast Air Basin result in reduced breathing capacity, increased infections, lung inflammation, and immunological changes. Elevated ozone levels are associated with school absences, hospital admissions, and increased mortality. People exercising outdoors, children, and people with preexisting lung diseases, including asthma, appear to be the most susceptible. | Draft Final 2007 AQMP, p. 2-8; Chang Decl., ¶6. |
| 12. The South Coast Air Basin is not in compliance with federal standards for ozone and for fine particulate matter, known as $PM_{2.5}$ (particulate matter having a diameter less than 2.5 microns). | Chang Decl., ¶8. |

///

| | |
|---|---|
| 13.   In 2005, the South Coast Air Basin experienced maximum 8-hour average ozone levels at 171% of the federal ambient air quality standard, maximum annual average PM2.5 levels of 149% of the standard, and daily $PM_{2.5}$ maximum levels of over double the federal standard. | Draft 2007 AQMP, p. 2-5; Chang Decl., ¶9. |
| 14.   NOx and SOx are precursors of PM2.5, forming it in the atmosphere. NOx also reacts with volatile organic compounds (VOCs) in the atmosphere to form ozone. | Chang Decl., ¶10. |
| 15.   The California Air Resources Board (CARB) recently estimated that 5,400 people die prematurely each year in the South Coast Air Basin because the air exceeds federal $PM_{2.5}$ standards. | Chang Decl., ¶11. |
| 16.   According to CARB, over 80% of the population weighted exposure to $PM_{2.5}$ levels exceeding federal standards in the state occurs in the South Coast Air Basin. | Chang Decl., ¶12. |
| 17.   CARB has calculated that over 50% of total population-weighted exposure to $PM_{2.5}$ levels exceeding federal standards in the entire nation occurs in the South Coast Air Basin, although the Basin has only about 5% of the nation's population. | Chang Decl., ¶13. |
| 18.   CARB has calculated that about one-fourth of the nation's population-weighted exposure to ozone levels exceeding the federal standard occurs in the South Coast Air Basin. | Chang Decl., ¶14. |

| | |
|---|---|
| 19. The District has adopted an air quality management plan (AQMP) setting forth emission reductions and control measures needed to attain the national ambient air quality standards. The AQMP is a component of the State Implementation Plan required by the Clean Air Act. | Chang. Decl., ¶16. |
| 20. The most recent revision of the AQMP was adopted by the District on June 1, 2007. It relies on all measures adopted or proposed for adoption by the District, CARB, and EPA, including the challenged rules. The District needs to reduce diesel PM, NOx, and SOx to attain federal PM2.5 standards and needs to reduce NOx to attain federal ozone standards. The AQMP targets nearly all sources of diesel PM, SOx, and NOx for which technological controls or operational limits can feasibly be implemented. | Chang Decl., ¶17. |
| 21. Reductions from the challenged CARB rules will occur in areas near South Coast ports, areas where emissions have had significant impact on local communities, as well as areas farther inland. The District has included the reductions of PM, SOx and NOx from these rules in the 2007 AQMP revision. | Chang Decl., ¶18. |
| 22. In 2007, compliance with these rules will result in about 75% reduction in diesel PM, an 80% reduction in SOx, and a 6% reduction in NOx. | ISOR, p. ES-1; Baird Decl., Exh. D, p. 12. |

///
///
///

SCAQMD'S STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF PMSA'S MOTION FOR SUMMARY
JUDGMENT AND PARTIAL SUMMARY JUDGMENT, Case No.: 2:06-CV-02791-WBS-KJM
-5-

| | |
|---|---|
| 23. In 2014, ships will contribute 48 tons per day—more than double their current SOx emissions—if CARB's rules and further controls are not implemented. This is about four times as much SOx the largest stationary sources, and about two-thirds of all SOx emissions, which amount to 70 tons per day. | Draft 2007 AQMP, pp. 3-25 through 3-26, p. 4-70; Chang Decl., ¶21. |
| 24. Ships currently account for twice the NOx emissions of the over 300 largest NOx stationary sources in the District (RECLAIM sources). (Draft 2007 AQMP, p. 3-23, fig. 3-10.) This is equivalent to the NOx emissions from about 2.5 million cars. By 2014, ships will account for triple the NOx emissions of the large stationary sources, absent these rules. | Draft 2007 AQMP, p. 3-24, fig. 3-11; Chang Decl., ¶22. |
| 25. To attain the $PM_{2.5}$ standard, the Basin will need to reduce SOx emissions by 70% by 2014. (Draft AQMP, Table ES-1, ES-8.) This <u>includes</u> the reductions from the CARB measure at issue in this case. | Chang Decl., ¶23. |
| 26. To attain $PM_{2.5}$ standards, SOx emissions in the year 2014 must be reduced by nearly 50 tons per day. (Draft 2007 AQMP, p. 4-70.) The regulations in issue in this case will reduce SOx emissions by 43 tons per day statewide by 2015. (ISOR, p. ES-14.) This translates to about 25 tons per day of reductions in the South Coast District. Thus, these regulations contribute 50% of the necessary SOx emissions reductions. | Chang Decl., ¶24. |

| | |
|---|---|
| 27. Since all other sources besides ships contribute only 22 tons per day in the $PM_{2.5}$ attainment year, it will be impossible to attain the necessary nearly 50 tons per day of reductions to attain the $PM_{2.5}$ standard without these rules and other rules applicable to ships. | Chang Decl., ¶25. |
| 28. Besides contributing significantly to $PM_{2.5}$ levels through both directly emitted PM and SOx, ships contribute large amounts of diesel particulate matter ("DPM") which was designated a toxic air contaminant by CARB. | Chang Decl., ¶18. |
| 29. Absent this rule, diesel PM from auxiliary engines will triple; they will increase from about 4 tons per year to about 12 tons per year between 2005 and 2020. | ISOR, p. ES-6; Baird Decl., Exh. D, p. 13. |
| 30. The South Coast Air Quality Management District conducted a study in 2000 that concluded that 70% of the total cancer risk from toxic air contaminants in the District comes from diesel PM. | Chang Decl., ¶19. |
| 31. According to District rules, new stationary sources are limited to cancer risks of 10 in one million for the maximally exposed individual. This means that a person exposed to such emissions has a statistical 10 in a million chance of contracting cancer from such exposure over a period of 70 years. | Chang Decl., ¶28. |

///
///
///
///

| # | | |
|---|---|---|
| 1-4 | 32. Existing stationary sources are required to reduce their risk to 100 in a million in 3 years, and are required to reduce their risks to a target level of 25 in a million over time. | Chang Decl., ¶29. |
| 5-7 | 33. Refineries typically have a cancer risk of less than 10 in a million, and power plants typically have cancer risks of less than one in a million. | Chang Decl., ¶30. |
| 8-13 | 34. Diesel PM from ship emissions at the Ports of Los Angeles and Long Beach currently exposes about 48,000 people to risks exceeding 200 in a million, 225,000 people to risks exceeding 100 in a million, and 2 million people to risks exceeding 10 in a million. | ISOR, p. ES-7; Baird Decl., Exh. D, p. 14. |
| 14-16 | 35. Compliance with the rules challenged in this case will reduce cancer risk from auxiliary engines by 70% in 2008 and 78% in 2015. | ISOR, p. VII-5; Baird Decl., Exh. D, p. 22. |
| 17-21 | 36. Ordinary heavy duty diesel vehicles cannot use alternative fuels. Manufacturers need to make a different type of vehicle, or modified vehicle, to use the fuels specified in the South Coast District Fleet Rules. | Hogo Decl., ¶6. |

///
///
///
///
///
///

SCAQMD'S STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF PMSA'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT, Case No.: 2:06-CV-02791-WBS-KJM
-8-

1 | Dated: June 13, 2007

Respectfully submitted,

KURT R. WIESE
BARBARA B. BAIRD
MICHAEL R. HARRIS
SOUTH COAST AIR QUALITY
  MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
Telephone:  (909) 396-3535
Facsimile:   (909) 396-2961


By: /s/ Barbara B. Baird
    Barbara B. Baird

Attorneys for Defendant-Intervenor
South Coast Air Quality Management District

SCAQMD'S STATEMENT OF UNDISPUTED FACTS IN OPPOSITION TO PLAINTIFF PMSA'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT, Case No.: 2:06-CV-02791-WBS-KJM
-9-