1  Kurt R. Wiese, District Counsel, SBN 127251
   Barbara B. Baird, Principal Deputy District Counsel, SBN 81507
2  Michael R. Harris, Sr. Deputy District Counsel, SBN 179544
   SOUTH COAST AIR QUALITY
3    MANAGEMENT DISTRICT
   21865 Copley Drive
4  Diamond Bar, CA 91765-0940
   Telephone: (909) 396-3535
5  Facsimile: (909) 396-2961
   Email: bbaird@aqmd.gov, mharris@aqmd.gov
6
   Attorneys for Intervenor
7  South Coast Air Quality Management District

8

9                    UNITED STATES DISTRICT COURT

10            EASTERN DISTRICT OF CALIFORNIA -- SACRAMENTO

11  PACIFIC MERCHANT SHIPPING          )  Case No. 2:06-CV-02791-WBS-KJM
    ASSOCIATION, a California Mutual Benefit )
12  Corporation,                       )  **SOUTH COAST AIR QUALITY**
                                       )  **MANAGEMENT DISTRICT'S RESPONSE**
13                                     )  **TO PLAINTIFF PACIFIC MERCHANT**
              Plaintiff,               )  **SHIPPING ASSOCIATION'S**
14       v.                            )  **STATEMENT OF UNDISPUTED FACTS**
                                       )  **IN SUPPORT OF PLAINTIFF'S MOTION**
15  CATHERINE E. WITHERSPOON, in her   )  **FOR SUMMARY JUDGMENT AND**
16  official capacity as Executive Officer of the )  **PARTIAL SUMMARY JUDGMENT**
    California Air Resources Board,    )
17                                     )
              Defendant,                )  Date:      July 9, 2007
18                                     )  Time:      2:00 p.m.
    NATURAL RESOURCES DEFENSE          )  Judge:     Hon. William B. Shubb
19  COUNCIL, INC., COALITION FOR CLEAN )  Courtroom: 5
20  AIR, INC., SOUTH COAST AIR QUALITY )
    MANAGEMENT DISTRICT, and CITY OF   )
21  LONG BEACH,                        )
                                       )
22                                     )
              Defendants-Intervenors.   )
23  _____)

24      **RESPONSE TO PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S**

25                    **STATEMENT OF UNDISPUTED FACTS**

26       Pursuant to Eastern District Local Rule 56-260 and for the purpose of opposing Plaintiff

27  Pacific Merchant Shipping Association's ("PMSA") Motion for Summary Judgment and Partial

28  Summary Judgment ("Motion for Summary Judgment") only, Defendant-Intervenor South Coast Air

1  Quality Management District does not contest any of the facts set forth in PMSA's Statement of
2  Undisputed Facts in Support of PMSA's Motion for Summary Judgment and Partial Summary
3  Judgment.

4  Dated: June 13, 2007                    Respectfully submitted,

   KURT R. WIESE
   BARBARA B. BAIRD
   MICHAEL R. HARRIS
   SOUTH COAST AIR QUALITY
     MANAGEMENT DISTRICT
   21865 Copley Drive
   Diamond Bar, CA 91765
   Telephone: (909) 396-3535
   Facsimile: (909) 396-2961

   By: /s/ Barbara B. Baird
   Barbara B. Baird

   Attorneys for Defendant-Intervenor
   South Coast Air Quality Management District