1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10                       ----oo0oo----

11 PACIFIC MERCHANT SHIPPING
   ASSOCIATION, a California
12 Mutual Benefit Corporation,
                                    NO. CIV. S-06-02791 WBS KJM
13            Plaintiff,

14     v.                                  ORDER

15 CATHERINE E. WITHERSPOON,
   in her official capacity as
16 Executive Officer of the
   California Air Resources
17 Board; Natural Resources
   Defense Council, Inc. (NRDC)/
18 Coalition for Clean Air, Inc.
   (CCA); South Coast Air Quality
19 Management District (SCAQMD);
   and the City of Long Beach
20 (Long Beach),

21            Defendants.

22
                         ----oo0oo----
23

24        The court has read and considered the motion of

25 Chamber of Shipping of America ("CSA") for leave to file an

26 amicus curiae brief in support of partial summary judgment in

27 favor of plaintiff, as well as defendant's declaration in

28 opposition to the motion.

1          The court finds that CSA's brief would be of

2  assistance to the court in considering the motion.  The court

3  takes further notice of defendant's request for an additional

4  thirty days to respond if the request is granted.  CSA is

5  therefore given leave to file the Memorandum of Points and

6  Authorities in Support of Partial Summary Judgment in Favor of

7  Plaintiff, which was attached to its application.  This does not

8  mean, however, that CSA may appear for any other purpose in this

9  matter.  Defendant is given 30 days from the date of this order

10 to file its response to CSA's brief.  No replies to the response

11 may be filed.  The hearing on plaintiff's motion for partial

12 summary judgment is continued to August 6, 2007, at 2:00 p.m.

13 The court will hear the oral arguments of the parties, as well as

14 CSA, on the motion at that time.

15          IT IS SO ORDERED.

16 DATED:  June 19, 2007

17

18 _____
   WILLIAM B. SHUBB
19 UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28

                                 2