Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendant-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>**STIPULATION TO CONTINUE HEARING ON PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT/ SUMMARY ADJUDICATION; ~~PROPOSED~~ ORDER THEREON**<br><br>Judge:   Hon. William B. Shubb<br><br>Current Hearing Date:  8/06/2007<br><br>New Hearing Date: 8/13/2007 |

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties in the captioned matter, through their counsel of record, that the day for hearing Plaintiff's Motion for Summary Judgment or Partial Summary Judgment/Summary Adjudication shall be continued from August 6, 2007 to Monday, August 13, 2007 at 2:00 p.m.

This stipulation is not entered into for purposes of delay, but to accommodate the various working and vacation schedules of the parties' separate counsel of record which make counsel for one or more of the parties unavailable on either August 6 or August 20, 2007, which are the only regularly scheduled dates in August for hearing on law and motions before this Court.

IT IS SO STIPULATED AND AGREED.

Dated:  June 22, 2007          FLYNN, DELICH & WISE LLP


                         By:   /s/ Erich P. Wise
                               Erich P. Wise
                               Attorneys for Plaintiff
                               PACIFIC MERCHANT SHIPPING
                               ASSOCIATION

Dated:  June 22, 2007          Edmund G. Brown, Jr.
                               Attorney General of the State of
                               California


                         By:   /s/ Nicholas Stern (as authorized on 6/21/07)
                               Nicholas Stern
                               Deputy Attorney General
                               Attorneys for Defendant
                               CATHERINE E. WITHERSPOON

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Dated: June 22, 2007 | DISTRICT COUNSEL<br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT |
| | By:  /s/ Barbara B. Baird (as authorized on 6/22/07)<br>Kurt R. Wiese<br>District Counsel<br>Barbara B. Baird<br>Principal Deputy District Counsel<br>Michael Harris, Sr.<br>Deputy District Counsel<br>Attorneys for Defendant-Intervenor<br>SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT |
| Dated: June 22, 2007 | FOX SPILLANE SHAEFER LLP |
| | By:  /s/ Jay M. Spillane (as authorized on 6/22/07)<br>Jay M. Spillane<br>Ruth M. Moore<br>Attorneys for Defendant-Intervenor<br>CITY OF LONG BEACH |
| Dated: June 22, 2007 | NATURAL RESOURCES DEFENSE COUNCIL |
| | By:  /s/ David R. Pettit (as authorized on 6/21/07)<br>David R. Pettit<br>Melissa Lin Perrella<br>Attorneys for Defendants-Intervenors<br>NATURAL RESOURCES DEFENSE COUNCIL and COALITION FOR CLEAN AIR, INC. |

PDF created with pdfFactory trial version www.pdffactory.com

# **O R D E R**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the day for hearing Plaintiff's Motion for Summary Judgment or Partial Summary Judgment/Summary Adjudication shall be continued from August 6, 2007 to Monday, August 13, 2007 at 2:00 p.m.

**I**T IS SO ORDERED.

Dated:   June 22, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

PDF created with pdfFactory trial version www.pdffactory.com