Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile:  (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone:  (415) 693-5566
Facsimile:   (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendant-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR FILING OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT/ SUMMARY ADJUDICATION**<br><br>Judge:        Hon. William B. Shubb |

- 1 -
STIPULATION TO EXTEND TIME FOR FILING OF PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT
OF MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMART JUDGMENT/SUMMARY
ADJUDICATION; PROPOSED ORDER THEREON

TO THE COURT AND ALL COUNSEL OF RECORD:

IT IS HEREBY STIPULATED by and between the parties in the captioned matter, through their counsel of record, that the last day for Plaintiff to file and serve its Reply Memorandum in support of Plaintiff's Motion for Summary Judgment or Partial Summary Judgment/Summary Adjudication shall be continued from Wednesday, June 27, 2007 to Thursday, July 19, 2007.

This stipulation is not entered into for purposes of delay but to allow plaintiff to file its Reply Memorandum simultaneously with defendants' responses to the Amicus Curiae memorandum submitted to the court on June 14, 2007.

IT IS SO STIPULATED AND AGREED.

Dated: June 22, 2007     FLYNN, DELICH & WISE LLP


By: /s/ Erich P. Wise
Erich P. Wise
Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING
ASSOCIATION

Dated: June 22, 2007     Edmund G. Brown, Jr.
Attorney General of the State of
California

By: /s/ Nicholas Stern (as authorized on 6/21/07)
Nicholas Stern
Deputy Attorney General
Attorneys for Defendant
CATHERINE E. WITHERSPOON

///

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Dated: June 22, 2007 | DISTRICT COUNSEL<br>SOUTH COAST AIR QUALITY<br>MANAGEMENT DISTRICT |

By:   /s/ Barbara B. Baird (as authorized on 6/22/07)
    Kurt R. Wiese
    District Counsel
    Barbara B. Baird
    Principal Deputy District Counsel
    Michael Harris, Sr.
    Deputy District Counsel
    Attorneys for Defendant-Intervenor
    SOUTH COAST AIR QUALITY
    MANAGEMENT DISTRICT

Dated: June 22, 2007            FOX SPILLANE SHAEFER LLP

By:   /s/ Jay M. Spillane (as authorized on 6/22/07)
    Jay M. Spillane
    Ruth M. Moore
    Attorneys for Defendant-Intervenor
    CITY OF LONG BEACH

Dated: June 22, 2007            NATURAL RESOURCES
                                          DEFENSE COUNCIL

By:   /s/ David R. Pettit (as authorized on 6/21/07)
    David R. Pettit
    Melissa Lin Perrella
    Attorneys for Defendants-Intervenors
    NATURAL RESOURCES
    DEFENSE COUNCIL and
    COALITION FOR CLEAN
    AIR, INC.

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

# **O R D E R**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that the last day for Plaintiff to file and serve its Reply Memorandum support of Plaintiff's Motion for Summary Judgment or Partial Summary Judgment/Summary Adjudication is continued from June 27, 2007, to Thursday, July 19, 2007, as agreed by the parties in the foregoing Stipulation.

IT IS SO ORDERED.

Dated: June 25, 2007

*William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE