Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS IN SUPPORT OF DEFENDANT CATHERINE E. WITHERSPOON'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT<br><br>Date: August 13, 2007<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

Plaintiff Pacific Merchant Shipping Association ("PMSA") submits the following Reply to the Statement of Disputed Facts in Support of Defendant Catherine E. Witherspoon's Opposition to Plaintiff's Motion for Summary Judgment and Partial Summary Judgment, pursuant to Local Rule 56-260(b) of the United States District Court, Eastern District of California.

| **ALLEGED UNDISPUTED MATERIAL FACTS AND ALLEGED SUPPORTING EVIDENCE:** | **RESPONSE AND EVIDENCE:** |
|---|---|
| 1. CARB estimates that, in 2004, the auxiliary engines of vessels traveling within twenty-four nautical miles of California's Coast generated about 3 tons per day of PM, 33 tons per day of NOx, and 22 tons per day of SOx.<br><br>Declaration of Paul Milkey (Milkey Decl.), ¶ 17. | 1. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |
| 2. CARB estimates that, absent regulation, by 2020 auxiliary engine emissions within 24 miles of the California | 2. Undisputed that CARB has so estimated. However, PMSA has also commented that the growth estimates |

| | |
|---|---|
| coast will grow to 9 tons per day of PM, 95 tons per day of NOx, and 64 tons per day of SOx.<br><br>Milkey Decl., ¶ 17; Milkey Decl., Exh. 1, prepare. IV-6 & IV-7. | are based on inappropriate extrapolations from limited and outdated data. This statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. |
| 3.  Some of the PM, and most of the NOx and SOx emitted by ocean-going vessels traveling within twenty-four nautical miles from California's coast will be transported into California.<br><br>Declaration of Daniel E. Donohoue (Donohoue Decl.), ¶ 6. | 3.  Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |
| 4.  In the aggregate, implementation of the Vessel Rules has reduced the aggregate levels of PM, NOx, and SOx emitted from auxiliary engines on PMSA vessels.<br><br>Stern Decl., Exh. 1, p. 3:11-16. | 4.  Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 5. CARB estimates that, in 2007, the Vessel Rules will reduce PM emission by 2.7 tons per day, NOx by 1.9 tons per day, and SOx by 22 tons per day.<br><br>Milkey Decl., ¶ 23, Milkey Decl., Exh. 1, VII-4. | 5. Undisputed that CARB so estimates. Disputed that reductions of this magnitude will occur in the ambient air within the state of California, since a substantial portion of these emissions will occur off-shore and outside of the State's boundaries, and there is no data to establish what proportion of these emissions will be transported into California. PMSA contends that the number of vessels, quantity of emissions from those vessels, and existing limits on vessel size, power and terminal capacity since 2003 contradict CARB's estimates. Also, CARB's estimates do not include voluntary efforts. |
| /// | /// |
| /// | /// |
| /// | /// |

| | |
|---|---|
| 6. CARB expects that, by 2020, the Vessel Rules will reduce PM by 7.0 tons per day, NOx by 4.4 tons per day, and SOx by 61 tons per day.<br><br>Milkey Decl., ¶ 23, Milkey Decl., Exh. 1, VII-4. | 6. Undisputed that CARB so estimates. Disputed that reductions of this magnitude will occur in the ambient air within the state of California, since a substantial portion of these emissions will occur off-shore and outside of the State's boundaries, and there is no data to establish what proportion of these emissions will be transported into California. PMSA contends that the number of vessels, quantity of emissions from those vessels, and existing limits on vessel size, power and terminal capacity since 2003 contradict CARB's estimates. Also, CARB's estimates do not include voluntary efforts. |
| 7. Most of California's populated areas have not been able to reach attainment of the national air quality standards for ozone | 7. Undisputed. However, not all areas of the South Coast air basin are equally impacted. CARB's own data |

- 5 -
PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS IN SUPPORT OF DEFENDANT CATHERINE E.
WITHERSPOON'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY
JUDGMENT

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| and PM.  Donohoue Decl. ¶ 11. | shows that attainment level has been reached, except in certain inland areas. |
| 8. Long-term PM exposure has been tied to premature death in people with pre-existing heart or lung disease.  Donohoue Decl., ¶ 9. | 8. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |
| 9. Public exposure to high PM levels increases hospitalizations and emergency room visits for heart and lung diseases, and increases asthma symptoms and acute and chronic bronchitis.  Donohoue Decl., ¶ 9. | Undisputed as to every increment of increase. However, CARB has provided no base-line or starting level for measurement of increase. Nor has CARB defined "high PM levels." |
| 10. Ozone exposure is associated with breathing problems, lung tissue damage, and has been associated with premature mortality in people with lung and heart disease. | Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Donohoue Decl., ¶ 10. | |
| 11. Ozone exposure is associated with increased asthma rates for children and adolescents.<br><br>Donohoue Decl., ¶ 10. | 11. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |
| 12. NOx and SOx are "precursor pollutants," pollutants that react in the air to form ozone and PM2.5.<br><br>Donohoue Decl., ¶ 14. | 12. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |
| 13. Reducing vessel emissions of NOx and SOx while vessels are within 24 nautical miles of California's coast will reduced PM2.5 and ozone concentrations in California and help California attain national air quality standards.<br><br>Donohoue Decl., ¶ 14. | 13. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. CARB has not quantified the amount of reduction. Otherwise, undisputed. |

PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS IN SUPPORT OF DEFENDANT CATHERINE E. WITHERSPOON'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 14. Vessel use of low sulfur fuels to comply with 13 CCR ¶ 2299.1 or 17 CCR ¶ 93118 does not contravene any international, foreign, domestic, or local law or regulations.<br><br>Stern Decl., Exh. 2, p. 5:9-18. | 14. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |
| 15. Most vessels are complying with the Vessel Rules by switching fuels.<br><br>Milkey Decl., ¶ 25; Stern Decl., Exh. 2, response to interrogatory #1. | 15. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |
| 16. Most vessels do not need to make any modifications in order to comply with the Vessel Rules; the modifications that a few vessels may require just relate to the addition of fuel tanks, piping, and pumps to hold and deliver the low sulfur distillate fuel. | 16. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| Milkey Decl., ¶¶ 26-27; Stern Decl., Exh. 2, response to interrogatory #2. | |

Date: July 19, 2007               FLYNN, DELICH & WISE LLP


By:  /s/ Erich P. Wise
     ERICH P. WISE
     Attorneys for Plaintiff
     PACIFIC MERCHANT SHIPPING
     ASSOCIATION

PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS IN SUPPORT OF DEFENDANT CATHERINE E. WITHERSPOON'S OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT