Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S REPLY TO STATEMENT OF UNDISPUTED FACTS BY DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT<br><br>Date: August 13, 2007<br>Time: 2:00 p.m.<br>Courtroom: 5<br>Judge: Hon. William B. Shubb |

Plaintiff Pacific Merchant Shipping Association ("PMSA") submits the following Reply to the Statement of Undisputed Facts by Defendant-Intervenor Natural Resources Defense Council and Coalition for Clean Air in Opposition to Plaintiff's Motion for Summary Judgment and Partial Summary Judgment, pursuant to Local Rule 56-260(b) of the United States District Court, Eastern District of California.

| ALLEGED UNDISPUTED STATEMENT OF FACT AND ALLEGED SUPPORTING EVIDENCE: | RESPONSE AND EVIDENCE: |
|---|---|
| 1. All Pacific Merchant Shipping Association ("PMSA") members are in compliance with new California Air Resources Board ("CARB") rules requiring the use of low-sulfur diesel fuel in vessels in California waters.<br><br>Pettit Declaration, Exh. D (PMSA Website). | 1. Undisputed. |
| /// | /// |

| | |
|---|---|
| 2. The Coalition for Clean Air, at its May 18, 2007 awards banquet, gave an award to PMSA member Maersk for its voluntary decision to use low-sulfur fuel (2,000 ppm) starting 24 miles off California's coast in its main and auxiliary engines. Maersk is the largest container shipping line in the world.<br><br>Pettit Declaration, Para. 8; Exh. G (CAA awards banquet announcement). | 2. Undisputed. |
| 3. All PMSA members are complying with the CARB regulations, 13 CCR §2299.1(e); 17 CCR §93118(e), by use of the fuels listed in subsection (e)(1)(A) of the regulations and/or cold ironing for some vessels at the dock.<br><br>Pettit Declaration, Exh. D and E (PMSA response to Witherspoon Interrogatory No. | 3. Undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

- 3 -

| | |
|---|---|
| 1; PMSA website). | |
| 4. PMSA does not contend that any modifications or fuel purchases, that have been or will be necessary to comply with CARB's regulations, conflict with any law or regulation other than those cited in PMSA's first and second claims for relief.<br><br>Pettit Declaration, Exh. E (PMSA response to Witherspoon Interrogatory No. 3). | 4. Undisputed. |
| 5. Implementation of CARB's regulation reduces the aggregate levels of particulate matter ("PM"), oxides of nitrogen ("NOx") and sulfur oxides ("SOx") emitted from auxiliary engines on PMSA vessels.<br><br>Pettit Declaration, Exh. F and E (PMSA response to Witherspoon Request for | 5. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |

- 4 -

PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S REPLY TO STATEMENT OF UNDISPUTED FACTS BY
DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR IN
OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| Admission No. 2; PMSA response to Witherspoon Interrogatory No. 4; CARB Initial Statement of Reasons). | |
| 6. In 2004, there were approximately 10,000 vessel calls at California's ports. Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). | 6. Undisputed. |
| 7. Global trade through California's ports is expected to double by 2010 and triple by 2020. Pettit Declaration, Exh. C (CARB Emissions Reduction Plan). | 7. Objection, the statement is vague and without foundation. The statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed. The time frame over which the increase is "expected" to double and triple is missing. |
| 8. Ocean going vessels utilize large diesel engines that have little or no emissions control and generally run on high emitting heavy fuel oil known as "bunker fuel." | 8. Objection, this statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. |

PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S REPLY TO STATEMENT OF UNDISPUTED FACTS BY DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Bunker fuel is very viscous and requires heating to allow it to be pumped and injected into an engine. Bunker fuel typically contains high levels of sulfur, nitrogen-containing compounds, ash, and other compounds that increase exhaust emissions. Typical bunker fuel averages about 25,000 parts per million sulfur but may contain a sulfur content as high as 45,000 ppm, which is 3,000 times higher in sulfur content than the fuel used by most California on-road diesel engines. Generally, using fuel with higher sulfur content in ship engines result in higher levels of emissions.<br><br>Pettit Declaration, Exh. A and C (CARB Initial Statement of Reasons; CARB Emissions Reduction Plan). | Undisputed as to general description of bunker fuel. Disputed as to exclusion of details regarding the variability of sulfur content.<br><br>Declaration of T.L. Garrett (hereinafter "Garrett Decl."), ¶ 2. |
| /// | /// |

| | | |
|---|---|---|
| 1-13 | 9. Two types of diesel engines are found on ocean-going vessels. The main engine is used mainly to propel the vessel at sea. Auxiliary engines provide power for uses other than propulsion, such as electricity for lighting, navigation equipment, and refrigeration of cargo.<br><br>Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). | 9. Objection, this statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 3. |
| 14-28 | 10. The emissions from diesel engines include diesel particulate matter, oxides of nitrogen and sulfur oxides and are known to cause premature death, cancer, aggravated asthma and other respiratory illnesses, and increased risk of heart disease. In 1998, CARB identified diesel PM as a toxic air contaminant that contributes to over 70 percent of the potential cancer risk from toxic air | 10. Objection, this statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 4. |

PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S REPLY TO STATEMENT OF UNDISPUTED FACTS BY DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| contaminants in California. In 2006, CARB reported that air pollution from California's 'goods movement system" – the network of ships, trucks, trains and other vehicles and equipment used to transport domestic and international goods – was responsible for 2,400 premature deaths annually (over 6 premature deaths per day) and over 1.1 million school absences every year. CARB concluded that between 2005 and 2020, the cumulative cost of health impacts from such emissions will reach approximately $200 billion. Communities closest to port operations, and especially children and the elderly, face the greatest impacts.<br><br>Pettit Declaration, Exh. A and C (CARB Initial Statement of Reasons; CARB Emissions Reduction Plan). | |

- 8 -

PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S REPLY TO STATEMENT OF UNDISPUTED FACTS BY DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| 11. Most vessel operators are expected to comply by burning cleaner fuels in their auxiliary engines. Such fuels are readily available.<br><br>Pettit Declaration, Exh. A, B and F (CARB Initial Statement of Reasons; CARB Final Statement of Reasons; PMSA Response to Witherspoon Requests for Admissions No. 1). | 11. Objection, this statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Speculation as to availability of future supplies. Disputed.<br><br>Garrett Decl., ¶ 5. |
| 12. Due to expected growth in goods movement activities, ship emissions of diesel PM and SOx are expected to increase to 23.3 tons per day ("TPD") and 180 TPD, respectively, by 2020 – over a three-fold increase since 2001. NOx emissions are expected to increase by over two and one-half times – to 254 TPD during that same time period. By 2020, ship emissions will account for | 12. Objection, this statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 6. |

| | |
|---|---|
| approximately 65 percent of all diesel PM emissions, 36 percent of all NOx emissions, and over 99 percent of all SOx emissions from the goods movement system.<br><br>Pettit Declaration, Exh. C (CARB Emissions Reduction Plan). | |
| 13. The Vessel Rules do not require vessel operators to replace their existing vessel engines with different engines to comply with the Rules. Vessel operators can continue to use the same vessels and engines as they did before the Rules were enacted. The added cost of direct compliance with the Rules represents less than one percent of the overall costs of a typical overseas voyage.<br><br>Pettit Declaration, Exh. A and B (CARB | 13. Undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Final Statement of Reasons; CARB Initial Statement of Reasons). | |
| 14. Implementation of the Vessel Rules will result in immediate and significant reductions in air pollution. The Rules will result in estimated statewide emissions reductions of 2.7 TPD of diesel PM, 1.9 TPD of NOx, and 22 TPD of SOx in 2007. The Rules will result in an estimated 75 percent reduction in diesel PM, 80 percent reduction in SOx, and a 6 percent reduction in NOx from an engine that previously used typical heavy fuel oil. Between 2007 and 2020, these Rules alone will prevent approximately 520 premature deaths, 14,000 asthma attacks, 120,000 work loss days, and significantly reduce cancer risk. | 14. Undisputed that this is an accurate representation of the discussion in the executive summary of the ISOR. Disputed as to assertions regarding quantification and implementation. Objection. This statement is also irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary.<br><br>Garrett Decl., ¶ 7. |

PLAINTIFF PACIFIC MERCHANT SHIPPING ASSOCIATION'S REPLY TO STATEMENT OF UNDISPUTED FACTS BY DEFENDANT-INTERVENOR NATURAL RESOURCES DEFENSE COUNCIL AND COALITION FOR CLEAN AIR IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

| | |
|---|---|
| Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). | |
| 15. Many California cities top the list for ozone and particle polluted cities.<br><br>Pettit Declaration, Exh. H (American Lung Association Report). | 15. Undisputed as to the general description of the Report, with the comment that the list includes a number of cities that are neither in California, nor have maritime ports. This statement is also irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed.<br><br>Garrett Decl., ¶ 8. |
| 16. Tracer studies, air quality modeling, and meteorological data analysis indicate that air flow patterns unique to California's coast are modified by local land and sea breeze circulations, which serve to transport offshore emissions to California's coastal air basins. | 16. Objection. This statement is also irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise, undisputed. |

| | |
|---|---|
| Approximately 75 percent of the auxiliary engine diesel PM emissions within 100 nm of the California coastline are emitted within the 24 nm boundary. CARB designed the compliance features of the Rules based on an in-depth analysis of the composition of marine vessel fleets traveling in California waters.<br><br>Pettit Declaration, Exh. A (CARB Initial Statement of Reasons ). | |
| 17. A tracer study involves the release of a known amount of a non-toxic, inert gas from either a moving or fixed point offshore and the subsequent sampling of the atmosphere for concentrations of that gas at sites onshore.<br><br>Pettit Declaration, Exh. A (CARB Initial Statement of Reasons). | 17. Objection, this statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed<br><br>Garrett Decl., ¶ 9. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 18. CARB staff worked extensively with the industry and other members of the public in developing the regulations. CARB held five workshops to discuss draft language for the Rules and modified the Rules numerous times in response to comments received by the affected industry. CARB chose the 24nm boundary because it significantly lowered the cost of the regulation while still providing great air quality benefits. CARB concluded that the added costs of direct compliance with the regulations represented less than one percent of the overall cost of a typical overseas voyage. CARB concluded that ship operators can safely use distillate fuels and switch between heavy fuel oil and distillate fuel. CARB included alternative control plans and noncompliance fees in the Rules to | 18. Objection, this statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed Garrett Decl., ¶ 10. |

| | |
|---|---|
| provide flexibility to shipping industry.<br><br>Pettit Declaration, Exh. A and B (CARB Final Statement of Reasons; CARB Initial Statement of Reasons). | |

Date: July 19, 2007                                    FLYNN, DELICH & WISE LLP


                                                       By:  /s/ Erich P. Wise
                                                       _____
                                                       ERICH P. WISE
                                                       Attorneys for Plaintiff
                                                       PACIFIC MERCHANT SHIPPING
                                                       ASSOCIATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626