Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,

Plaintiff,

vs.

CATHERINE E.WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,

Defendant,

NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,

Defendants-Intervenors.

CASE NO.: 2:06-CV-02791-WBS-KJM

PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS BY SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT AND PARTIAL SUMMARY JUDGMENT

Date: August 13, 2007
Time: 2:00 p.m.
Courtroom: 5
Judge: Hon. William B. Shubb

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

Plaintiff Pacific Merchant Shipping Association ("PMSA") submits the following Reply to the Statement of Disputed Facts by South Coast Air Quality Management District ("SQMD") in Opposition to Plaintiff's Motion for Summary Judgment and Partial Summary Judgment, pursuant to Local Rule 56-260(b) of the United States District Court, Eastern District of California.

| **ALLEGED UNDISPUTED MATERIAL FACTS AND ALLEGED SUPPORTING EVIDENCE:** | **RESPONSE AND EVIDENCE:** |
|---|---|
| 1. The rules can be complied with by using marine diesel oil at .5% sulfur or less, or by using marine gas oil.<br><br>Cal. Code Reg. Tit. 13, § 2299.1(e). | 1. Undisputed. |
| 2. All PMSA members are currently complying with the rules.<br><br>PMSA website, Baird Decl., Exh. A, p.2. | 2. Undisputed. |
| 3. CARB expects most operators to comply with the rules by using the specified low-sulfur distillate fuels. | 3. Objection, lacks foundation. Vague and ambiguous as to time frame. Otherwise undisputed. |

| | |
|---|---|
| Final Statement of Reasons (FSOR), p. 52; Baird Decl., Exh. E, p. 25. | |
| 4. PMSA members are complying with the rules by use of the specified fuels or by cold ironing [using shoreside electrical power] for some vessels at the dock.<br><br>PMSA Response to First Set of Interrogatories Propounded by Defendant Witherspoon, Response No. 1; Baird Decl., Exh. B, p.6. | 4. Undisputed. |
| 5. Engine manufacturers uniformly reported that their auxiliary engines designed for use with heavy fuel oil can also use compliant distillate fuels as long as proper fuel switching procedures are used.<br><br>Initial Statement of Reasons (ISOR), p. | 5. Undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| VI-14; Baird Decl., Exh. D, p. 21. | |
| 6. The region in which emissions are likely to be transported onshore extends beyond the 24 nautical mile boundary for these rules.<br><br>ISOR, p. ES-9; Baird Decl., Exh. D, p. 16. | 6. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Declaration of T.L. Garrett (hereinafter "Garrett Decl."), ¶ 11. |
| 7. Emissions are likely to be transported to the coast within 96 hours from at least 50 nautical miles offshore.<br><br>ISOR, p. IV-8; Baird Decl., Exh. D, p. 19. | 7. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 12. |
| 8. The District's modeling for impacts of emissions on air quality includes emissions from ships as far as 100 nautical miles from shore. These emissions have been shown to affect onshore air quality. | 8. Disputed. The statement is vague and without foundation. This statement is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. |

| | |
|---|---|
| Chang Decl., ¶ 31. | Garrett Decl., ¶ 13. |
| 9. At least some of the NOx and SOx emitted from auxiliary engines between three and 24 miles of California's coast is transported to land within California.<br><br>PMSA's Response to First Set of Requests for Admissions Propounded by Defendant Witherspoon, Responses 6 & 7; Baird Decl., Exh. C, p.9. | 9. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise undisputed. |
| 10. $PM_{2.5}$ exposure results in increased mortality, respiratory infections, hospital admissions, asthmatic attacks, and school absences. The elderly, children, and people with preexisting respiratory and cardiovascular disease appear to be most susceptible.<br><br>Draft Final 2007 AQMP, p. 2-11; Chang Decl., ¶ 5. | 10. Undisputed. However, this statement is overbroad. This state,emt is irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary.<br><br>Garrett Decl., ¶ 14. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 11. Ozone levels in the South Coast Air Basin result in reduced breathing capacity, increased infections, lung inflammation, and immunological changes. Elevated ozone levels are associated with school absences, hospital admissions, and increased mortality. People exercising outdoors, children, and people with preexisting lung diseases, including asthma, appear to be the most susceptible.<br><br>Draft Final 2007 AQMP, p. 208; Chang Decl., ¶ 6. | 11. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl. ¶ 15. |
| 12. The South Coast Air Basin is not in compliance with federal standards for ozone and for fine particulate matter, known as $PM_{2.5}$ (particulate matter having a diameter less then 2.5 microns).<br><br>Chang Decl., ¶ 8. | 12. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 13. In 2005, the South Coast Air Basin experienced maximum 8-hour average ozone levels at 171% of the federal ambient air quality standard, maximum annual average $PM_{2.5}$ levels of 149% of the standard, and daily $PM_{2.5}$ maximum levels of over double the federal standard.<br><br>Draft 2007 AQMP, p. 2-5; Chang Decl., ¶ 9. | 13. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise undisputed. |
| 14. NOx and SOx are precursors of $PM_{2.5}$, forming it in the atmosphere. NOx also reacts with volatile organic compounds (VOCs) in the atmosphere to form ozone.<br><br>Chang Decl., ¶ 10. | 14. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 16. |
| 15. The California Air Resources Board (CARB) recently estimated that 5,400 people die prematurely each year in the | 15. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| South Coast Air Basin because the air exceeds federal $PM_{2.5}$ standards.<br><br>Chang Decl., ¶ 10. | Summary. Disputed.<br><br>Garrett Decl., ¶ 17. |
| 16. According to CARB, over 80% of the population weighted exposure to $PM_{2.5}$ levels exceeding federal standards in the state occurs in the South Coast Air Basin.<br><br>Chang Decl., ¶ 12. | 16. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 18. |
| 17. CARB has calculated that over 50% of total population-weighted exposure to $PM_{2.5}$ levels exceeding federal standards in the entire nation occurs in the South Coast Air Basin, although the Basin has only about 5% of the nation's population.<br><br>Chang Decl., ¶ 13. | 17. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 19. |
| /// | /// |

| | |
|---|---|
| 18. CARB has calculated that about one-fourth of the nation's population-weighted exposure to ozone levels exceeding the federal standard occurs in the South Coast Air Basin.<br><br>Chang Decl., ¶ 14. | 18. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 20. |
| 19. The District has adopted an air quality management plan (AQMP) setting forth emission reductions and control measures needed to attain the national ambient air quality standards. The AQMP is a component of the State Implementation Plan required by the Clean Air Act.<br><br>Chang Decl., ¶ 16. | 19. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Otherwise undisputed. |
| 20. The most recent revision of the AQMP was adopted by the District on June 1, 2007. It relies on all measures adopted or proposed for adoption by the | 20. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| District, CARB, and EPA, including the challenged rules. The District needs to reduce diesel PM, NOx, and SOx to attain federal $PM_{2.5}$ standards and needs to reduce NOx to attain federal ozone standards. The AQMP targets nearly all sources of diesel PM, SOx, and NOx for which technological controls or operational limits can feasibly be implemented.<br><br>Chang Decl., ¶ 17. | Garrett Decl., ¶ 21. |
| 21. Reductions from the challenged CARB rules will occur in areas near South Coast ports, areas where emissions have had significant impact on local communities, as well as areas farther inland. The District has included the reductions of PM, Sox, and NOx from these rules in the 2007 AQMP revision. | 21. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 22. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Chang Decl., ¶ 18. | |
| 22. In 2007, compliance with these rules will result in about 75% reduction in diesel PM, an 80% reduction in Sox, and a 6% reduction in NOx.<br><br>ISOR, p. ES-1; Baird Decl., Exh. D, p. 12. | 22. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 23. |
| 23. In 2014, ships will contribute 48 tons per day -- more than double their current SOx emissions – if CARB's rules and further controls are not implemented. This is about four times as much SOx the largest stationary sources, and about two-thirds of all SOx emissions, which amount to 70 tons per day.<br><br>Draft 2007 AQMP, pgs. 3-25 through 3- | 23. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Lacks foundation. Disputed.<br><br>Garrett Decl., ¶ 24. |

| | |
|---|---|
| 26, p. 4-70; Chang Decl., ¶ 21. | |
| 24. Ships currently account for twice the NOx emissions of the over 300 largest NOx stationary sources in the District (RECLAIM sources). (Draft 2007 AQMP, p. 3-23, fig. 3-10). This is equivalent to the NOx emissions from about 2.5 million cars. By 2014, ships will account for triple the NOx emissions of the large stationary sources, absent these rules.<br><br>Draft 2007 AQMP, p. 3-24, fig. 3-11; Chang Decl., ¶ 22. | 24. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 25. |
| 25. To attain the $PM_{2.5}$ standard, the Basin will need to reduce SOx emissions by 70% by 2014. (Draft AQMP, Table ES-1, ES-8). This includes the reductions from the CARB measure at issue in this case.<br><br>Chang Decl., ¶ 23. | 25. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 26. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 26. To attain $PM_{2.5}$ standards, SOx emissions in the year 2014 must be reduced by nearly 50 tons per day. (Draft 2007 AQMP, p. 4-70). The regulations in issue in this case will reduce SOx emissions by 43 tons per day statewide by 2015. (ISOR, p. ES-14.) This translates to about 25 tons per day of reductions in the South Coast District. Thus, these regulations contribute 50% of the necessary SOx emissions reductions.<br><br>Chang Decl., ¶ 24. | 26. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 27. |
| 27. Since all other sources besides ships contribute only 22 tons per day in the $PM_{2.5}$ attainment year, it will be impossible to attain the necessary nearly 50 tons per day of reductions to attain the $PM_{2.5}$ standard without these rules and other rules applicable to ships. | 27. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 28. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Chang Decl., ¶ 25. | |
| 28. Besides contributing significantly to $PM_{2.5}$ levels through both directly emitted PM and SOx, ships contribute large amounts of diesel particulate matter ("DPM") which was designated a toxic air contaminant by CARB.<br><br>Chang Decl., ¶ 18. | 28. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 29. |
| 29. Absent this rule, diesel PM from auxiliary engines will triple; they will increase from about 4 tons per year to about 12 tons per year between 2005 and 2020.<br><br>ISOR, p. ES-6; Baird Decl., Exh. D, p. 13. | 29. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 30. |
| 30. The South Coast Air Quality Management District conducted a study in 2000 that concluded that 70% of the total | 30. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| cancer risk from toxic air contaminants in the District comes from diesel PM.<br><br>Chang Decl., ¶ 19. | Disputed.<br><br>Garrett Decl., ¶ 31. |
| 31. According to District rules, new stationary sources are limited to cancer risks of 10 in one million for the maximally exposed individual. This means that a person exposed to such emissions has a statistical 10 in a million chance of contracting cancer from such exposure over a period of 70 years.<br><br>Chang Decl., ¶ 28. | 31. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 32. |
| 32. Existing stationary sources are required to reduce their risk to 100 in a million in 3 years, and are required to reduce their risks to a target level of 25 in a million over time. | 32. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| Chang Decl., ¶ 29. | Garrett Decl., ¶ 33. |
| 33. Refineries typically have a cancer risk of less than 10 in a million, and power plants typically have cancer risks of less than one in a million.<br><br>Chang Decl., ¶ 30. | 33. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 34. |
| 34. Diesel PM from ship emissions at the Ports of Los Angeles and Long Beach currently exposes about 48,000 people to risks exceeding 200 in a million, 225,000 people to risks exceeding 100 in a million, and 2 million people to risks exceeding 10 in a million.<br><br>ISOR, p. ES-7; Baird Decl., Exh. D, p. 14. | 34. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 35. |
| 35. Compliance with the rules challenged in this case will reduce cancer risk from | 35. Objection, irrelevant for the issues presented by PMSA's Motion for |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| auxiliary engines by 70% in 2008 and 78% in 2015.<br><br>ISOR, p. VII-5; Baird Decl., Exh. D, p. 22. | Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 36. |
| 36. Ordinary heavy duty diesel vehicles cannot use alternative fuels. Manufacturers need to make a different type of vehicle, or modified vehicle, to use the fuels specified in the South Coast District Fleet Rules.<br><br>Hogo Decl., ¶ 6. | 36. Objection, irrelevant for the issues presented by PMSA's Motion for Summary Judgment/Partial Summary. Disputed.<br><br>Garrett Decl., ¶ 37. |

Date: July 19, 2007

FLYNN, DELICH & WISE LLP

By: /s/ Erich P. Wise
ERICH P. WISE
Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION