1   Erich P. Wise/State Bar No. 63219
2   Nicholas S. Politis/State Bar No. 92978
    Aleksandrs E. Drumalds/State Bar No. 237101
3   FLYNN, DELICH & WISE LLP
    One World Trade Center, Suite 1800
    Long Beach, California 90831-1800
4   Telephone: (562) 435-2626
    Facsimile: (562) 437-7555
5
6   James B. Nebel/State Bar No. 69626
    Conte C. Cicala/State Bar No. 173554
7   FLYNN, DELICH & WISE LLP
    One California Street, Suite 350
8   San Francisco, California
    Telephone: (415) 693-5566
    Facsimile: (415) 693-0410
9

10  Attorneys for Plaintiff
    PACIFIC MERCHANT SHIPPING ASSOCIATION,
11  a California Mutual Benefit Corporation

12                 UNITED STATES DISTRICT COURT

13          EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

14

15  PACIFIC MERCHANT SHIPPING          )  CASE NO.: 2:06-CV-02791-WBS-KJM
    ASSOCIATION, a California Mutual   )
16  Benefit Corporation,               )  PLAINTIFF'S REPLY TO
                                       )  STATEMENT OF DISPUTED FACTS
17              Plaintiff,             )  BY DEFENDANT-INTERVENOR
                                       )  CITY OF LONG BEACH IN
18  vs.                                )  OPPOSITION TO PLAINTIFF'S
                                       )  MOTION FOR SUMMARY
19  CATHERINE E.WITHERSPOON, in        )  JUDGMENT OR PARTIAL
    her official capacity as Executive )  SUMMARY JUDGMENT
20  Officer of the California Air      )
    Resources Board,                   )
21                                     )
                Defendant,             )
22                                     )  Date:       August 13, 2007
    NATURAL RESOURCES                  )  Time:       2:00 p.m.
23  DEFENSE COUNCIL, INC.,             )  Courtroom: 5
    COALITION FOR CLEAN AIR,           )  Judge:      Hon. William B. Shubb
24  INC., SOUTH COAST AIR              )
    QUALITY MANAGEMENT                 )
25  DISTRICT, and CITY OF LONG         )
    BEACH,                             )
26                                     )
                Defendants-Intervenors.)
27  _____)

28

PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS BY DEFENDANT-INTERVENOR CITY
OF LONG BEACH IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR
PARTIAL SUMMARY JUDGMENT

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

Plaintiff Pacific Merchant Shipping Association ("PMSA") submits the following Reply to the Statement of Disputed Facts by Defendant-Intervenor City of Long Beach in Opposition to Plaintiff's Motion for Summary Judgment or Partial Summary Judgment, pursuant to Local Rule 56-260(b) of the United States District Court, Eastern District of California.

| ALLEGED UNDISPUTED MATERIAL FACTS AND ALLEGED SUPPORTING EVIDENCE: | RESPONSE AND EVIDENCE: |
| --- | --- |
| 1. The Port of Long Beach ("Port") provides massive commercial facilities to ocean going vessels, prominently those operated by or on behalf of PMSA members.  The Port is the second busiest container port in the United States, and is the twelfth busiest container port in the world.  The Port handles 33 percent of all containers moving through California ports and thirteen percent of all containers moving through all U.S. ports.  The Port comprises 3,200 acres of land, ten piers, | 1.   Objection.  Irrelevant, hearsay, lacking in proper lay or expert foundation, improper lay or expert opinion.  Otherwise undisputed. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 80 berths and 71 cranes capable of serving vessels too large to transit the Panama Canal.  In 2006 the Port handled some 7.2 million containers in TEUs (Twenty-foot-equivalent units) and 85 million metric tons of cargo valued at well over $100 billion.  [Declaration of Dominic Holzhaus ("Holzhaus Decl.") ¶¶ 2-4.] | |
| 2.   The Port anticipates that container traffic through the Port will increase, such that by 2020, the Port is expected to handle 12 million to 16 million TEUs of container traffic, possibly double the traffic that flowed through the Port in 2006.  The Port has adopted a Facilities Master Plan to anticipate the expansion and increased infrastructure necessary to meet this growing demand. (Holzhaus Decl. ¶¶ 5-7.) | 2.   Objection.  Irrelevant, hearsay, lacking in proper lay or expert foundation, improper lay or expert opinion.  Otherwise undisputed. |
| /// | /// |

PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS BY DEFENDANT-INTERVENOR CITY OF LONG BEACH IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

| | |
|---|---|
| 3.   Commercial use of Port facilities by ocean going vessels, including PMSA members, imposes a substantial emissions burden upon the City and the surrounding South Coast Air Basin, resulting in serious public health concerns.  The San Pedro Bay Ports (Los Angeles and Long Beach) collectively contribute about 12% of SoCAB DPM emission, 9% of NOx emissions and 45% of Sox emissions.  Of these San Pedro Bay Ports emissions, ocean going vessels contribute 59% of the DPM, 36% of the NOx and 90% of the SOx.  (Holzhaus Decl. ¶¶ 8-10.) | 3.   Objection.  Irrelevant, hearsay, lacking in proper lay or expert foundation, and improper lay or expert opinion.  This statement is based on emissions data that has not been made public.  Otherwise undisputed. |
| 4.   The air pollution from Port activities creates serious local concerns for the City and the Port, including health and project planning concerns.  (Holzhaus Decl. ¶ 11.) | 4.   Objection.  Irrelevant, hearsay, lacking in proper lay or expert foundation, improper lay or expert opinion.  Otherwise undisputed. |
| 5.   The air pollutants released by ocean going vessels calling on the Port are | 5.   Objection.  Irrelevant, hearsay, lacking in proper lay or expert |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

breathed most directly by Port employees and citizens of the City. Substantial resources are devoted by the City and Port to address the potentially harmful health impacts from Port operations on the local community. For example, the Port has pursued various environmental initiatives for the past twenty years to address these environmental and health concerns. Substantial portions of the Port's manpower and budget are devoted to addressing and mitigating the health impacts of emissions from Port-related activities. (Holzhaus Decl. ¶ 12.)

foundation, improper lay or expert opinion. Otherwise undisputed.

6. Air pollution from Port activities also directly impacts local business operations. The California Environmental Quality Act of 1970 ("CEQA") requires public agencies, including the Port, to consider the potential environmental impacts of

6. Objection. Irrelevant, hearsay, lacking in proper lay or expert foundation, improper lay or expert opinion. Otherwise undisputed.

PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS BY DEFENDANT-INTERVENOR CITY OF LONG BEACH IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1  proposed development projects.  Prior to

2  receiving approval of any Port project,

3  including those designed to meet

4  anticipated growth in demand for Port

5  operations, the Port must prepare

6

7  environmental impact reports addressing

8  measures to mitigate environmental

9

10  impacts occasioned by the proposed

11  project.  City officials have made clear that

12  environmental impact reports that do not

13

14  adequately address the environmental

15  impacts of Port operations will receive

16

17  close scrutiny.  A number of Port projects

18  are on hold pending demonstration of

19

20  satisfactory progress on environmental

21  issues.  (Holzhaus Decl. ¶¶ 13-17).

22

23  Date:  July 19, 2007                    FLYNN, DELICH & WISE LLP

24

25                              By:   /s/ Erich P. Wise
26                                    ERICH P. WISE
                                      Attorneys for Plaintiff
27                                    PACIFIC MERCHANT SHIPPING
28                                    ASSOCIATION

PLAINTIFF'S REPLY TO STATEMENT OF DISPUTED FACTS BY DEFENDANT-INTERVENOR CITY
OF LONG BEACH IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR
PARTIAL SUMMARY JUDGMENT