Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile: (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone: (415) 693-5566
Facsimile: (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>Defendants-Intervenors. | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>MEMORANDUM OF EVIDENTIARY OBJECTIONS OF PLAINTIFF IN SUPPORT OF REPLY TO STATEMENT OF DISPUTED FACTS BY DEFENDANT-INTERVENOR CITY OF LONG BEACH IN OPPOSITION TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT<br><br>Date:        August 13, 2007<br>Time:       2:00 p.m.<br>Courtroom: 5<br>Judge:      Hon. William B. Shubb |

- 1 -

## GENERAL OBJECTIONS

These objections are raised in "Plaintiff's Reply to Statement of Disputed Facts by Defendant-Intervenor City of Long Beach in Opposition to Plaintiff's Motion for Summary Judgment or Partial Summary Judgment" submitted by Plaintiff PACIFIC MERCHANT SHIPPING ASSOCIATION ("PMSA"). Plaintiff makes the following general objections to the following evidence:

### The Declaration of Mr. Dominic Holzhaus

The foregoing declaration, in its entirety, is inadmissible evidence submitted in support of the City of Long Beach's State of Disputed Facts. Mr. Holzhaus' understanding and opinion regarding the infrastructure and operations of the Ports of Los Angeles and Long Beach, port activities, vessel emissions, pollution statistics and analysis, and the health impacts of vessel emissions and port activities are hearsay, lacking in foundation to establish personal knowledge, inadmissible lay witness opinions, inadmissible expert opinions, Mr. Holzhaus was not disclosed or designated as an expert, and his declaration lacks insufficient expert foundation.

Date: July 19, 2007                                    FLYNN, DELICH & WISE LLP

                                                                              By: /s/ Erich P. Wise
                                                                                  ERICH P. WISE
                                                                                  Attorneys for Plaintiff
                                                                                  PACIFIC MERCHANT SHIPPING ASSOCIATION

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626