Erich P. Wise/State Bar No. 63219
Nicholas S. Politis/State Bar No. 92978
Aleksandrs E. Drumalds/State Bar No. 237101
FLYNN, DELICH & WISE LLP
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
Telephone: (562) 435-2626
Facsimile:  (562) 437-7555

James B. Nebel/State Bar No. 69626
Conte C. Cicala/State Bar No. 173554
FLYNN, DELICH & WISE LLP
One California Street, Suite 350
San Francisco, California
Telephone:  (415) 693-5566
Facsimile:   (415) 693-0410

Attorneys for Plaintiff
PACIFIC MERCHANT SHIPPING ASSOCIATION,
a California Mutual Benefit Corporation

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA – SACRAMENTO

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>    Plaintiff,<br><br>  vs.<br><br>CATHERINE E. WITHERSPOON, in her official capacity as Executive Officer of the California Air Resources Board,<br><br>    Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>    Defendant-Intervenors | CASE NO.: 2:06-CV-02791-WBS-KJM<br><br>**STIPULATION SUBSTITUTING PARTY; ORDER**<br><br><br><br>Pretrial Conference:  August 11, 2008<br>Trial Date:           October 7, 2008<br>Judge:         Hon. William B. Shubb |

TO THE COURT AND ALL RESPECTIVE PARTIES OF RECORD HEREIN:

Pursuant to Federal Rule of Civil Procedure 25(d)(1), the parties to this action, through their respective attorneys of record, stipulate and agree as follows:

Thomas A. Cackette is substituted for Catherine E. Witherspoon as the named defendant in his official capacity as Executive Officer of the California Air Resources Board.

Dated:  August 15, 2007          FLYNN, DELICH & WISE LLP

By:   /s/ Erich P. Wise
      Erich P. Wise
      Attorneys for Plaintiff
      PACIFIC MERCHANT SHIPPING
      ASSOCIATION

Dated: August 15, 2007           Edmund G. Brown, Jr.
                                 Attorney General of the State of
                                 California

By:   /s/ Nicholas Stern (as authorized on 8/15/07)
      Nicholas Stern
      Linda Berg
      Deputy Attorneys General
      Attorneys for Defendant
      THOMAS A. CACKETTE in his official
      capacity as acting Executive Officer of the
      California Air Resources Board

///

///

///

| | | |
|---|---|---|
| Dated: August 15, 2007 | | DISTRICT COUNSEL<br>SOUTH COAST AIR QUALITY<br>MANAGEMENT DISTRICT |
| | By: | /s/ Barbara B. Baird (as authorized on 8/14/07)<br>Kurt R. Wiese<br>District Counsel<br>Barbara B. Baird<br>Principal Deputy District Counsel<br>Michael Harris, Sr.<br>Deputy District Counsel<br>Attorneys for Defendant-Intervenor<br>SOUTH COAST AIR QUALITY<br>MANAGEMENT DISTRICT |
| Dated: August 15, 2007 | | FOX SPILLANE SHAEFER LLP |
| | By: | /s/ Jay M. Spillane (as authorized on 8/14/07)<br>Jay M. Spillane<br>Ruth M. Moore<br>Attorneys for Defendant-Intervenor<br>CITY OF LONG BEACH |
| Dated: August 15, 2007 | | NATURAL RESOURCES<br>DEFENSE COUNCIL |
| | By: | /s/ David R. Pettit (as authorized on 8/14/07)<br>David R. Pettit<br>Melissa Lin Perrella<br>Attorneys for Defendants-<br>Intervenors<br>NATURAL RESOURCES DEFENSE<br>COUNCIL and COALITION FOR CLEAN<br>AIR, INC. |

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626

1
STIPULATION SUBSTITUTING PARTY; PROPOSED ORDER

# **PROPOSED ORDER**

Pursuant to F.R.C.P. 25(d)(1) and based on the foregoing Stipulation, IT IS HEREBY ORDERED that Thomas A. Cackette is substituted for Catherine E. Witherspoon as the named defendant in his official capacity as the Executive Offer of the California Air Resources Board.

**IT IS SO ORDERED.**

Dated:  August 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

FLYNN, DELICH & WISE LLP
ATTORNEYS AT LAW
One World Trade Center, Suite 1800
Long Beach, California 90831-1800
(562) 435-2626