1  EDMUND G. BROWN JR.
   Attorney General of the State of California
2  MARY E. HACKENBRACHT
   Senior Assistant Attorney General
3  DANIEL FUCHS, State Bar No. 179033
4  Deputy Attorney General
   NICHOLAS STERN, State Bar No. 148308
5  Deputy Attorney General
   Office of the Attorney General
6  1300 I Street, Suite 125
7  P.O. Box 944255
   Sacramento, CA 94244-2550
8  Telephone: (916) 323-3840
   Fax: (916) 327-2319
9  E-mail: Nicholas.Stern@doj.ca.gov

10 Attorneys for Defendant THOMAS A. CACKETTE in
   his official capacity as the Executive Officer of the
11 California Air Resources Board

12 **[Counsel Continued on Next Page]**

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION, a California Mutual Benefit Corporation,<br><br>        Plaintiff,<br><br>   v.<br><br>THOMAS A. CACKETTE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>        Defendant,<br><br>NATURAL RESOURCES DEFENSE COUNCIL, INC., COALITION FOR CLEAN AIR, INC., SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT, and CITY OF LONG BEACH,<br><br>        Defendants-Intervenors. | Case No.: 2:06-CV-02791-WBS-KJM<br><br>**STIPULATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANT'S AND DEFENDANTS-INTERVENORS' JOINT MOTION FOR STAY OF INJUNCTION PENDING APPEAL; [PROPOSED] ORDER**<br><br>Judge:      Hon. William B. Shubb<br>Courtroom:  5 |

DAVID PETTIT (SBN 067128)
MELISSA LIN PERRELLA (SBN 205019)
NATURAL RESOURCES DEFENSE COUNCIL
1314 Second Street
Santa Monica, CA  90401
Telephone:     (310) 434-2300
Facsimile:      (310) 434-2399

Attorneys for Defendants-Intervenors
Natural Resources Defense Council, Inc., and
Coalition for Clean Air, Inc.

KURT R. WIESE (SBN 127251)
BARBARA B. BAIRD (SBN 81507)
MICHAEL R.  HARRIS (SBN 179544)
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT
21865 Copley Drive
Diamond Bar, CA 91765
Telephone:     (909) 396-3535
Facsimile:      (909) 396-2691

Attorneys for Defendant-Intervenor
South Coast Air Quality Management District

JAY M. SPILLANE (SBN 126364)
RUTH MOORE (SBN 216848)
SPILLANE SHAEFFER ARONOFF BANDLOW LLP
1880 Century Park East, Suite 1004
Los Angeles, CA 90067
Telephone:     (310) 229-9300
Facsimile:      (310) 229-9380

ROBERT E. SHANNON (SBN. 43691)
DOMINIC T. HOLZHAUS (SBN. 130625)
City of Long Beach
333 W. Ocean Blvd.
Long Beach, CA 90802
Telephone:     (562) 570-2212

Attorneys for Defendant-Intervenor City of Long Beach

STIPULATION TO SHORTEN TIME ON MOTION FOR STAY; [PROPOSED] ORDER
Case No.: 2:06-CV-02791-WBS-KJM

**STIPULATION**

WHEREAS the Court issued a permanent injunction on August 30, 2007, enjoining Defendant Cackette from enforcing 13 C.C.R. §2299.1 and 17 C.C.R. §93118; and

WHEREAS Defendant Thomas A. Cackette and Defendants-Intervenors Natural Resources Defense Council, Inc., Coalition For Clean Air, Inc., South Coast Air Quality Management District, and City of Long Beach (collectively "Defendants") are moving the Court for a stay pending appeal of the Court's abovementioned permanent injunction; and

WHEREAS Defendants and Plaintiff Pacific Merchant Shipping Association agree to shorten time for the briefing and the hearing of Defendants' motion for a stay:

THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their counsel of record, pursuant to Local Rule 6-144(e), to an Order as follows:

1) Plaintiff's opposition brief is due on September 24, 2007;

2) the notice time for the hearing on Defendants' motion for a stay is shortened, with the time and date for the hearing, if any, to be set by the Court; and

3) no hearing on Defendants' motion for a stay is requested.

Dated: September 14, 2007      EDMUND G. BROWN JR.
                               ATTORNEY GENERAL OF THE STATE OF CALIFORNIA

                               By:   /s/ Nicholas Stern (as authorized on Sept. 14, 2007)
                                     Nicholas Stern

                               Attorneys for Defendant Thomas A. Cackette in his official capacity as Executive Officer of the California Air Resources Board

DAVID PETTIT
NATURAL RESOURCES DEFENSE COUNCIL

By:  /s/ David Pettit
     David Pettit

Attorneys for Defendants-Intervenors Natural Resources Defense Council, Inc. and Coalition for Clean Air, Inc.

KURT WIESE
SOUTH COAST AIR QUALITY MANAGEMENT DISTRICT

By:  /s/ Kurt Wiese (as authorized on Sept. 14, 2007)
     Kurt Wiese

Attorneys for Defendant-Intervenor
South Coast Air Quality Management District

Jay M. Spillane
Spillane Shaeffer Aronoff Bandlow, LLP

By:  /s/ Jay M. Spillane (as authorized on Sept. 14, 2007)
     Jay M. Spillane

Attorneys for Defendant-Intervenor City of Long Beach


ERICH WISE
FLYNN, DELICH & WISE LLP


By:  /s/ Erich P. Wise (as authorized on Sept. 14, 2007)
     Erich P. Wise

Attorneys for Plaintiff Pacific Merchant Shipping Association

STIPULATION TO SHORTEN TIME ON MOTION FOR STAY; [PROPOSED] ORDER
Case No.: 2:06-CV-02791-WBS-KJM

**ORDER**

Based on the foregoing Stipulation, IT IS HEREBY ORDERED that Defendants' joint motion shall be heard on shortened time, that Plaintiff's opposition, if any, shall be due on **September 21, 2007**, reply, if any, shall be filed no later than **September 25, 2007**, and that the following date shall be, and hereby is, Ordered:

Motion to Stay to be heard on **October 1, 2007 at 2:00 p.m.**

Dated:  September 17, 2007

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I, the under signed, hereby certify and declare that on this 14th day of September, 2007, I caused the following documents to be filed electronically using this Court's CM/ECF System. Pursuant to Civ. L.R. 5-135(a), an electric Notice of this filing will be sent automatically to all parties and constitutes service pursuant to Fed. R. Civ. P. 5(b)(2)(D).

1. STIPULATION TO SHORTEN TIME FOR BRIEFING AND HEARING ON DEFENDANT'S AND DEFENDANTS-INTERVENORS' JOINT MOTION FOR STAY OF INJUNCTION PENDING APPEAL; [PROPOSED] ORDER

2. DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR STAY OF INJUNCTION PENDING APPEAL; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

3. DECLARATION OF DR. ELAINE CHANG IN SUPPORT OF DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR STAY OF INJUNCTION PENDING APPEAL; EXHBITS A-D THERETO

4. DECLARATION OF W. THOMAS JENNINGS IN SUPPORT OF DEFENDANTS' JOINT NOTICE OF MOTION AND MOTION FOR STAY OF INJUNCTION PENDING APPEAL

Executed on September 14, 2007 in Los Angeles, California.

/s/ Melissa Lin Perrella
Melissa Lin Perrella