UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PACIFIC MERCHANT SHIPPING ASSOCIATION,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES GOLDSTENE, in his offficial capacity as Executive Officer of the California Air Resources Board,<br><br>      Defendant.<br>_____/ | No. 2:09-cv-01151-MCE-EFB<br><br><br>**NON-RELATED CASE ORDER** |
| PACIFIC MERCHANT SHIPPING ASSOCIATION,<br><br>      Plaintiff,<br><br>  v.<br><br>JAMES GOLDSTENE, in his official capacity as Executive Officer of the California Air Resources Board,<br><br>      Defendant.<br>_____/ | No. 2:06-cv-02791-WBS-KJM |

///

///

1 | The court has received the Notice of Related Cases
2 | concerning the above-captioned cases filed April 28, 2009.  <u>See</u>
3 | Local Rule 83-123, E.D. Cal. (1997).  The court has determined,
4 | however, that it is inappropriate to relate or reassign the
5 | cases, and therefore declines to do so.  This order is issued for
6 | informational purposes only, and shall have no effect on the
7 | status of the cases, including any previous Related (or Non-
8 | Related) Case Order of this court.
9 | IT IS SO ORDERED.
10 |
11 | Dated: June 5, 2009

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE